# **EXHIBIT A**

# Corporate Structure

