# **EXHIBIT F**

# **Cure Notice**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re:

RODEO CREEK GOLD INC.

☐ Affects this Debtor
☒ Affects all Debtors
☐ Affects Hollister Venture Corporation
☐ Affects Touchstone Resources Company
☐ Affects Antler Peak Gold Inc.

Chapter 11

Case No. BK-13-_____ (___)

Jointly Administered

**NOTICE OF POSSIBLE SALE, ASSUMPTION AND ASSIGNMENT OF CERTAIN UNEXPIRED LEASES AND EXECUTORY CONTRACTS AND SALE HEARING**

  **PLEASE TAKE NOTICE** that, on February 25, 2013, Rodeo Creek Gold Inc., Antler Peak Gold Inc., Hollister Venture Corporation and Touchstone Resources Company, as debtors and debtors in possession (the "Debtors"), filed a motion (the "Sale Motion")[1] [Docket No. __] with the United States Bankruptcy Court for the District of Nevada (the "Bankruptcy Court") seeking entry of (i) an order (the "Bidding Procedures Order"), among other things, (a) approving certain procedures (the "Bidding Procedures") for the solicitation of bids and the conduct of an auction (the "Auction") in connection with the proposed sale (the "Sale") of substantially all of their assets (the "Acquired Assets") related to the operation of the Hollister gold mine and the Esmeralda Mill in Nevada, (b) approving the form and manner of notice with respect to the proposed Sale, the Auction, and the Sale Hearing (as defined below), (c) approving procedures for the assumption, assignment, and cure of contracts and leases (the "Assumption, Assignment and Cure Procedures") to any purchaser of the Acquired Assets and/or to resolve any objections thereto and related notices, (d) scheduling a hearing to approve any such Sale with respect to any bid accepted by the Debtors (the "Sale Hearing"); and (ii) an order (a) authorizing and approving the Sale with the Successful Bidder(s) (as such term is defined in the Bidding Procedures), and (b) authorizing and approving the assumption and assignment of certain executory contracts and unexpired leases (the "Contracts and Leases") in connection with the Sale. The Bankruptcy Court entered the Bidding Procedures Order on February __, 2013 [Docket No. __].

  **PLEASE TAKE FURTHER NOTICE** that the Bidding Procedures Order, without limitation, (i) provided, that the Auction will be conducted at the offices of Sidley Austin LLP, 787 Seventh Avenue, New York, New York 10019 **on _____, 2013 at _____ (Eastern Time)**, (ii) approved the Assumption, Assignment and Cure Procedures, and (iii) scheduled the Sale Hearing to consider the Sale of the Acquired Assets, as more fully described in the Sale Motion (and its related documentation, including, without limitation, the Bidding Procedures), and the assumption and assignment of Contracts and Leases and approval of related cure amounts.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Sale Motion.

**PLEASE TAKE FURTHER NOTICE** that that the Sale Hearing is currently scheduled to be held **on _____, 2013 at _____ (Pacific Time)** at the United States Bankruptcy Court for the District of Nevada, C. Clifton Young Federal Building, 300 Booth Street, Reno, Nevada 89509, before the Honorable _____, United States Bankruptcy Judge. The Sale Hearing may be adjourned, from time to time, without further notice to creditors or parties in interest other than by announcement of the adjournment in open Court or on the Court's docket.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Sale Motion, the Debtors intend to sell, assume and assign certain of their unexpired leases, license agreements and executory contracts related to the Acquired Assets (the "Contracts and Leases") free and clear of all Interests, upon satisfaction of the cure amounts required under section 365 of the Bankruptcy Code (the "Cure Amounts"). **The Contracts and Leases that the Debtors may seek to sell, assume and assign (the "Potential Assumed Contracts") and corresponding Cure Amounts are listed on the attached Exhibit 1**.

**PLEASE TAKE FURTHER NOTICE THAT ANY OBJECTIONS TO THE SALE MOTION, INCLUDING, WITHOUT LIMITATION, THE DEBTORS' REQUEST TO APPROVE THE SALE OF THE ACQUIRED ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, AND ENCUMBRANCES, OR THE SALE, ASSIGNMENT AND ASSUMPTION OF THE CONTRACTS AND LEASES, OR THE CURE AMOUNTS, MUST BE IN WRITING, FILED, AND SERVED SO AS TO BE ACTUALLY RECEIVED BY \_\_\_\_\_, 2013 AT 4:00 P.M. (EASTERN TIME)** by the Bankruptcy Court and: (i) counsel to the Debtors, Sidley Austin LLP, One South Dearborn Street, Chicago, Illinois 60603 (Attn: Jessica C.K. Boelter) and Maupin, Cox & Legoy, 4785 Caughlin Pkwy., P.O. Box 30000, Reno, Nevada 89520 (Attn: Christopher D. Jaime), (ii) the U.S. Trustee, (ii) counsel to the Official Committee of Unsecured Creditors (if appointed at such time) and (iv) all parties entitled to receive notice pursuant to Bankruptcy Rule 2002, in accordance with Local Rule 2002.

