Jennifer A. Smith, NV Bar No. 610
Laura K. Granier, NV Bar No. 7357
Ryan A. Andersen, NV Bar No. 12321
LIONEL SAWYER & COLLINS
1100 Bank of America Plaza
50 West Liberty Street
Reno, NV 89501
Telephone: (775) 788-8666
Facsimile: (775) 788-8682
Email: jsmith@lionelsawyer.com
   lgranier@lionelsawyer.com
   randersen@lionelsawyer.com

*Counsel for Franco-Nevada U.S. Corporation*

**Electronically Filed February 27, 2013**

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>RODEO CREEK GOLD INC.<br><br>☐ Affects this Debtor<br>☒ Affects all Debtors<br>☐ Affects Hollister Venture Corporation<br>☐ Affects Touchstone Resources Company<br>☐ Affects Antler Peak Gold Inc. | Case No.: BK-13-50301-MKN<br>Chapter 11<br>Jointly Administered with: BK-13-50303;<br>BK-13-50304; BK-13-20302<br><br>**NOTICE OF APPEARANCE,<br>REQUEST FOR MATRIX ENTRY AND<br>REQUEST FOR SERVICE OF ALL<br>NOTICES AND DOCUMENTS** |

To:   Clerk of the Court
      United States Bankruptcy Court
      District of Nevada

   PLEASE enter the appearances of JENNIFER A. SMITH, LAURA K. GRANIER and RYAN A. ANDERSEN of the firm LIONEL SAWYER & COLLINS pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as proposed Nevada Counsel for Franco-Nevada U.S. Corporation. As parties in interest and pursuant to Bankruptcy Rule 2002 and §1109(b) of the Bankruptcy Code 11 U.S.C. §§ 101-1330 (the "Bankruptcy Code"), Franco-Nevada U.S. Corporation requests that all notices given or required to be given in this case be given to and served upon the undersigned at the following addresses:

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1100 BANK OF AMERICA PLAZA
50 WEST LIBERTY ST.
RENO,
NEVADA 89501
(775) 788-8666

```
JENNIFER A. SMITH
LAURA K. GRANIER
LIONEL SAWYER & COLLINS
50 W. Liberty St., Ste. 1100
Reno, Nevada  89501
Telephone:  (775) 788-8666
Facsimile: (775) 788-8682
Email:  jsmith@lionelsawyer.com
        lgranier@lionelsawyer.com

RYAN A. ANDERSEN
LIONEL SAWYER & COLLINS
300 S. 4th Street, Ste. 1700
Las Vegas, NV 89101
Telephone: (702) 383-8888
Facsimile:  (702) 383-8845
Email: randersen@lionelsawyer.com
```

And that said addresses be added to the official addresses matrix maintained in this proceeding by the Clerk of the Court.

Please take further notice that pursuant to §1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and appearance referred to in the Bankruptcy Rules but also includes, without limitation, notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, which affects or seeks to affect in any way the rights or interest of parties in interest in this case.

This Notice of Appearance Request for Matrix Entry and Request for Service of all Notices and Documents shall not be deemed or construed to be a waiver of any rights (1) to have final orders in noncore matters entered only after <u>de novo</u> review by a District Court Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) or any other rights, claims, actions, setoffs or

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1100 BANK OF AMERICA PLAZA
50 West Liberty Street
RENO,
NEVADA 89501
(775) 788-8666

2

1  recoupments which may be entitled, in law or in equity.  All of these rights, claims, actions,

2  defenses, setoffs and recoupments are expressly reserved.

3  Dated this 27th day of February, 2013.

LIONEL SAWYER & COLLINS

By:  */s/ Jennifer A. Smith*
    Jennifer A. Smith
    Laura K. Granier
    Ryan A. Andersen

*Counsel for Franco-Nevada U.S. Corporation*

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1100 BANK OF AMERICA PLAZA
50 West Liberty Street
RENO,
NEVADA 89501
(775) 788-8666

3