**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Chapter 11 |
| RODEO CREEK GOLD INC. | Case No. BK-13-50301 (MKN) |
| ☐ Affects this Debtor<br>☒ Affects all Debtors<br>☐ Affects Hollister Venture Corporation<br>☐ Affects Touchstone Resources Company<br>☐ Affects Antler Peak Gold Inc. | Jointly Administered<br><br>**NOTICE OF POSSIBLE SALE, ASSUMPTION AND ASSIGNMENT OF CERTAIN UNEXPIRED LEASES AND EXECUTORY CONTRACTS AND SALE HEARING** |

PLEASE TAKE NOTICE that, on February 25, 2013, Rodeo Creek Gold Inc., Antler Peak Gold Inc., Hollister Venture Corporation and Touchstone Resources Company, as debtors and debtors in possession (the "Debtors"), filed a motion (the "Sale Motion")[1] [Docket No. 16] with the United States Bankruptcy Court for the District of Nevada (the "Bankruptcy Court") seeking entry of (i) an order (the "Bidding Procedures Order"), among other things, (a) approving certain procedures (the "Bidding Procedures") for the solicitation of bids and the conduct of an auction (the "Auction") in connection with the proposed sale (the "Sale") of substantially all of their assets (the "Acquired Assets") related to the operation of the Hollister gold mine and the Esmeralda Mill in Nevada, (b) approving the form and manner of notice with respect to the proposed Sale, the Auction, and the Sale Hearing (as defined below), (c) approving procedures for the assumption, assignment, and cure of contracts and leases (the "Assumption, Assignment and Cure Procedures") to any purchaser of the Acquired Assets and/or to resolve any objections thereto and related notices, (d) scheduling a hearing to approve any such Sale with respect to any bid accepted by the Debtors (the "Sale Hearing"); and (ii) an order (a) authorizing and approving the Sale with the Successful Bidder(s) (as such term is defined in the Bidding Procedures), and (b) authorizing and approving the assumption and assignment of certain executory contracts and unexpired leases (the "Contracts and Leases") in connection with the Sale. The Bankruptcy Court entered the Bidding Procedures Order on March 1, 2013 [Docket No. 67].

PLEASE TAKE FURTHER NOTICE that the Bidding Procedures Order, without limitation, (i) provided, that the Auction will be conducted at the offices of Sidley Austin LLP, 787 Seventh Avenue, New York, New York 10019 **on April 3, 2013 at 9:00 a.m. (Eastern Time)**, (ii) approved the Assumption, Assignment and Cure Procedures, and (iii) scheduled the Sale Hearing to consider the Sale of the Acquired Assets, as more fully described in the Sale Motion (and its related documentation, including, without limitation, the Bidding Procedures), and the assumption and assignment of Contracts and Leases and approval of related cure amounts.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Sale Motion.

**PLEASE TAKE FURTHER NOTICE** that that the Sale Hearing is currently scheduled to be held **on April 11, 2013 at 9:30 a.m. (Pacific Time)** at the United States Bankruptcy Court for the District of Nevada, Foley Federal Building, 300 Las Vegas Blvd South, Las Vegas, Nevada 89101, before the Honorable Mike K. Nakagawa, Chief United States Bankruptcy Judge. The Sale Hearing may be adjourned, from time to time, without further notice to creditors or parties in interest other than by announcement of the adjournment in open Court or on the Court's docket.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Sale Motion, the Debtors intend to sell, assume and assign certain of their unexpired leases, license agreements and executory contracts related to the Acquired Assets (the "Contracts and Leases") free and clear of all Interests, upon satisfaction of the cure amounts required under section 365 of the Bankruptcy Code (the "Cure Amounts"). **The Contracts and Leases that the Debtors may seek to sell, assume and assign (the "Potential Assumed Contracts") and corresponding Cure Amounts are listed on the attached Exhibit 1**.

**PLEASE TAKE FURTHER NOTICE THAT ANY OBJECTIONS TO THE SALE MOTION, INCLUDING, WITHOUT LIMITATION, THE DEBTORS' REQUEST TO APPROVE THE SALE OF THE ACQUIRED ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, AND ENCUMBRANCES, OR THE SALE, ASSIGNMENT AND ASSUMPTION OF THE CONTRACTS AND LEASES, OR THE CURE AMOUNTS, MUST BE IN WRITING, FILED, AND SERVED SO AS TO BE ACTUALLY RECEIVED BY APRIL 8, 2013 AT 4:00 P.M. (EASTERN TIME)** by the Bankruptcy Court and: (i) counsel to the Debtors, Sidley Austin LLP, One South Dearborn Street, Chicago, Illinois 60603 (Attn: Jessica C.K. Boelter) and Maupin, Cox & Legoy, 4785 Caughlin Pkwy., P.O. Box 30000, Reno, Nevada 89520 (Attn: Christopher D. Jaime), (ii) the U.S. Trustee, (ii) counsel to the Official Committee of Unsecured Creditors (if appointed at such time) and (iv) all parties entitled to receive notice pursuant to Bankruptcy Rule 2002, in accordance with Local Rule 2002.

