**Electronically Filed on March 20, 2013**

Jeffrey N. Pomerantz (CA Bar No. 143717)
Ira D. Kharasch (CA Bar No. 109084)
Shirley S. Cho (CA Bar No. 192616)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., Suite 1300
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jpomerantz@pszjlaw.com
       ikharasch@pszjlaw.com
       scho@pszjlaw.com

Janet L. Chubb (NV Bar No. 176)
Louis M. Bubala III (NV Bar No. 8974)
Gordon R. Goolsby (NV Bar No. 11578)
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Pkwy., Ste. 200
Las Vegas, NV 89169
Telephone: 702/678-5070
Facsimile: 702/878-9995
Email: jchubb@armstrongteasdale.com
       lbubala@armstrongteasdale.com
       ggoolsby@armstrongteasdale.com

Proposed Counsel for the
Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>RODEO CREEK GOLD, INC.,<br><br>☐ Affects this Debtor<br>☒ Affects all Debtors<br>☐ Affects Antler Peak Gold Inc.<br>☐ Affects Hollister Venture Corporation<br>☐ Affects Touchstone Resources Company<br><br>Debtors. | Case No.: 13-50301-MKN<br><br>Chapter 11<br><br>**DESIGNATION OF LOCAL COUNSEL AND CONSENT THERETO** |

   The undersigned, attorney of record for the Official Committee of Unsecured Creditors (the "Committee") of Rodeo Creek Gold, Inc. ("Rodeo Creek") and its above-captioned affiliated debtors (collectively with Rodeo Creek, the "Debtors"), has submitted to the Court a "Verified Petition for Permission to Practice in this Case Only". Not being admitted to the bar of this Court, and not maintaining an office in the District of Nevada for the practice of law, she believes it to be in the best interests of the clients to designate Louis M. Bubala, attorney at law, member of the State Bar of Nevada and previously admitted to practice before the above-entitled Court, as associate local

DOCS_LA:265495.1 75293/001

counsel in this action.  The address, bar number, telephone number and email address of said designated Nevada Counsel is:

> Louis M. Bubala, III, Esq. (Bar No. 8974)
> Armstrong Teasdale
> 50 West Liberty
> Reno, NV 89501
> Telephone:  (775) 322-7400
> Email:  lbubala@armstrongteasdale.com

By this designation, the undersigned attorneys and parties agree that all documents and other papers issued out of this court in the above-entitled case may be served on the designated local counsel.  Further, said local counsel shall be responsible for providing copies of the same to co-counsel.  Further, this designation constitutes agreement and authorization by the undersigned for the designated local counsel to sign stipulations binding on all of us.  The time for performing any act under applicable Rule shall run from the date of service on the local counsel.

/s/ Shirley S. Cho
Shirley S. Cho, Esq.
Proposed Counsel for the Official Committee of Unsecured Creditors

**CONSENT OF DESIGNATED NEVADA COUNSEL**

The undersigned hereby consents to serve as associate Nevada counsel in this case and agrees that he is responsible for being counsel upon whom all documents and other papers issued out of this court shall be served, and that he is responsible to transmit copies of all documents and other papers so served to the admitted out-of-state counsel of record and to keep such counsel informed as to the status of the case.

/s/ Louis M. Bubala, III
Louis M. Bubala, III, Esq.
Designated Nevada Counsel

**APPOINTMENT OF DESIGNATED NEVADA COUNSEL**

The undersigned party hereby appoints Louis M. Bubala, III as Designated Nevada Counsel in this case.

      /s/ Shirley S. Cho
_____
Shirley S. Cho, Esq.
Proposed Counsel for the Official Committee of Unsecured Creditors