**Electronically Filed: April 9, 2013**

**LIONEL SAWYER & COLLINS**
Jennifer A. Smith, NBN 610
*jsmith@lionelsawyer.com*
Laura K. Granier, NBN 7357
*lgranier@lionelsawyer.com*
Ryan A. Andersen, NBN 12321
*randersen@lionelsawyer.com*
1100 Bank of America Plaza
50 West Liberty Street
Reno, Nevada 89501
Telephone: 775-788-8666
Facsimile: 775-788-8682

*Attorneys for Franco-Nevada U.S. Corporation*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>RODEO CREEK GOLD INC.,<br><br>☐ Affects this Debtor<br>☑ Affects all Debtors<br>☐ Affects Hollister Venture Corporation<br>☐ Affects Touchstone Resources Company<br>☐ Affects Antler Peak Gold, Inc. | Case No.: 13-50301-MKN<br>Chapter 11<br><br>Joint Administration with:<br>13-50302; 13-50303; 13-50304<br><br>**OBJECTION TO PROPOSED CURE AMOUNT**<br><br>Hearing Date:   May 2, 2013<br>Hearing Time:   1:30 p.m. Pacific Time<br>Courtroom:      2 |

Franco-Nevada U.S. Corporation ("**Franco-Nevada**"), by and through its counsel of record, hereby files its objection to the cure amount proposed within the *Notice of Possible Sale, Assumption, and Assignment of Certain Unexpired Leases and Executory Contracts and Sale Hearing* (the "**Notice**"). ECF No. 121.

As stated in Franco-Nevada's *Reservation of Rights Regarding Debtors' Motion to Sell Assets*, ECF No. 51, and in Franco-Nevada's *Limited Opposition to Debtors' Motion for Entry of Final Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing, (B) Use Cash Collateral, and (C) Grant Lines, Including Priming Liens and Superpriority Claims and (II)*

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

*Granting Adequate Protection*, ECF No. 163, Franco-Nevada asserts that its landowner's royalty stands as a separate property interest which is not part of the Debtors' bankruptcy estates. As such, Franco-Nevada's Landowner's Royalty is not an executory contract which may be rejected, cured, assumed, assigned, or affected in any way by these bankruptcy proceedings. The arguments made within the above-referenced pleadings are incorporated herein by this reference.

Furthermore, according to the Notice, the Debtors propose to pay Franco-Nevada $617,836.00 to cure the Debtors' defaults in royalty payments owed to Franco-Nevada. Should the Court find that Franco-Nevada's interest is not an executory contract, Franco-Nevada objects to the proposed cure amount, and asserts that, while currently undetermined, the appropriate cure amount is the subject of the dispute between the Debtors and Franco-Nevada and will be determined by the Court during the course of these proceedings.

Dated this 9th day of April, 2013.

Respectfully submitted by:

**LIONEL SAWYER & COLLINS**

By:   /s/ Jennifer A. Smith
      Jennifer A. Smith, NBN 610
      Laura K. Granier, NBN 7357
      Ryan A. Andersen, NBN 12321
      1100 Bank of America Plaza
      50 West Liberty Street
      Reno, Nevada 89501

*Attorneys for Franco-Nevada U.S. Corporation*

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

2