Jeanette E. McPherson NV Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146-5308
Telephone:  (702) 228-7590
Facsimile:  (702) 892-0122
E-Mail:  bkfilings@s-mlaw.com

Attorneys for Prometheus Energy

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re:<br><br>**RODEO CREEK GOLD INC.**<br><br>☐ Affects this Debtor<br>☒ Affects all Debtors<br>☐ Affects Hollister Venture Corporation<br>☐ Affects Touchstone Resources Company<br>☐ Affects Antler Peak Gold Inc.<br><br>                                                  Debtors. | Case No. BK-S-13-50301 MKN<br><br>Chapter 11<br><br>**DECLARATION OF LEN YORK IN SUPPORT OF OBJECTION TO CURE AMOUNT**<br><br>Date:  May 2, 2013<br>Time: 1:30 p.m. |
|---|---|

I, Len York, under penalty of perjury, declare as follows:

1.      I am over the age of 18 and am competent to testify to the facts set forth in this declaration and if called as a witness could and would testify thereto.

2.      I hold a Bachelor of Science degree in Accounting and Mathematics from the University of Alabama.  I am employed by Prometheus Energy ("Prometheus") and serve as the Chief Financial Officer ("CFO"), and am authorized to make this declaration on its behalf.

3.      I submit this declaration in support of the Objection To Cure Amount.  The facts set forth below are based upon my own personal knowledge or upon my knowledge of the books, records, and files maintained by Prometheus in the ordinary course of business.

4.      In my capacity as CFO, I am familiar with the manner in which Prometheus's books and records are prepared and maintained.  These books and records are prepared and maintained in the ordinary course of Prometheus's business.

5.      The books and records of Prometheus reflect that Rodeo Creek Gold Inc. (the "Debtor") owes the sum of $800,685.27 to Prometheus for the invoice period marked November

30, 2012 to February 28, 2013. A true and correct copy of the Aging Report is attached hereto as **Exhibit 1**.

6. I informed the Debtor that the amount of the stated liability of $591,055.00 was not correct. The Debtor acknowledged that the amount was not correct and responded by stating that it was missing an invoice. True and correct copies of email correspondence between the Debtor and me is attached hereto as **Exhibit 2**.

7. Based upon my correspondence with the Debtor, I believed that the Debtor had corrected its books and records to reflect the correct amount owed to Prometheus.

Dated this  12th  day of April, 2013.

/s/ Len York
LEN YORK

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

2

P:\Prometheus Energy\declaration of len york in support of objection to cure amount.doc

# EXHIBIT "1"

Rodeo Creek Gold (Hollister Mine)

