Jessica C.K. Boelter (IL SBN 6277801)
Thomas A. Labuda, Jr. (IL SBN 6225401)
Matthew G. Martinez (IL SBN 6297132)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Counsel for Debtors
and Debtors in Possession

Donald A. Lattin (NV SBN 693)
Christopher D. Jaime (NV SBN 4640)
MAUPIN, COX & LEGOY, P.C.
4785 Caughlin Parkway
Reno, Nevada 89519
Telephone: (775) 827-2000
Facsimile: (775) 827-2185
dlattin@mclrenolaw.com
cjaime@mclrenolaw.com

Nevada Counsel for
Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

RODEO CREEK GOLD INC.

☐ Affects this Debtor
☒ Affects all Debtors
☐ Affects Antler Peak Gold Inc.
☐ Affects Hollister Venture Corporation
☐ Affects Touchstone Resources Company

Chapter 11

Case No. 13-50301 (MKN)

Jointly Administered

**NOTICE OF HEARING ON SHORTENED TIME**

Hearing Date:   May 2, 2013
Hearing Time:   1:30 p.m. (PT)

Place:   300 Las Vegas Blvd.
         Las Vegas, NV 89101

**NOTICE IS HEREBY GIVEN**, that pursuant to an *Order Shortening Time for Hearing on Interim Compensation Procedures Motion* entered on April 17, 2013 [Docket No. 383] (the "OST"), a hearing on shortened notice will be held at **1:30 p.m. (PT) on May 2, 2013** to consider the Debtors' *Motion for Administrative Order Pursuant to 11 U.S.C. §§ 105(a) and 331, and Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Interim Compensation Procedures Motion") [Docket No. 376]. A copy of the OST is attached hereto as Exhibit 1 and is incorporated herein by reference.

**NOTICE IS FURTHER GIVEN**, that if you do not want the Court to grant the relief sought in the Interim Compensation Procedures Motion, or if you want the court to consider your views, then you must file and serve an opposition or other response **no later than April 24, 2013**. The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

---

If you object to the relief requested, you *must* file a **WRITTEN** response to the pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may *refuse to allow you to speak* at the scheduled hearing; and
- The court may *rule against you* without formally calling the matter at the hearing.

---

**NOTICE IS FURTHER GIVEN**, that pursuant to the OST and as noted above a hearing on the Interim Compensation Procedures Motion will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, NV 89101, Bankruptcy Courtroom No. 2, on **May 2, 2013 at 1:30 p.m. (PT)**.

**NOTICE IS FURTHER GIVEN**, that a copy of the Interim Compensation Procedures Motion can be viewed and obtained on the Court's internet website at www.nvb.uscourts.gov and for free on the independent website maintained by the Debtors, http://www.gcginc.com/cases/rodeocreekgold/. A login and passwords to the Court's Public Access to Electronic Court Records ("PACER") are required to access www.nvb.uscourts.gov and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov.

DATED: April 17, 2013                     Respectfully submitted,

                                          By   /s/   Christopher D. Jaime
                                          Donald A. Lattin, NV State Bar #4640
                                          Christopher D. Jaime, NV State Bar #693
                                          MAUPIN, COX & LEGOY, P.C.
                                          4785 Caughlin Parkway
                                          Reno, Nevada 89519
                                          dlattin@mclrenolaw.com
                                          cjaime@mclrenolaw.com

1
2  Nevada Counsel for
   Debtors and Debtors in Possession
3
4  Jessica C.K. Boelter, IL State Bar #6277801
   Thomas A. Labuda, Jr., IL State Bar #6225401
5  Matthew G. Martinez, IL State Bar #6297132
   SIDLEY AUSTIN LLP
6  One South Dearborn Street
   Chicago, Illinois 60603
7  Telephone: (312) 853-7000
   Facsimile: (312) 853-7036
8
9  Counsel for Debtors and Debtors in Possession
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

