Jessica C.K. Boelter (IL SBN 6277801)
Thomas A. Labuda, Jr. (IL SBN 6225401)
Matthew G. Martinez (IL SBN 6297132)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Christopher D. Jaime (NV SBN 4640)
Donald A. Lattin (NV SBN 693)
MAUPIN, COX & LEGOY, P.C.
4785 Caughlin Parkway
Reno, Nevada 89519
Telephone: (775) 827-2000
Facsimile: (775) 827-2185
cjaime@mclrenolaw.com
dlattin@mclrenolaw.com

Counsel for Debtors and Debtors in Possession

Nevada Counsel for Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>RODEO CREEK GOLD INC.<br><br>☐ Affects this Debtor<br>☒ Affects all Debtors<br>☐ Affects Antler Peak Gold Inc.<br>☐ Affects Hollister Venture Corporation<br>☐ Affects Touchstone Resources Company | Chapter 11<br><br>Case No. BK-13-50301(MKN)<br><br>Jointly Administered<br><br>**STIPULATION AMONG THE DEBTORS, THE DIP AGENT AND THE COMMITTEE EXTENDING THE AGREED-UPON DEADLINE FOR FILING A CHAPTER 11 PLAN AND DISCLOSURE STATEMENT** |

Rodeo Creek Gold, Inc. and its affiliated debtors and debtors in possession (each a "Debtor" and collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), Credit Suisse AG, as administrative agent and collateral agent (the "DIP Agent"), and the Official Committee of Unsecured Creditors in these Chapter 11 Cases (the "Committee" and collectively with the Debtors and the DIP Agent, the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree as follows (this "Stipulation") in accordance with the following facts and recitals:

## RECITALS

A. On February 25, 2013 (the "Petition Date"), the Debtors commenced these Chapter 11 Cases by each filing a voluntary petition under Chapter 11 of the United States Bankruptcy Code.

B. On April 8, 2013, the United States Bankruptcy Court for the District of Nevada (the "Court") entered the *Final Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 552 and Fed. R. Bankr. P. Rule 4001(b) and (c) (I) Authorizing Debtors to (A) Obtain Postpetition Financing; and (B) Use Cash Collateral; (II) Granting Liens, Including Priming Liens, and Superpriority Claims, (III) Granting Adequate Protection, and (IV) Granting Related Relief* [Docket No. 342] (the "DIP Order").[1]

C. The DIP Order provides, in relevant part, that "The Debtors, after consultation with the Monitor, shall file a chapter 11 plan in form and substance satisfactory to the DIP Agent and the Committee (the "Plan") and related disclosure statement, each consistent with the terms of [the DIP Order], on or before April 22, 2013, and seek confirmation of the Plan on an expedited basis." DIP Order ¶ 29(e).

D. The Parties have agreed to extend the filing deadline for the Plan and related disclosure statement through and including April 29, 2013.

## STIPULATION

**NOW, THEREFORE, IT IS HEREBY STIPULATED** as follows:

1. The DIP Order shall be modified to reflect the agreed upon extension of time for filing the Plan and related disclosure statement, such that the words "on or before April 22, 2013" now appearing in paragraph 29(e) of the DIP Order shall be replaced by "on or before April 29, 2013".

2. For the avoidance of doubt, the extension of the agree-upon deadline for filing the Plan and related disclosure statement set forth in this Stipulation shall not (i) constitute an event of default under the terms of the DIP Agreement or a violation of the DIP Order, (ii) cause any termination of the Commitments of the DIP Lenders (each as defined in the DIP Agreement) set

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the DIP Order.

forth in the DIP Agreement, or (iii) prevent the Debtors from borrowing funds up to the full amount of the Priority Term Facility.

***[Signature Pages Follow]***

Dated: April 18, 2013

MAUPIN, COX & LEGOY, P.C.

By: /s/ Christopher D. Jaime
Donald A. Lattin, NV State Bar #4640
Christopher D. Jaime, NV State Bar #693
4785 Caughlin Parkway
Reno, Nevada 89519
Telephone: (775) 827-2000
Facsimile: (775) 827-2185
dlattin@mclrenolaw.com
cjaime@mclrenolaw.com

Nevada Counsel for Debtors
and Debtors in Possession

– and –

SIDLEY AUSTIN LLP
Jessica C.K. Boelter, IL State Bar # 6277801
Thomas A. Labuda, Jr., IL State Bar # 6225401
Matthew G. Martinez IL State Bar # 6297132
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Counsel for Debtors
and Debtors in Possession

DOWNEY BRAND LLP

By: /s/ Sallie B. Armstrong
Sallie B. Armstrong, Esq.
100 W. Liberty Street, Suite 900
Reno, Nevada 89501
Telephone: (775) 329-5900

Nevada Counsel for the DIP Agent

– and –

MILBANK, TWEED, HADLEY & MCCLOY LLP
Dennis C. O'Donnel, Esq.
One Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000

Counsel for the DIP Agent

ARMSTRONG TEASDALE LLP

By: /s/ Janet L. Chubb
Janet L. Chubb, NV State Bar #176
Louis M. Babula III, NV State Bar #8974
Gordon R. Goolsby, NV State Bar #11578
3770 Howard Hughes Pkwy., Suite 200
Las Vegas, Nevada 89169
Telephone: (702) 678-5070
Facsimile: (702) 878-9995
jchubb@armstrongteasdale.com
lbabula@armstrongteasdale.com
ggoolsby@armstrongteasdale.com

Proposed Nevada Counsel for the Official
Committee of Unsecured Creditors

– and –

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, CA State Bar # 143717
Ira D. Kharasch, CA State Bar # 109084
Shirley S. Cho, CA State Bar # 192616
10100 Santa Monica Blvd., Suite 1300
Los Angeles, California 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

Proposed Counsel for the Official
Committee of Unsecured Creditors

6