E-filed:  April 26, 2013

1   Robert R. Kinas (NV Bar No. 6019)
    Stephen B. Yoken (NV Bar No. 5559)
2   Blakeley E. Griffith (NV Bar No. 12386)
    Charles E. Gianelloni (NV Bar No. 12747)
3   SNELL & WILMER L.L.P.
    3883 Howard Hughes Parkway, Suite 1100
4   Las Vegas, NV 89169
    Telephone: (702) 784-5200
5   Facsimile:  (702) 784-5252
    Email: rkinas@swlaw.com
6           syoken@swalw.com
            bgriffith@swlaw.com
7           cgianelloni@swlaw.com
    *Attorneys for Caterpillar Financial Services Corporation*

8                **UNITED STATES BANKRUPTCY COURT**

9                     **DISTRICT OF NEVADA**

10

11  In re                                      Case No. 13-50301-mkn
                                               (LEAD CASE)
12  RODEO CREEK GOLD INC.,                     Chapter 11

13                                             Joint Administration with
        ☐ Affects this Debtor                  Case No. 13-50302-mkn
14      ☒ Affects all Debtors                  Case No. 13-50303-mkn
        ☐ Affects Antler Peak Gold Inc.        Case No. 13-50304-mkn
15      ☐ Affects Hollister Venture Corp.
        ☐ Affects Touchstone Resources Company **NOTICE OF RESERVATION OF RIGHTS**
16                                             **TO DEBTOR'S MOTION CONCERNING**
                                               **THE PROPOSED SALE OF DEBTORS'**
17             Debtors.                        **ASSETS, BIDDING PROCEDURES, AND**
                                               **OTHER RELATED ISSUES**

18

19          Caterpillar Financial Services Corporation ("Caterpillar"), by and through its undersigned

20  counsel, hereby files its Notice of Reservation of Rights to the Motion for: (I) An Order (A)

21  Scheduling a Hearing to Consider the Proposed Sale of the Debtors' Assets and Approving the

22  Form and Manner of Notice Thereof, (B) Establishing Bidding Procedures Relating to the Sale

23  and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases,

24  Including Notice of Proposed Cure Amounts, and (C) Granting Certain Related Relief; and (II)

25  An Order (A) Approving the Sale, (B) Authorizing the Sale, Assumption and Assignment of

26  Certain Executory Contracts and Unexpired Leases, and (C) Granting Certain Related Relief

27  [Docket No. 16] (the "Motion") filed by Rodeo Creek Gold Inc. ("Rodeo") and its affiliated

28

17072988.1

debtors and debtors-in-possession (each a "Debtor" and collectively, the "Debtors") in the above-captioned Chapter 11 cases (the "Chapter 11 Cases").

On April 23, 2013 and April 24, 2013, an auction was conducted to sell the Debtors' assets (the "Sale"). As of this time, the Asset Purchase Agreement and final form of order approving the Sale have not been filed by the Debtors and thus are not able to be reviewed by Caterpillar. Therefore, Caterpillar reserves its right to object to the Asset Purchase Agreement and/or the order approving the Sale.

DATED this 26th day of April 2013.

SNELL & WILMER L.L.P.


By: _____/s/ Charles E. Gianelloni_____
Robert R. Kinas (NV Bar No. 6019)
Stephen B. Yoken (NV Bar No. 5559)
Blakeley E. Griffith (NV Bar No. 12386)
Charles E. Gianelloni (NV Bar No. 12747)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
*Attorneys for Caterpillar Financial Services Corporation*

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702) 784-5200

17072988.1

- 2 -