ROBERT M. CHARLES, Jr., ESQ. (NV Bar # 6593)
DAWN M. CICA, ESQ. (NV Bar #004565)
**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8200
Facsimile (702) 216-6208
Email:  RCharles@LRlaw.com
        DCica@LRlaw.com

*Counsel for San Juan Drilling, Inc.*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

RODEO CREEK GOLD INC., *et al.*,

                                Debtors.

| | |
|---|---|
|   | Affects this Debtor |
| X | Affects all Debtors |
|   | Affects Antler Peak Gold Inc. |
|   | Affects Hollister Venture Corporation |
|   | Affects Touchstone Resources Company |

Chapter: 11

Jointly Administered Under
Case No. BK-13-50301-MKN

Case Nos.
BK-13-50301-MKN
BK-13-50302-MKN
BK-13-50303-MKN
BK-13-50304-MKN

**DECLARATION OF TERRY RAY**

Date:     March 28, 2013
Time:     1:00 p.m.

Terry Ray declares under penalty of perjury:

1. I am an adult person competent to testify before this Court. I make the following statements based upon my personal knowledge and from the business records described in this declaration.

2. I am the President and sole owner of San Juan Drilling, Inc.

3. San Juan Drilling, Inc. ("San Juan Drilling"), has been a contractor to Rodeo Creek Gold, Inc. ("Rodeo Creek") and its above-captioned affiliated debtors (collectively with Rodeo Creek, the "Debtors") at the Hollister mine since approximately April of 2008.

4. San Juan Drilling continues to be the underground core drilling contractor on site.

-1-

5. San Juan Drilling is owed $1,957,676.15 for work done prior to the date of the filing of this chapter 11 case.

6. This Declaration is filed in connection with San Juan Drilling's Objection to the Debtors' (1) Motion or the Entry of Interim and Final Orders (I) Authorizing, but Not Directing, the Debtors to Pay Certain Necessary Prepetition Amounts Owing with Respect to (A) Shippers and Lien Claimants, (B) Insurance Programs, (C) Taxes, and (D) Essential Vendors and (II) Authorizing and Directing Financial Institutions to Receive, Process, Honor and Pay All checks Issued and Electronic Payment Requests Made Relating to the Foregoing at the Debtors' Direction and (2) Motion for Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Postpetition Financing, (B) Use of Cash Collateral, and (C) Grant Liens, Including Priming Liens, and Superpriority Claims, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing and (IV) Granting Related Relief.

I make this declaration under penalty of perjury of the laws of the United States in Montrose, Colorado on March 6, 2013.

Terry Ray

Lewis and Roca LLP
993 Howard Hughes Pkwy
Suite 600
Las Vegas, Nevada 89169

-2-