Dawn M. Cica  (NV 004565)
Telephone (702) 949-8257
Facsimile (702) 216-6208
Email:  DCica@LRlaw.com
**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada  89169-5996

*Counsel for Creditor San Juan Drilling, Inc.*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>RODEO CREEK GOLD INC., *et al.*,<br><br>Debtors.<br><br>☐ Affects this Debtor<br>**X** Affects all Debtors<br>☐ Affects Antler Peak Gold Inc.<br>☐ Affects Hollister Venture Corporation<br>☐ Affects Touchstone Resources Company | Chapter: 11<br><br>Jointly Administered Under<br>Case No. BK-13-50301-MKN<br><br>Case Nos.<br>BK-13-50301-MKN<br>BK-13-50302-MKN<br>BK-13-50303-MKN<br>BK-13-50304-MKN<br><br>**AMENDED DECLARATION OF TERRY RAY**<br><br>Date:         May 2, 2013<br>Time:        1:00 p.m. |

Terry Ray declares under penalty of perjury:

1.  I am an adult person competent to testify before this Court.  I make the following statements based upon my personal knowledge and from the business records described in this declaration.

2.  I am the President and sole owner of San Juan Drilling, Inc.

3.  San Juan Drilling, Inc. ("San Juan Drilling"), has been a contractor to Rodeo Creek Gold, Inc. ("Rodeo Creek") and its above-captioned affiliated debtors (collectively with Rodeo Creek, the "Debtors") at the Hollister Mine since approximately April of 2008.

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada  89169

4. San Juan Drilling continues to be the underground core drilling contractor on site.

5. San Juan Drilling is owed $1,957,676.15 for work done prior to the date of the filing of this chapter 11 case.

6. This Declaration is filed in connection with San Juan Drilling's Reservation of Rights and Objection to Debtors' Motion Concerning the Proposed Sale of Debtors' Assets, Bidding Procedures and Other Related Issues.

I make this declaration under penalty of perjury of the laws of the United States in Montrose, Colorado on April 26, 2013.

          /s/Terry Ray
Terry Ray