ISRAEL GOLDOWITZ
Chief Counsel
KAREN L. MORRIS
Deputy Chief Counsel
KARTAR KHALSA
Assistant Chief Counsel
M. KATIE BURGESS
Attorney
PENSION BENEFIT GUARANTY CORPORATION
Office of the Chief Counsel
1200 K Street, NW, Suite 340
Washington, D.C. 20005-4026
202-326-4020, ext. 4779
202-326-4112 (facsimile)

Attorneys for Pension Benefit
    Guaranty Corporation

DANIEL G. BOGDEN
United States Attorney
District of Nevada
Nevada State Bar No. 2197

CARLOS A. GONZALEZ
Assistant United States Attorney
333 Law Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787

Attorneys for the United States
    Guaranty Corporation

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Chapter 11 |
| RODEO CREEK GOLD, INC., *et. al.* | Case No.: 3:13-bk-50301 (MKN) |
| Debtor. | |

## PENSION BENEFIT GUARANTY CORPORATION'S RESERVATION OF RIGHTS WITH RESPECT TO DEBTORS' MOTION TO SELL

The Pension Benefit Guaranty Corporation ("PBGC"), on its own and on behalf of the Rodeo Creek Gold, Inc. Retirement Plan (the "Pension Plan") hereby files this reservation of rights with respect to the Motion to Sell filed by Rodeo Creek Gold, Inc. and affiliated debtors (the "Debtors"). On April 25, 2013, PBGC filed its Objection to Debtors' Motion to Sell, docket number 405 ("Objection"), and PBGC incorporates the Objection here by reference. After reviewing the Proposed Asset Purchase Agreement in Connection With the Sale of the Debtors'

Assets, docket number 420 ("Proposed APA"), PBGC wishes to reserve its rights with respect to Rock Creek Conservancy LLC ("Rock Creek").

PBGC initially notes the lack of notice of the actual proposed terms of the sale. Although the deadline to object to the sale was April 26, 2013 at 4:00 pm (Eastern), the Debtors did not file the Proposed APA until after 11:00 pm (Eastern) on April 26, 2013. Failing to provide all interested parties with the Proposed APA in advance of the objection deadline, and a mere three business days before the sale hearing, does not provide meaningful notice and an opportunity to be heard.

With respect to Rock Creek, a non-debtor being acquired under the Proposed APA, PBGC notes that the Debtors warrant that Rock Creek has no liabilities.[1] However, in the likely event that the Rodeo Creek Inc. Retirement Plan (the "Pension Plan") is terminated by PBGC pursuant to 29 U.S.C. § 1342, Rock Creek will be jointly and severally liable for the Pension Plan underfunding, currently estimated by PBGC to be $2,138,179.[2] If PBGC terminates the

---

[1] APA section 4.12.

[2] See 29 U.S.C. §§ 1082(c)(11)(B), 1307(e)(2), 1362.

- 2 -

Pension Plan, it reserves the right to seek recovery of the underfunding from every party liable to PBGC under law, including Rock Creek.

Dated: April 30, 2013  /s/ M. Katie Burgess
      Washington, D.C.  ISRAEL GOLDOWITZ
                                                                                           Chief Counsel
                                                                                    KAREN L. MORRIS
DANIEL G. BOGDEN  Deputy Chief Counsel
United States Attorney  KARTAR KHALSA
District of Nevada  Assistant Chief Counsel
                                                                                    M. KATIE BURGESS
CARLOS A. GONZALEZ  Attorney
Assistant United States Attorney  PENSION BENEFIT GUARANTY
333 Las Vegas Blvd. South, Suite 5000         CORPORATION
Las Vegas, Nevada 89101  Office of the Chief Counsel
Telephone: (702) 388-6336  1200 K Street, NW, Suite 340
Facsimile: (702) 388-6787  Washington, D.C. 20005-4026
E-mail: Carlos.Gonzalez2@usdoj.gov  202-326-4020, ext. 4779
                                                                                    202-326-4112 (facsimile)
Attorneys for the United States  efile@pbgc.gov

                                                                      Attorneys for Pension Benefit Guaranty Corporation