Jessica C.K. Boelter (IL SBN 6277801)
Thomas A. Labuda, Jr. (IL SBN 6225401)
Matthew G. Martinez (IL SBN 6297132)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Counsel for Debtors
and Debtors in Possession

Donald A. Lattin (NV SBN 693)
Christopher D. Jaime (NV SBN 4640)
MAUPIN, COX & LEGOY, P.C.
4785 Caughlin Parkway
Reno, Nevada 89519
Telephone: (775) 827-2000
Facsimile: (775) 827-2185
dlattin@mclrenolaw.com
cjaime@mclrenolaw.com

Nevada Counsel for
Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re:

RODEO CREEK GOLD INC.

☐ Affects this Debtor
☒ Affects all Debtors
☐ Affects Antler Peak Gold Inc.
☐ Affects Hollister Venture Corporation
☐ Affects Touchstone Resources Company

Chapter 11

Case No. 13-50301 (MKN)

Jointly Administered

**NOTICE OF CONTRACTS AND LEASES TO BE ASSUMED AND ASSIGNED TO WATERTON NEVADA HOLDINGS, LLC**

Hearing Date:  May 2, 2013
Hearing Time:  1:30 p.m. (PT)
Place:  300 Las Vegas Blvd.
        Las Vegas, NV 89101

**PLEASE TAKE NOTICE** that on February 25, 2013, Rodeo Creek Gold Inc., Antler Peak Gold Inc., Hollister Venture Corporation and Touchstone Resources Company, as debtors and debtors in possession (the "Debtors"), filed a motion (the "Sale Motion")[1] [Docket No. 16] with the United States Bankruptcy Court for the District of Nevada (the "Bankruptcy Court") seeking entry of (i) an order (the "Bidding Procedures Order"), among other things, (a) approving certain procedures (the "Bidding Procedures") for the solicitation of bids and the

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Sale Motion.

conduct of an auction (the "Auction") in connection with the proposed sale (the "Sale") of substantially all of their assets (the "Acquired Assets") related to the operation of the Hollister gold mine and the Esmeralda Mill in Nevada, (b) approving the form and manner of notice with respect to the proposed Sale, the Auction, and the Sale Hearing (as defined below), (c) approving procedures for the assumption, assignment, and cure of contracts and leases to any purchaser of the Acquired Assets and/or to resolve any objections thereto and related notices, (d) scheduling a hearing to approve any such Sale with respect to any bid accepted by the Debtors (the "Sale Hearing"); and (ii) an order (a) authorizing and approving the Sale with the Successful Bidder (as such term is defined in the Bidding Procedures), and (b) authorizing and approving the assumption and assignment of certain executory contracts and unexpired leases in connection with the Sale.

**PLEASE TAKE FURTHER NOTICE** that on March 1, 2013, the Bankruptcy Court entered the Bidding Procedures Order [Docket No. 67]. On March 29, 2013, the Bankruptcy Court entered an amended Bidding Procedures Order (the "Amended Bidding Procedures Order") [Docket No. 286]. The Amended Bidding Procedures Order, among other things, approved amended Bidding Procedures (the "Amended Bidding Procedures").

**PLEASE TAKE FURTHER NOTICE** that in accordance with the Amended Bidding Procedures Order and the Amended Bidding Procedures, on April 23-24, 2013, the Debtors held the Auction for the Acquired Assets.

**PLEASE TAKE FURTHER NOTICE** that on April 24, 2013, the Debtors filed the *Notice of (I) Successful Bidder at Auction and (II) Backup Bidder at Auction* [Docket No. 399] pursuant to which they announced, *inter alia*, that Waterton Global Resource Management, Inc. ("Waterton") was the Successful Bidder at the Auction.

**PLEASE TAKE FURTHER NOTICE** that on April 26, 2013, the Debtors filed the *Notice of Filing of Proposed Asset Purchase Agreement in Connection with the Sale of the Debtors' Assets* [Docket No. 420] (the "APA Notice"). The form of *Asset Purchase Agreement* (the "APA"), without schedules, entered into between the Debtors and Waterton was attached to the APA Notice as Exhibit 1.

2

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Bidding Procedures Order, by the date that is two (2) business days prior to the Sale Hearing, Waterton must identify with particularity each Contract and/or Lease (as defined in the Bidding Procedures Order) it wishes not to assume, or alternatively wishes to assume.

**PLEASE TAKE FURTHER NOTICE** that attached hereto is Schedule 2.1(e) to the APA, which schedule lists each Contract or Lease that will be assumed and assigned to Waterton (collectively, the "Assumed Contracts") pursuant to Bankruptcy Code § 365 in connection with the Sale, and the related Cure Amounts.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Amended Bidding Procedures Order, any objections to adequate assurance of future performance of an Assumed Contract by Waterton must be filed with the Bankruptcy Court by **May 1, 2013 9:00 a.m. (Pacific Time).**

**PLEASE TAKE FURTHER NOTICE** that the Debtors will seek approval of the Sale at the Sale Hearing on **May 2, 2013 at 1:30 p.m. (Pacific Time)** at the United States Bankruptcy Court for the District of Nevada, Foley Federal Building, 300 Las Vegas Blvd South, Las Vegas, Nevada 89101, before the Honorable Mike K. Nakagawa, Chief United States Bankruptcy Judge.

**PLEASE TAKE FURTHER NOTICE** that this notice is subject to the full terms and conditions of the Sale Motion, the Bidding Procedures Order (as amended by the Amended Bidding Procedures Order), and the Amended Bidding Procedures. Free copies of the Sale Motion, the Bidding Procedures Order (as amended by the Amended Bidding Procedures Order), the Amended Bidding Procedures, and all other documents filed in these Chapter 11 Cases, may be obtained by accessing the public website maintained by the Debtors' court-appointed claims agent, GCG, Inc., at www.gcginc.com/cases/rodeocreekgold.

DATED: April 30, 2013

| | |
|---|---|
| SIDLEY AUSTIN LLP<br>Jessica C.K. Boelter<br>Thomas A. Labuda, Jr.<br>Matthew G. Martinez<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036<br><br>Counsel for Debtors<br>and Debtors in Possession | MAUPIN, COX & LEGOY, P.C.<br>Donald A. Lattin<br>Christopher D. Jaime<br>4785 Caughlin Parkway<br>Reno, Nevada 89519<br>Telephone: (775) 827-2000<br>Facsimile: (775) 827-2185<br>dlattin@mclrenolaw.com<br>cjaime@mclrenolaw.com<br><br>Nevada Counsel for<br>Debtors and Debtors in Possession |

## SCHEDULE 2.1(e)

### Assumed Contracts

| CONTRACT COUNTER-PARTY | CONTRACT DESCRIPTION | CURE AMOUNT |
|---|---|---|
| AECOM | Services Agreement | $32,086 |
| AMEC ENVIRONMENT & INFRASTRUCTURE INC. | Services Agreement | $334 |
| NEWMONT EXPLORATION LIMITED | Purchase Agreement | $0 |
| BARRICK GOLSTRIKE MINES INC | Road Access Permit | $0 |
| NEWMONT MIDAS OPERATIONS INC | Road Use and Maintenance Agreement | $0 |