Jessica C.K. Boelter (IL SBN 6277801)
Thomas A. Labuda, Jr. (IL SBN 6225401)
Matthew G. Martinez (IL SBN 6297132)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036

Counsel for Debtors
and Debtors in Possession

Donald A. Lattin (NV SBN 693)
Christopher D. Jaime (NV SBN 4640)
MAUPIN, COX & LEGOY, P.C.
4785 Caughlin Parkway
Reno, Nevada 89519
Telephone:  (775) 827-2000
Facsimile:  (775) 827-2185
dlattin@mclrenolaw.com
cjaime@mclrenolaw.com

Nevada Counsel for
Debtors and Debtors in Possession

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>RODEO CREEK GOLD INC.<br><br>☐ Affects this Debtor<br>☒ Affects all Debtors<br>☐ Affects Antler Peak Gold Inc.<br>☐ Affects Hollister Venture Corporation<br>☐ Affects Touchstone Resources Company | Chapter 11<br><br>Case No. 13-50301 (MKN)<br><br>Jointly Administered<br><br>**SECOND AMENDED NOTICE OF CONTRACTS AND LEASES TO BE ASSUMED AND ASSIGNED TO WATERTON GLOBAL MINING COMPANY, LLC (F/K/A WATERTON NEVADA HOLDINGS, LLC)** |

**PLEASE TAKE NOTICE** that on February 25, 2013, Rodeo Creek Gold Inc., Antler Peak Gold Inc., Hollister Venture Corporation and Touchstone Resources Company, as debtors and debtors in possession (the "Debtors"), filed a motion (the "Sale Motion")[1] [Docket No. 16] with the United States Bankruptcy Court for the District of Nevada (the "Bankruptcy Court") seeking entry of (i) an order (the "Bidding Procedures Order"), among other things, (a) approving certain procedures (the "Bidding Procedures") for the solicitation of bids and the conduct of an auction (the "Auction") in connection with the proposed sale (the "Sale") of substantially all of their assets (the "Acquired Assets") related to the operation of the Hollister gold mine and the Esmeralda Mill in Nevada, (b) approving the form and manner of notice with respect to the proposed Sale, the Auction, and the Sale Hearing (as defined below), (c) approving procedures for the assumption, assignment, and cure of contracts and leases to any purchaser of the Acquired Assets and/or to resolve any objections thereto and related notices, (d) scheduling a hearing to approve any such Sale with respect to any bid accepted by the Debtors (the "Sale Hearing"); and (ii) an order (a) authorizing and approving the Sale with the Successful Bidder

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Sale Motion.

(as such term is defined in the Bidding Procedures), and (b) authorizing and approving the assumption and assignment of certain executory contracts and unexpired leases in connection with the Sale.

**PLEASE TAKE FURTHER NOTICE** that on March 1, 2013, the Bankruptcy Court entered the Bidding Procedures Order [Docket No. 67]. On March 29, 2013, the Bankruptcy Court entered an amended Bidding Procedures Order (the "Amended Bidding Procedures Order") [Docket No. 286]. The Amended Bidding Procedures Order, among other things, approved amended Bidding Procedures (the "Amended Bidding Procedures").

**PLEASE TAKE FURTHER NOTICE** that on April 24, 2013, the Debtors filed the *Notice of (I) Successful Bidder at Auction and (II) Backup Bidder at Auction* [Docket No. 399] pursuant to which they announced, *inter alia*, that Waterton Global Resource Management, Inc. was the Successful Bidder at the Auction.

**PLEASE TAKE FURTHER NOTICE** that on April 26, 2013, the Debtors filed the *Notice of Filing of Proposed Asset Purchase Agreement in Connection with the Sale of the Debtors' Assets* [Docket No. 420] (the "APA Notice"). The form of *Asset Purchase Agreement* (the "APA"), without schedules, entered into between the Debtors and Waterton Nevada Holdings, LLC was attached to the APA Notice as Exhibit 1.