**PLEASE TAKE FURTHER NOTICE** that any objections solely to adequate assurance of future performance of a Contract or Lease by the Successful Bidder or Backup Bidder must be in writing, filed, and served so as to be **actually received by \_\_\_\_\_, 2013 at 4:00 P.M. (Eastern Time)** by the Bankruptcy Court and: (i) counsel to the Debtors, Sidley Austin LLP, One South Dearborn Street, Chicago, Illinois 60603 (Attn: Jessica C.K. Boelter) and Maupin, Cox & Legoy, 4785 Caughlin Pkwy., P.O. Box 30000, Reno, Nevada 89520 (Attn: Christopher D. Jaime), (ii) the U.S. Trustee, (ii) counsel to the Official Committee of Unsecured Creditors (if appointed at such time) and (iv) all parties entitled to receive notice pursuant to Bankruptcy Rule 2002, in accordance with Local Rule 2002.

**A PARTY THAT FAILS TO FILE A TIMELY OBJECTION TO A CURE AMOUNT LISTED ON EXHIBIT 1 HERETO MAY FORFEIT ITS RIGHT TO DISPUTE SUCH CURE AMOUNT AT A LATER DATE AND/OR AT THE SALE HEARING.**

This notice is qualified in its entirety by the Bidding Procedures Order, the Bidding Procedures and the Sale Motion. All persons and entities are urged to read the Bidding Procedures Order, the Bidding Procedures and the Sale Motion and the provisions thereof carefully. To the extent that this notice is inconsistent with the Bidding Procedures Order, the terms of the Bidding Procedures Order shall govern.

  Free copies of the Sale Motion, the Bidding Procedures, and the Bidding Procedures Order may be obtained by accessing the public website maintained by the Debtors' court-appointed claims agent, GCG, Inc., at www.gcginc.com/cases/greatbasingold or by calling (866) 259-9053.

  Additionally, copies of the Sale Motion, the Bidding Procedures and the Bidding Procedures Order may be obtained by (i) contacting the attorneys for the Debtors, Sidley Austin LLP, One South Dearborn Street, Chicago, Illinois 60603 (Attn: Matthew G. Martinez) or Maupin, Cox & Legoy, 4785 Caughlin Pkwy., P.O. Box 30000, Reno, Nevada 89520 (Attn: Christopher D. Jaime); (ii) accessing the Bankruptcy Court's website at http://www.nvb.uscourts.gov (please note that a PACER password is needed to access documents on the Court's website); (iii) viewing the docket of these cases at the Clerk of the Court, United States Bankruptcy Court for the District of Nevada, C. Clifton Young Federal Building, 300 Booth Street, Reno, NV 89509.

  **PLEASE TAKE FURTHER NOTICE THAT THE FAILURE TO ABIDE BY THE PROCEDURES AND ALL DEADLINES SET FORTH IN THE BIDDING PROCEDURES ORDER AND THE BIDDING PROCEDURES MAY RESULT IN THE FAILURE OF THE BANKRUPTCY COURT TO CONSIDER A COMPETING BID OR AN OBJECTION TO THE PROPOSED SALE TRANSACTION, THE ASSUMPTION AND ASSIGNMENT OF ANY CONTRACTS AND LEASES AND THE PROPOSED CURE AMOUNTS**.

DATED: February __, 2013

| | |
|---|---|
| SIDLEY AUSTIN LLP<br>Jessica C.K. Boelter<br>Thomas A. Labuda, Jr.<br>Matthew G. Martinez<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone:  (312) 853-7000<br>Facsimile:  (312) 853-7036<br><br>Proposed Reorganization Counsel for<br>Debtors and Debtors in Possession | MAUPIN, COX & LEGOY, P.C.<br>Donald A. Lattin<br>Christopher D. Jaime<br>4785 Caughlin Parkway<br>Reno, Nevada 89519<br>Telephone:  (775) 827-2000<br>Facsimile:  (775) 827-2185 |

# **EXHIBIT 1**

**Potential Assumed Contracts**

[*to be included with mailing of exhibit*]