**PLEASE TAKE FURTHER NOTICE** that any objections solely to adequate assurance of future performance of a Contract or Lease by the Successful Bidder or Backup Bidder must be in writing, filed, and served so as to be **actually received by April 10, 2013 at 4:00 P.M. (Eastern Time)** by the Bankruptcy Court and: (i) counsel to the Debtors, Sidley Austin LLP, One South Dearborn Street, Chicago, Illinois 60603 (Attn: Jessica C.K. Boelter) and Maupin, Cox & Legoy, 4785 Caughlin Pkwy., P.O. Box 30000, Reno, Nevada 89520 (Attn: Christopher D. Jaime), (ii) the U.S. Trustee, (ii) counsel to the Official Committee of Unsecured Creditors (if appointed at such time) and (iv) all parties entitled to receive notice pursuant to Bankruptcy Rule 2002, in accordance with Local Rule 2002.

**A PARTY THAT FAILS TO FILE A TIMELY OBJECTION TO A CURE AMOUNT LISTED ON EXHIBIT 1 HERETO MAY FORFEIT ITS RIGHT TO DISPUTE SUCH CURE AMOUNT AT A LATER DATE AND/OR AT THE SALE HEARING.**

This notice is qualified in its entirety by the Bidding Procedures Order, the Bidding Procedures and the Sale Motion. All persons and entities are urged to read the Bidding Procedures Order, the Bidding Procedures and the Sale Motion and the provisions thereof carefully. To the extent that this notice is inconsistent with the Bidding Procedures Order, the terms of the Bidding Procedures Order shall govern.

Free copies of the Sale Motion, the Bidding Procedures, and the Bidding Procedures Order may be obtained by accessing the public website maintained by the Debtors' court-appointed claims agent, GCG, Inc., at www.gcginc.com/cases/rodeocreekgold or by calling (866) 259-9053.

Additionally, copies of the Sale Motion, the Bidding Procedures and the Bidding Procedures Order may be obtained by (i) contacting the attorneys for the Debtors, Sidley Austin LLP, One South Dearborn Street, Chicago, Illinois 60603 (Attn: Matthew G. Martinez) or Maupin, Cox & Legoy, 4785 Caughlin Pkwy., P.O. Box 30000, Reno, Nevada 89520 (Attn: Christopher D. Jaime); (ii) accessing the Bankruptcy Court's website at http://www.nvb.uscourts.gov (please note that a PACER password is needed to access documents on the Court's website); (iii) viewing the docket of these cases at the Clerk of the Court, United States Bankruptcy Court for the District of Nevada, Foley Federal Building, 300 Las Vegas Blvd South, Las Vegas, Nevada 89101.

**PLEASE TAKE FURTHER NOTICE THAT THE FAILURE TO ABIDE BY THE PROCEDURES AND ALL DEADLINES SET FORTH IN THE BIDDING PROCEDURES ORDER AND THE BIDDING PROCEDURES MAY RESULT IN THE FAILURE OF THE BANKRUPTCY COURT TO CONSIDER A COMPETING BID OR AN OBJECTION TO THE PROPOSED SALE TRANSACTION, THE ASSUMPTION AND ASSIGNMENT OF ANY CONTRACTS AND LEASES AND THE PROPOSED CURE AMOUNTS.**

DATED: March 8, 2013

SIDLEY AUSTIN LLP
Jessica C.K. Boelter
Thomas A. Labuda, Jr.
Matthew G. Martinez
One South Dearborn Street
Chicago, Illinois 60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036

Proposed Reorganization Counsel for
Debtors and Debtors in Possession

MAUPIN, COX & LEGOY, P.C.
Donald A. Lattin
Christopher D. Jaime
4785 Caughlin Parkway
Reno, Nevada 89519
Telephone:  (775) 827-2000
Facsimile:  (775) 827-2185