| Aging Date (Trx Date) | Description | Document Type | Document No. | Balance Due | Current | 31 - 60 Days | 61 - 90 Days | Over 90 Days |
|---|---|---|---|---|---|---|---|---|
| 11/30/2012 | Invoice SINV-03334 | Invoice | LNG-03334 | 24,173.31 | - | - | - | 24,173.31 |
| 11/30/2012 | Invoice SINV-03360 | Invoice | LNG-03360 | 23,821.64 | - | - | - | 23,821.64 |
| 12/13/2012 | Invoice SINV-03386 | Invoice | LNG-03386 | 48,367.34 | - | - | - | 48,367.34 |
| 12/21/2012 | Invoice SINV-03426 | Invoice | LNG-03426 | 49,363.77 | - | - | 49,363.77 | - |
| 12/31/2012 | Invoice SINV-03450 | Invoice | LNG-03450 | 24,363.14 | - | - | 24,363.14 | - |
| 12/31/2012 | Invoice SINV-03507 | Invoice | LNG-03507 | 86,191.24 | - | - | 86,191.24 | - |
| 1/15/2013 | Invoice SINV-03518 | Invoice | LNG-03518 | 48,883.88 | - | - | 48,883.88 | - |
| 1/21/2013 | Invoice SINV-03533 | Invoice | LNG-03533 | 95,975.10 | - | 95,975.10 | - | - |
| 1/22/2013 | Rodeo Creek Gold (Hollister Mine) | Payment | RCPT-01271 | (0.01) | - | (0.01) | - | - |
| 1/28/2013 | Invoice SINV-03577 | Invoice | LNG-03577 | 35,792.54 | - | 35,792.54 | - | - |
| 1/30/2013 | Rodeo Creek Gold (Hollister Mine) | Payment | RCPT-01287 | (0.01) | - | (0.01) | - | - |
| 1/31/2013 | Invoice SINV-03605 | Invoice | LNG-03605 | 109,200.56 | - | 109,200.56 | - | - |
| 2/5/2013 | Invoice SINV-03647 | Invoice | LNG-03647 | 48,883.88 | - | 48,883.88 | - | - |
| 2/14/2013 | Invoice SINV-03670 | Invoice | LNG-03670 | 44,993.81 | - | 44,993.81 | - | - |
| 2/19/2013 | Rodeo Creek Gold (Hollister Mine) | Payment | RCPT-01314 | (0.01) | (0.01) | - | - | - |
| 2/26/2013 | Invoice SINV-03716 | Invoice | LNG-03716 | 70,309.65 | 70,309.65 | - | - | - |
| 2/28/2013 | Invoice SINV-03723 | Invoice | LNG-03723 | 90,365.44 | 90,365.44 | - | - | - |
| | | | | 800,685.27 | 160,675.08 | 334,845.87 | 208,802.03 | 96,362.29 |

*LNG deliveries 2/5 - 2/18/13*
*LNG deliveries 2/10 - 2/2/24/13*

Note-This covers invoices before the prepayment (post bankruptcy)

# EXHIBIT "2"

**From:** Len York <lyork@PrometheusEnergy.com>
**Sent:** Thursday, March 21, 2013 8:54 AM
**To:** Dwyer, Jeffrey; Nicole Bourland
**Cc:** Jeff House; Carolyn Barrett
**Subject:** Rodeo Creek Aging
**Attachments:** Copy of Aging as of 3-21-13.xlsx

Jeff/Nicole

All of the court records I've seen have the liability to PEG at $591,055. Please see the attached aging. There were two Feb. invoice totaling $160k which were prepetition and it appears a January invoice for around $49k which must not be in the Rodeo Creek system.

I'd like to get this reconciled and corrected soon. We are also completing a 503b9 analysis which I'll have to you soon and file with the court.

Len York
CFO

**PROMETHEUS**energy

Office: (832)456-6500
Cell:   (562)225-8010
Fax:    (832)456-0048
Email:  lyork@prometheusenergy.com

1

Rodeo Creek Gold (Hollister Mine)