*Order Shortening Time for Hearing on Interim Compensation Procedures Motion*

# EXHIBIT 1

# EXHIBIT 1

# EXHIBIT 1

Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
April 17, 2013

| | |
|---|---|
| Jessica C.K. Boelter (IL SBN 6277801)<br>Thomas A. Labuda, Jr. (IL SBN 6225401)<br>Michael T. Gustafson (IL SBN 6303441)<br>SIDLEY AUSTIN LLP<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036<br><br>Proposed Reorganization Counsel for<br>Debtors and Debtors in Possession | Donald A. Lattin (NV SBN 693)<br>Christopher D. Jaime (NV SBN 4640)<br>MAUPIN, COX & LEGOY, P.C.<br>4785 Caughlin Parkway<br>Reno, Nevada 89519<br>Telephone: (775) 827-2000<br>Facsimile: (775) 827-2185<br>dlattin@mclrenolaw.com<br>cjaime@mclrenolaw.com<br><br>Proposed Local Reorganization Counsel for<br>Debtors and Debtors in Possession |

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

RODEO CREEK GOLD INC.

☐ Affects this Debtor
☒ Affects all Debtors
☐ Affects Antler Peak Gold Inc.
☐ Affects Hollister Venture Corporation
☐ Affects Touchstone Resources Company

Chapter 11

Case No. BK-13-50301 (MKN)

Jointly Administered

**ORDER SHORTENING TIME FOR HEARING ON INTERIM COMPENSATION PROCEDURES MOTION**

**OST REQUEST PENDING**
Tentative Hearing Date: May 2, 2013
Tentative Hearing Time: 1:30 P.M. (PT)
Place:      Foley Federal Building
            and U.S. Courthouse
            Courtroom 2
            300 Las Vegas Blvd South
            Las Vegas, NV 89101

1

## ORDER SHORTENING TIME FOR HEARING ON
## THE INTERIM COMPENSATION PROCEDURES MOTION

Upon the motion (the "Motion")[1] of the Debtors[2] in the above-captioned chapter 11 cases for the entry of an order pursuant to Rule 9006 of the Federal Rules of Bankruptcy Procedure and Rules 9006 and 4001 of the Local Rules of Bankruptcy Procedure for the District of Nevada, shortening time for hearing on the Interim Compensation Procedures Motion (as defined below); and upon consideration of the Labuda Declaration; and this Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and the consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and this Court having determined that notice of the Motion as provided therein was good and sufficient; and this Court having determined that the relief sought in the Motion is in the best interests of the Debtors, their creditors and all parties in interest; and after due deliberation, it is therefore

ORDERED that the Motion is granted in its entirety; and it is further

ORDERED that the *Motion for Administrative Order Pursuant to 11 U.S.C. §§ 105(a) and 331, and Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Interim Compensation Procedures Motion") will be heard by a United States Bankruptcy Judge in the United States Bankruptcy Court located in at 300 Las Vegas Blvd South, Courtroom 2, Las Vegas, NV 89101, on the 2nd day of May, 2013 at the hour of 1:30 p.m. (PT).; and it is further

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

[2] The Debtors in these chapter 11 cases are: Rodeo Creek Gold Inc., Hollister Venture Corporation, Touchstone Resources Company, and Antler Peak Gold Inc.

2

ORDERED that any opposition(s) to the Interim Compensation Procedures Motion shall be filed and served by the 24th day of April, 2013, and any reply to such opposition(s) shall be filed and served by the 29th day of April, 2013.

SUBMITTED BY:

Donald A. Lattin, NV State Bar #693
Christopher D. Jaime, NV State Bar #4640
MAUPIN, COX & LEGOY, P.C.
4785 Caughlin Parkway
Reno, Nevada 89519
dlattin@mclrenolaw.com
cjaime@mclrenolaw.com

Nevada Counsel for Debtors and Debtors in Possession

Jessica C.K. Boelter, IL State Bar #6277801
Thomas A. Labuda, Jr., IL State Bar #6225401
Michael T. Gustafson, IL State Bar #6303441
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603

Counsel for Debtors and Debtors in Possession

In accordance with Local Rule 9021, counsel submitting this document certifies as follows (check one):

____ The court has waived the requirement set forth in Local Rule 9021(b)(1)

____ No party appeared at the hearing or filed an objection to the Motion.

____ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

____ I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to Local Rule 9014(g), and that no party has objected to the form or content of the order.

###