**PLEASE TAKE FURTHER NOTICE** that on April 30, 2013, the Debtors filed the *Notice of Contracts and Leases to be Assumed and Assigned to Waterton Nevada Holdings, LLC* [Docket No. 444] (the "Assumed Contracts Notice"). Attached to the Assumed Contracts Notice was Schedule 2.1(e) to the APA, which schedule lists each Contract or Lease that will be assumed and assigned to Waterton Global Mining Company, LLC (f/k/a Waterton Nevada Holdings, LLC) pursuant to Bankruptcy Code § 365 in connection with the Sale, and the related Cure Amounts.

**PLEASE TAKE FURTHER NOTICE** that on May 1, 2013 the Debtors filed the *Amended Notice of Contracts and Leases to be Assumed and Assigned to Waterton Global Mining Company, LLC (f/ka/ Waterton Nevada Holdings, LLC)* [Docket No. 454] (the "Amended Assumed Contracts Notice"). Attached to the Amended Assumed Contracts Notice was an updated Schedule 2.1(e) to the APA.

**PLEASE TAKE FURTHER NOTICE** that attached hereto is a further updated Schedule 2.1(e) to the APA.

**PLEASE TAKE FURTHER NOTICE** that this notice is subject to the full terms and conditions of the Sale Motion, the Bidding Procedures Order (as amended by the Amended Bidding Procedures Order), and the Amended Bidding Procedures. Free copies of the Sale Motion, the Bidding Procedures Order (as amended by the Amended Bidding Procedures Order), the Amended Bidding Procedures, and all other documents filed in these Chapter 11 Cases, may be obtained by accessing the public website maintained by the Debtors' court-appointed claims agent, GCG, Inc., at www.gcginc.com/cases/rodeocreekgold.

2

DATED: May 3, 2013

SIDLEY AUSTIN LLP                           MAUPIN, COX & LEGOY, P.C.
Jessica C.K. Boelter                        Donald A. Lattin
Thomas A. Labuda, Jr.                       Christopher D. Jaime
Matthew G. Martinez                         4785 Caughlin Parkway
One South Dearborn Street                   Reno, Nevada 89519
Chicago, Illinois 60603                     Telephone:  (775) 827-2000
Telephone:  (312) 853-7000                  Facsimile:  (775) 827-2185
Facsimile:  (312) 853-7036                  dlattin@mclrenolaw.com
                                            cjaime@mclrenolaw.com
Counsel for Debtors
and Debtors in Possession                   Nevada Counsel for
                                            Debtors and Debtors in Possession

## SCHEDULE 2.1(e)

### Assumed Contracts

| CONTRACT COUNTER-PARTY | CONTRACT DESCRIPTION | CURE AMOUNT |
|---|---|---|
| AECOM | Services Agreement | $32,086 |
| AMEC ENVIRONMENT & INFRASTRUCTURE INC. | Services Agreement | $334 |
| FINLEY RIVER COMPANY, LLC | Memorandum of Agreement | $0 |
| FINELY RIVER COMPANY, LLC | Royalty Agreement | $191,500 |
| FINLEY RIVER COMPANY, LLC | Lease Agreement | $0 |
| GREAT BASIN GOLD, INC. | Assignment of Lease Agreement | $0 |
| GREAT BASIN GOLD, INC. | Venture Agreement Assignment | $0 |
| HI TECH EXPLORATION LTD | Memorandum of Agreement | $0 |
| HI-TECH EXPLORATION LTD | Lease Agreement | $0 |
| HILLCREST MINING CO. | 1) Royalty Agreement<br>2) Amendment to Auric – Hillcrest Mineral Lease and Assignment of Interest<br>3) Amendment and Ratification of Mining Lease and Sublease | $191,500 |
| HILLCREST MINING CO. | Lease Agreement | $0 |
| HILLCREST MINING CO. | Memorandum of Agreement | $0 |
| NEWMONT EXPLORATION LIMITED | Amendment and Ratification of Mining Lease and Sublease | $0 |
| TOUCHSTONE RESOURCES INC | Acknowledgment | $0 |
| USX CORPORATION | Quitclaim Deed and Assignment | $0 |
| NEWMONT EXPLORATION LIMITED | Purchase Agreement | $0 |
| BARRICK GOLSTRIKE MINES INC | Road Access Permit | $0 |
| NEWMONT MIDAS OPERATIONS INC | Road Use and Maintenance Agreement | $133,040.19 |