EXHIBIT A

This Exhibit does not serve as an admission that any contract, lease or license contained hereon is executory or unexpired.  The Debtors reserve the right to modify this Exhibit at any time.
The Debtors reserve any and all rights and arguments with respect to any contracts, leases or licenses which are listed on, or which are not listed on, this Exhibit. This includes, without
limitation, (i) the right to remove any contract, lease or license from this Exhibit, (ii) the right to add any contract, lease or license to this Exhibit, (iii) the right to argue that a contract, lease
or license listed on this Exhibit is not executory and/or not unexpired, (iv) the right to argue that a contract, lease or license listed on this Exhibit is not an obligation of any of the Debtors or
that no Debtor is a counterparty to a specific contract, lease or license listed on this Exhibit and (vi) the right to argue that any contract, lease or license on this Exhibit need not be assumed
under section 365 of the Bankruptcy Code to be sold or assigned.  The Debtors further reserve any and all rights to modify any cure amounts listed on this Exhibit.  Additionally, the inclusion
of a cure amount on this Exhibit does not constitute an admission by the Debtors of any default under any contract, lease or license listed on this Exhibit.  Finally, under the terms of the
proposed Asset Purchase Agreement (which is subject to modification) and the Bidding Procedures ordered by the Court, the purchaser has the right to exclude contracts, leases or licenses
from this Exhibit, or add contracts, leases or licenses to this exhibit, up through and including the date which is two (2) business days prior to the Sale Hearing.

| CONTRACT COUNTER-PARTY | COUNTER-PARTY ADDRESS | CONTRACT ID | LEGAL ENTITY | CONTRACT DESCRIPTION | CURE AMOUNT |
|---|---|---|---|---|---|
| 3D CONCRETE | PO BOX 458 BATTLE MOUNTAIN, NV 89820 | 86 | Rodeo Creek Gold Inc. | Services Agreement Obligation to Purchase Rental Agreement for Equipment | $665,549.95 |
| A&A CONTRACT CUSTOMS BROKERS USA, INC. | 26716 - 0AVENUE ALDERGROVE, BC V0Z 1A0 | 87 | Rodeo Creek Gold Inc. | Customs Agency Agreement | $0.00 |
| ADP TAX SERVICES | PO BOX 31001-1874 PASADENA, CA 91110-1874 | 89 | Rodeo Creek Gold Inc. | Reporting Agent Authorization | $4,060.68 |
| ADVANCED ELECTRICAL DESIGN | 430 MOUNTAIN CITY HWY #8 ELKO, NV 89801 | 3 | Rodeo Creek Gold Inc. | Electrical Engineering and Project Management | $0.00 |
| AECOM | 1178 PAYSPHERE CIRCLE CHICAGO, IL 60674 | 90 | Rodeo Creek Gold Inc. | Services Agreement | $32,085.66 |
| AGGREKO INC | PO BOX 972562 DALLAS, TX 75397 | 91 | Rodeo Creek Gold Inc. | Equipment Rental Agreement | $242,934.54 |
| ALL AMERICAN SECURITY | 2390 WEST HWY 56, SUITE 4 CEDAR CITY, UT 84721 | 4 | GBG Ltd aka Antler Peak Gold, Inc. | Services Agreement | $0.00 |