| Aging Date (Trx Date) | Description | Document Type | Document No. | Balance Due | Current | 31 - 60 Days | 61 - 90 Days | Over 90 Days |
|---|---|---|---|---|---|---|---|---|
| 11/30/2012 | Invoice SINV-03334 | Invoice | LNG-03334 | 24,173.31 | - | - | - | 24,173.31 |
| 11/30/2012 | Invoice SINV-03360 | Invoice | LNG-03360 | 23,821.64 | - | - | - | 23,821.64 |
| 12/13/2012 | Invoice SINV-03386 | Invoice | LNG-03386 | 48,367.34 | - | - | - | 48,367.34 |
| 12/21/2012 | Invoice SINV-03426 | Invoice | LNG-03426 | 49,363.77 | - | - | 49,363.77 | - |
| 12/31/2012 | Invoice SINV-03450 | Invoice | LNG-03450 | 24,363.14 | - | - | 24,363.14 | - |
| 12/31/2012 | Invoice SINV-03507 | Invoice | LNG-03507 | 86,191.24 | - | - | 86,191.24 | - |
| 1/15/2013 | Invoice SINV-03518 | Invoice | LNG-03518 | 48,883.88 | - | - | 48,883.88 | - |
| 1/21/2013 | Invoice SINV-03533 | Invoice | LNG-03533 | 95,975.10 | - | 95,975.10 | - | - |
| 1/22/2013 | Rodeo Creek Gold (Hollister Mine) | Payment | RCPT-01271 | (0.01) | - | (0.01) | - | - |
| 1/28/2013 | Invoice SINV-03577 | Invoice | LNG-03577 | 35,792.54 | - | 35,792.54 | - | - |
| 1/30/2013 | Rodeo Creek Gold (Hollister Mine) | Payment | RCPT-01287 | (0.01) | - | (0.01) | - | - |
| 1/31/2013 | Invoice SINV-03605 | Invoice | LNG-03605 | 109,200.56 | - | 109,200.56 | - | - |
| 2/5/2013 | Invoice SINV-03647 | Invoice | LNG-03647 | 48,883.88 | - | 48,883.88 | - | - |
| 2/14/2013 | Invoice SINV-03670 | Invoice | LNG-03670 | 44,993.81 | - | 44,993.81 | - | - |
| 2/19/2013 | Rodeo Creek Gold (Hollister Mine) | Payment | RCPT-01314 | (0.01) | (0.01) | - | - | - |
| 2/26/2013 | Invoice SINV-03716 | Invoice | LNG-03716 | 70,309.65 | 70,309.65 | - | - | - | LNG deliveries 2/5 - 2/18/13 |
| 2/28/2013 | Invoice SINV-03723 | Invoice | LNG-03723 | 90,365.44 | 90,365.44 | - | - | - | LNG deliveries 2/10 - 2/2/24/13 |
| | | | | 800,685.27 | 160,675.08 | 334,845.87 | 208,802.03 | 96,362.29 |

Note–This covers invoices before the prepayment (post bankruptcy)

**From:** Nicole Bourland <nicoleb@us.grtbasin.com>
**Sent:** Thursday, March 21, 2013 1:13 PM
**To:** Len York
**Subject:** RE: Rodeo Creek Aging

Len,

Please forward invoice number 03647 – we are missing that. Thank you!



---

**From:** Len York [mailto:lyork@PrometheusEnergy.com]
**Sent:** Thursday, March 21, 2013 8:54 AM
**To:** Dwyer, Jeffrey; Nicole Bourland
**Cc:** Jeff House; Carolyn Barrett
**Subject:** Rodeo Creek Aging

Jeff/Nicole

All of the court records I've seen have the liability to PEG at $591,055. Please see the attached aging. There were two Feb.. invoice totaling $160k which were prepetition and it appears a January invoice for around $49k which must not be in the Rodeo Creek system.

I'd like to get this reconciled and corrected soon. We are also completing a 503b9 analysis which I'll have to you soon and file with the court.

Len York
CFO

**PROMETHEUS**energy

Office: (832)456-6500
Cell:    (562)225-8010
Fax:    (832)456-0048
Email:  lyork@prometheusenergy.com

This message, including any attachments, is confidential and may be privileged or otherwise protected from disclosure. If you are not the intended recipient, please telephone or email the sender and please delete this message and any attachments from your system. If you are not the intended recipient you should not copy this message or its attachments or disclose their contents to any other person.

Great Basin Gold Limited does not warrant that this e-mail, including any attachments, is virus free. You should therefore take full responsibility for virus checking.

Great Basin Gold is a limited liability company registered in Canada with registration number 436691. The Registered Office address is 1500 Royal Centre,1055 West Georgia Street,Vancouver, BC.Canada V6E 4NT.

For further information about Great Basin Gold Limited please see our website at www.grtbasin.com or refer to any Great Basin Gold Limited office.

Great Basin Gold is a limited liability company registered in Canada with registration number 436691. The Registered Office address is 1500 Royal Centre,1055 West Georgia Street,Vancouver, BC.Canada V6E 4NT.