| AMEC ENVIRONMENT & INFRASTRUCTURE INC. | 24376 NETWORK PLACE CHICAGO, IL 60673-1376 | 93 | Rodeo Creek Gold Inc. | Services Agreement | $333.76 |
| AMERIPRIDE UNIFORM SERVICES | PO BOX 1160 BEMIDJI, MN 56619-1160 | 94 | Rodeo Creek Gold Inc. | Agreement and Addendum | $4,168.74 |
| APPLIED GEOSCIENCE | 1940 STARGAZE WAY RENO, NV 89523 | 8 | Rodeo Creek Gold Inc. | Services Agreement | $0.00 |
| BLAIN WELL DRILLING | PO BOX 1255 CARSON CITY, NV 89701 | 10 | Rodeo Creek Gold Inc. | Services Agreement | $0.00 |
| BOART LONGYEAR | 951 W. MAIN SUITE G ELKO, NV 89803 | 11 | Rodeo Creek Gold Inc. | Services Agreement | $0.00 |
| BROWN & CALDWELL | PO BOX 45208 SAN FRANCISCO, CA 94145-0208 | 99 | Rodeo Creek Gold Inc. | Services Agreement | $1,112.50 |
| CAFO, INC. | 200 UNIVERSITY AVENUE, SUITE 501 TORONTO, ON M5H 3C6 | 103 | Rodeo Creek Gold Inc. Great Basin Gold Ltd. | Premium Installment Contract | $0.00 |
| CANARC RESOURCE GROUP | #301-700 WEST PENDER STREET VANCOUVER, BC V6C 1 G8 | 14 | Rodeo Creek Gold Inc. | Agreement to purchase Analytical laboratory | $0.00 |
| CANNON ENVIRONMENTAL ASSISTANCE | 4055 DAISY LANE WINNEMUCCA, NV 89445 | 104 | Rodeo Creek Gold Inc. | Services Agreement | $0.00 |
| CANON FINANCIAL SERVICES, INC | 14904 COLLECTIONS CENTER DRIVE CHICAGO, IL 60693-0149 | 257 | Rodeo Creek Gold Inc. | Agreement | $5,156.00 |
| CARPENTER DRILLING INC | 7 S. GOOSE GAP ROAD BENTON CITY, WA 99320 | 105 | Rodeo Creek Gold Inc. | Agreement for Contractor Services | $78,545.74 |
| CASHMAN RENTAL | 600 GLENDALE AVENUE SPARKS, NV 89431 | 107 | Rodeo Creek Gold Inc. | Rental Agreement | $105,323.69 |
| CHARTIS | 175 WATER ST NEW YORK CITY, NY 10038 | 112 | Rodeo Creek Gold Inc. | Special Contingency Amendment to Worker's Comp Policy Short Term Auto policy Worker's Compensation and Employer Liability | $0.00 |
| CHEMTREAT, INC. | 15045 COLLECTIONS CENTER DRIVE CHICAGO, IL 60693 | 16 | Rodeo Creek Gold Inc. | Billing Agreement | $0.00 |
| CHUBB INSURANCE COMPANY OF CANADA | 1 ADELAIDE STREET E TORONTO, ON M5C 2V9 | 114 | Rodeo Creek Gold Inc. | North America Property /Mining Income and Extra Expenses | $0.00 |
| CONNER, TERESA | 4000 W WINNEMUCCA BLVD WINNEMUCCA, NV 89445 | 222 | Rodeo Creek Gold Inc. | Employee Letter Agreement | $0.00 |
| CRAWFORD, DOUG | 4000 W WINNEMUCCA BLVD WINNEMUCCA, NV 89445 | 123 | Rodeo Creek Gold Inc. | Employee Letter Agreement | $0.00 |
| CREATIVE BENEFITS, INC. | PO BOX 1928 VISTA, NV 92085-1928 | 238 | Rodeo Creek Gold Inc. | Agreement to Provide Administrative Services HIPAA Health Privacy | $0.00 |
| DRIFTECH, INC. | MARK ALLEN MINING DIVISION OF THE MCDOWELL GROUP OF COMPANIES 2018 KINGSWAY SUDBURY, ON P3B 4J8 | 98 | Rodeo Creek Gold Inc. | Agreement | $0.00 |

EXHIBIT A

| CONTRACT COUNTER-PARTY | COUNTER-PARTY ADDRESS | CONTRACT ID | LEGAL ENTITY | CONTRACT DESCRIPTION | CURE AMOUNT |
|---|---|---|---|---|---|
| DRISCOLL, JOSEPH | 238 AERIE LANE ELKO, NV 89801 | 152 | Rodeo Creek Gold Inc. | Employment Agreement | $0.00 |
| ELKO, INC (COACH USA) | 7701 WILBUR WAY SACRAMENTO, CA 95828 | 125 | Rodeo Creek Gold Inc. | General Conditions of Agreement | $147,120.63 |
| EXEC-U-CARE | PO BOX 533204 CHARLOTTE, NC 28290-3204 | 128 | Rodeo Creek Gold Inc. | Executive Plans | $0.00 |
| FINLEY RIVER COMPANY, LLC | 109 N WALNUT STREET WILLOW SPRINGS, MO 65793 | 261 | Rodeo Creek Gold Inc. | Memorandum of Agreement | $0.00 |
| FINLEY RIVER COMPANY, LLC | 109 N WALNUT STREET WILLOW SPRINGS, MO 65793 | 131 | Rodeo Creek Gold Inc. | Royalty Agreement | $181,758.00 |
| FINLEY RIVER COMPANY, LLC | PAM ROSEN - OPERATION MGR PO BOX 276 WILLOW SPRINGS, MO 65793 | 262 | Rodeo Creek Gold Inc. | Lease Agreement | $0.00 |
| FIRSTGOLD CORP. | 1055 CORNELL AVE LOVELOCK, NV 89419 | 26 | Rodeo Creek Gold Inc. | Interim Use Agreement | $0.00 |
| FRANCO NEVADA | 1745 SHEA CENTER DRIVE SUITE 310 HIGHLANDS RANCH, CO 80129 | 132 | Touchstone Resources Company | Royalty Agreement | $617,836.00 |
| GLOBAL MINING & TUNNELING | 5340 GRASS VALLEY ROAD WINNEMUCCA, NV 89445 | 29 | Rodeo Creek Gold Inc. | Underground Mine Truck Equipment Lease Agreement | $0.00 |
| GREAT BASIN GOLD, INC. | C/O HARRIS & THOMPSON 6121 LAKESIDE DRIVE, SUITE 260 RENO, NV 89511 | 136 | Rodeo Creek Gold Inc. | Assignment of Lease Agreement | $0.00 |
| GREAT BASIN GOLD, INC. | C/O HARRIS & THOMPSON 6121 LAKESIDE DRIVE, SUITE 260 RENO, NV 89511 | 135 | Rodeo Creek Gold Inc. | Venture Agreement Assignment | $0.00 |
| GROUND CONTROL SYSTEMS, INC. | 3100 EL CAMINO REAL ATASCADERO, CA 93422 | 31 | Rodeo Creek Gold Inc. | Contract, Settlement and mutual release | $0.00 |
| GUARDSMARK, LLC | ATTN: MANAGER IN CHARGE 4000 S. EASTERN AVE SUITE 100 LAS VEGAS, NV 89131 | 137 | Rodeo Creek Gold Inc. | Memorandum of Agreement for Rendering of Security Services | $223,251.86 |
| HI TECH EXPLORATION LTD | 2100 S COLTRANE RD EDMOND , OK 73013 | 140 | Rodeo Creek Gold Inc. | Memorandum of Agreement | $0.00 |
| HI-TECH EXPLORATION LTD | LYNN E. DAVIS 5725 WEST ATLANTIC PLACE #308 LAKEWOOD, CO 80277 | 264 | Rodeo Creek Gold Inc. | Lease Agreement | $0.00 |
| HIGH GROUND VILLAGE | 4550 BEATRIC LANE WINNEMUCCA, NV 89445 | 35 | Rodeo Creek Gold Inc. | Lease Agreement | $0.00 |
| HILLCREST MINING CO. | 3175 S REED CT DENVER, CO 80227 | 141 | Rodeo Creek Gold Inc. | 1) Royalty Agreement 2) Amendment to Auric - Hillcrest Mineral Lease and Assignment of Interest 3) Amendment and Ratification of Mining Lease and Sublease | $181,758.00 |
| HILLCREST MINING CO. | MS. CHYNTHIA A. SLINKARD 3175 SOUTH REED COURT LAKEWOOD, CO 80227 | 263 | Rodeo Creek Gold Inc. | Lease Agreement | $0.00 |
| HILLCREST MINING CO. | MS. CHYNTHIA A. SLINKARD 3175 SOUTH REED COURT LAKEWOOD, CO 80227 | 260 | Rodeo Creek Gold Inc. | Memorandum of Agreement | $0.00 |
| HM INSURANCE | PO BOX 535061 PITTSBURGH, PA 15253 | 146 | Rodeo Creek Gold Inc. | Stop Loss | $0.00 |
| HOLCOMB, TOM | 10 WEST MCARTHUR AVE WINNEMUCCA, NV 89445 | 225 | Rodeo Creek Gold Inc. | Employee Letter Agreement | $0.00 |
| HOLMAN FAMILY COUNSELING | 9451 CORBIN AVENUE SUITE 100 NORTHRIDGE, CA 91324 | 221 | Rodeo Creek Gold Inc. | Group Contract EAP Plan | $0.00 |
| HOLMAN FRAZIER | PO BOX 1100 NORTHRIDGE, CA 91328 | 147 | Rodeo Creek Gold Inc. | Employee Assistance Program | $0.00 |
| HOMETOWN HEALTH | 830 HARVARD WAY RENO, NV 89502 | 242 | Rodeo Creek Gold Inc. | Business Associate Agreement Medical Benefits Administration Administration Agreement Repayment Agreement | $0.00 |
| HUMBOLDT COUNTY | 50 W. 5TH STREET, ROOM 203 WINNEMUCCA, NV 89445 | 149 | Rodeo Creek Gold Inc. | Humboldt County Road and Landfill | $572.70 |
| JOHN DAVIS TRUCKING | PO BOX 457 BATTLE MOUNTAIN, NV 89820 | 40 | Rodeo Creek Gold Inc. | Services Agreement | $0.00 |
| JOHNSON MATTHEY | 4601 WEST 2100 SOUTH SALT LAKE CITY, UT 84120 | 48 | Rodeo Creek Gold Inc. | Refining Agreement | $71,254.17 |
| JUST REFINERS USA INC. | 540 GREG STREET SPARKS, NV 89431 | 41 | Rodeo Creek Gold Inc. | Refining Agreement | $0.00 |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY | 1300 S. CLINTON ST. FORT WAYNE, IN 46802 | 154 | Rodeo Creek Gold Inc. | Long Term Disability Insurance Group Short Term Disability Insurance | $0.00 |
| LOIS & GENE BAUM | PO BOX 372 WINNEMUCCA, NV 89446 | 46 | Rodeo Creek Gold Inc. | Water Well Agreement | $0.00 |

EXHIBIT A

| CONTRACT COUNTER-PARTY | COUNTER-PARTY ADDRESS | CONTRACT ID | LEGAL ENTITY | CONTRACT DESCRIPTION | CURE AMOUNT |
|---|---|---|---|---|---|
| MCVEHIL-MONNETT ASSOCIATES | 44 INVERNESS DRIVE EAST, BLDG. C ENGLEWOOD, CO 80112 | 49 | Rodeo Creek Gold Inc. | Scope and Estimate for air quality Technical support | $4,309.20 |
| MERCER/COMUPAY INC. | SEABURY & SMITH INC. IOWA FIDUCIARY ATLANTA, GA 30353-3206 | 50 | Rodeo Creek Gold Inc. | Payroll related services | $0.00 |
| MILLIMAN INC. | ATTN: MICHAEL N. MORIN 10000 N. CENTRAL EXPRESSWAY SUITE 1500 DALLAS , TX 75231-4177 | 165 | Rodeo Creek Gold Inc. Great Basin Gold Ltd | Service Providers Share Option Plan Amendment 1 to the Rodeo Creek Inc Retirement Plan Amendment for Final 415 Regulations, Pension Funding Equity Act and Final 411 Regulations Amendment for PPA, Heart Act and other law changes Amendment to terminate the Rodeo Creek Gold, Inc Plan Power of Attorney Rodeo Creek Gold, Inc. Retirement Plan | $0.00 |
| MOORE, BUTCH | 8571 EAST FLATS LOOP HARRISON, ID 83833 | 13 | Rodeo Creek Gold Inc. | Professional Services Agreement | $0.00 |
| MORRISON, LEE | P.O. BOX 428 WINNEMUCCA, NV 89446 | 153 | Rodeo Creek Gold Inc. | Employee Letter Agreement | $0.00 |
| MW BAGNALL COMPANY | 1345 E CHANDLER BLVD, BLDG 1, STE 1 PHOENIX, AZ 85048 | 240 | Rodeo Creek Gold Inc. | Consulting Agreement | $0.00 |
| NEWMONT EXPLORATION LIMITED | 555 FIFTH STREET ELKO, NV 89801 | 182 | Touchstone Resources Company | Amendment and Ratification of Mining Lease and Sublease | $0.00 |
| NEWMONT EXPLORATION LIMITED | ATTN: DIRECTOR, LAND ONE NORWEST CTR 1700 LINCOLN ST DENVER, CO 80203 | 183 | Touchstone Resources Company Great Basin Gold Inc. | Purchase Agreement | $0.00 |
| NORMET | PO BOX 64 UNION GROVE, WI 53182 | 52 | Rodeo Creek Gold Inc. | Equipment Rental Agreement | $0.00 |
| NV ENERGY | ATTN: LEGAL DEPARTMENT 6226 WEST SAHARA AVENUE M/S 3A LAS VEGAS, NV 89146 | 185 | Antler Peak Gold Inc. Rodeo Creek Gold Inc. | Line Extension Agreement Design Cost Agreement High Voltage Distribution Agreement | $4,487.69 |
| PACIFIC LEGACY INC. | 2641 HWY 4, SUITE 2B ARNOLD, CA 95223 | 53 | Rodeo Creek Gold Inc. | Professional Services Agreement | $0.00 |
| PACIFIC SPAR CORP. | 12280 WESTRIDGE DR RENO, NV 89511 | 188 | Rodeo Creek Gold Inc. Great Basin Gold Inc. | Purchase Agreement | $0.00 |
| PATTERSON, STEVEN R | 4160 E NATIONAL AVENUE WINNEMUCCA, NV 89445 | 72 | Rodeo Creek Gold Inc. | Rental Agreement | $0.00 |
| PITNEY BOWES | 500 ROSS STREET STE 154-0470 PITTSBURGH, PA 15262 | 55 | Rodeo Creek Gold Inc. | Lease of Equipment | $0.00 |
| PREDICTIVE COMPLIANCE LLC | 1940 BLAKE STREET , SUITE 105A DENVER, NV 80202 | 56 | Rodeo Creek Gold Inc. | Subscription Agreement | $0.00 |
| PRINCIPAL FINANCIAL GROUP | 711 HIGH STREET DES MOINES, IA 50392 | 191 | Rodeo Creek Gold Inc. | Dental | $0.00 |
| PROMETHEUS ENERGY GROUP | 8511 154TH AVE NE REDMOND, WA 98052 | 192 | Rodeo Creek Gold Inc. | Liquefied Natural Gas Supply Agreement | $591,055.11 |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA | 751 BROAD STREET NEWARK, NJ 07102 | 193 | Rodeo Creek Gold Inc. | Employee Term Life Coverage, Dependents Term Life Coverage, Accidental Death and Dismemberment Coverage Plans | $0.00 |
| Q&D CONSTRUCTION | ATTN: DOUG ELDER 1050 S. 21ST STREET SPARKS, NV 89510 | 194 | Rodeo Creek Gold Inc. | Memorandum of Agreement for the Stage 1 Esmeralda Tailings Storage Facility | $325,946.43 |
| QUALITY TRANSPORTATION INC | ATTN: MR. JOHN DAVIS PO BOX 367 BATTLE MOUNTAIN, NV 89820 | 195 | Rodeo Creek Gold Inc. | Services Agreement | $2,343,140.44 |
| QUEENSTAKE RESOURCES USA, INC | 670 IDAHO ST ELKO, NV 89801 | 196 | Rodeo Creek Gold Inc. Great Basin Gold Inc. | Ore Processing and Settlement Agreement | $0.00 |
| RAM ENTERPRISES | 465 NORTH HALSTEAD, SUITE 160 PASADENA, CA 91107 | 59 | Rodeo Creek Gold Inc. | Services Agreement | $0.00 |
| RAY MORGAN COMPANY | 3131 ESPLANADE CHICO, CA 95973 | 60 | Rodeo Creek Gold Inc. | Equipment Lease Agreement | $1,393.73 |
| RED KITE EXPLORER TRUST RK MINE FINANCE TRUST I | ATTN: PAUL COUGHLAN & MICHAEL SHEEHAN WILLIAM HOUSE 20 REID STREET HAMILTON HM1, | 200 | Rodeo Creek Gold Inc. Great Basin Gold Ltd | Contract for Sale & Purchase of Gold and Silver | $0.00 |

EXHIBIT A

| CONTRACT COUNTER-PARTY | COUNTER-PARTY ADDRESS | CONTRACT ID | LEGAL ENTITY | CONTRACT DESCRIPTION | CURE AMOUNT |
|---|---|---|---|---|---|
| REDBURN TIRE COMPANY | 4745 MANZANITA LANE ELKO, NV 89801 | 259 | Rodeo Creek Gold Inc. | Agreement | $105,563.09 |
| REI DRILLING | 250 WEST BERGER LANE SALT LAKE CITY, UT 84107 | 61 | Rodeo Creek Gold Inc. | Drilling Contract | $0.00 |
| ROCK CREEK CONSERVANCY LLC | 4825 CORDELL AVE #200 BETHESDA , MD 20814 | 63 | Rodeo Creek Gold Inc. | Operating Agreement | $0.00 |
| ROCMEC MINING INC | 162 SAINT-CHARLES AVENUE VAUDREUIL-DORION, QC J7V 2L1 | 64 | Rodeo Creek Gold Inc. | Contract proposal for extraction | $0.00 |
| ROTHBURG TAMBURINI & WISOR | 1576 SHERMAN ST. #100 DENVER, CO 80203 | 67 | Rodeo Creek Gold Inc. | Confidentiality Agreement | $0.00 |
| SANDVIK MINING & CONSTRUCTION USA LLC | 3710 EAST IDAHO ST ELKO, NV 89801 | 215 | Rodeo Creek Gold Inc. Great Basin Gold Inc. | Maintenance Alliance for Underground Mining Equipment Hollister Mine | $1,299,854.47 |
| SCOTT MCCRAKEN | 64991 KOURTNEY LANE MONTROSE, CO 81401 | 68 | Rodeo Creek Gold Inc. | Services Agreement | $0.00 |
| SIERRA AIR, INC. | 51 SNIDER WAY SPARKS, NV 89431 | 218 | Rodeo Creek Gold Inc. | Preventive Maintenance Agreement (Esmeralda Mill) Preventive Maintenance Agreement (Hollister) Preventive Maintenance Agreement (Pinnacle Analytical) | $15,048.58 |
| SIERRA PACIFIC POWER COMPANY | 6226 WEST SAHARA AVE LAS VEGAS, NV 89146 | 70 | Rodeo Creek Gold Inc. | Utility Line Extension Agreement | $0.00 |
| STRINGHAM, CARRIE | 4165 AUTUMN HILLS DRIVE WINNEMUCCA, NV 89445 | 106 | Rodeo Creek Gold Inc. | Employee Letter Agreement | $0.00 |
| STRUHSACKER, DEBRA | 3610 BIG BEND LANE RENO, NV 89509 | 73 | Rodeo Creek Gold Inc. | Consulting Agreement | $0.00 |
| SUMMIT ENVIROSOLUTIONS | 1217 BANDANA BLVD. N. ST. PAUL, MN 55108 | 74 | Rodeo Creek Gold Inc. | Services Agreement | $2,220.00 |
| SWANSON, KARL | PO BOX 75 ARVADA, CO 80001 | 75 | Rodeo Creek Gold Inc. | Consulting Agreement | $0.00 |
| THE BAGNALL COMPANY | 1345 E CHANDLER BLVD BLDG 1, STE 1 PHOENIX, AZ 85048 | 243 | Rodeo Creek Gold Inc. | Business Associate Agreement | $0.00 |
| THIESSEN TEAM USA INC | 1840 SHARPS ACCESS ROAD ELKO, NV 89801 | 78 | Rodeo Creek Gold Inc. | Sublease Agreement | $1,151.01 |
| THORNDYCRAFT, BRUCE | 24 ELK RUN ROAD BOISE, ID 83716 | 12 | Rodeo Creek Gold Inc. | Consulting Agreement & Confidentiality Agreement | $0.00 |
| THURMAN, WARD | 1437 BEARTOOTH DRIVE LAUREL, MT 59044 | 234 | Rodeo Creek Gold Inc. | Employee Letter Agreement | $0.00 |
| TIERRA GROUP INTERNATIONAL, LTD | 1746 COLE BLVD, STE 130 LAKEWOOD, CO 80401 | 224 | Rodeo Creek Gold Inc. | Master Consulting Services Agreement | $26,410.22 |
| TOUCHSTONE RESOURCES INC | 520 POST OAK BLVD SUITE #320 HOUSTON, TX 77027 | 226 | Rodeo Creek Gold Inc. Touchstone Resources Company | Acknowledgment | $0.00 |
| TRANSWOOD CARRIERS INC | PO BOX 189 OMAHA, NE 68101 | 79 | Rodeo Creek Gold Inc. | Letter of Intent | $0.00 |
| TROY TRANSPORT LLC | PO BOX 834 SALMON, ID 83467 | 80 | Rodeo Creek Gold Inc. | Professional Services Agreement | $0.00 |
| US BANCORP | PO BOX 790448 ST. LOUIS, NV 63179-0448 | 81 | Rodeo Creek Gold Inc. | Lease Agreement | $432.31 |
| USX CORPORATION | 600 GRANT ST PITTSBURGH, PA 15219 | 231 | Touchstone Resources Company | Quitclaim Deed and Assignment | $0.00 |
| VERIZON WIRELESS | PO BOX 660108 DALLAS, TX 75266-0108 | 82 | Rodeo Creek Gold Inc. | Major Account Agreement | $5,202.71 |
| VISION SERVICE PLAN | FILE NUMBER 73279 - PO BOX 60000 SAN FRANCISCO, CA 94160-3279 | 232 | Rodeo Creek Gold Inc. | Vision | $5,161.86 |
| WAGEWORKS, INC. | PO BOX 45772 SAN FRANCISCO, CA 94145-0772 | 239 | Rodeo Creek Gold Inc. | Administrative Services Agreement COBRA Administration | $0.00 |
| WALKER, RICK | 9770 S VIRGINA STREET RENO, NV 89511 | 62 | Rodeo Creek Gold Inc. | Consulting Agreement | $0.00 |
| WDC EXPLORATION AND WELLS | 500 MAIN STREET WOODLAND, CA 95695 | 83 | Rodeo Creek Gold Inc. | Subcontractor Agreement | $0.00 |
| WREDE, DUANE | 1001 KINGS ROW RENO, NV 89503 | 124 | Rodeo Creek Gold Inc. | Employee Letter Agreement | $0.00 |