*Electronically Filed on*
*May 6, 2013*

Jeffrey N. Pomerantz (CA Bar No. 143717)
Ira D. Kharasch (CA Bar No. 109084)
Shirley S. Cho (CA Bar No. 192616)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., Suite 1300
Los Angeles, CA  90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jpomerantz@pszjlaw.com
        ikharasch@pszjlaw.com
        scho@pszjlaw.com

Counsel for the
Official Committee of Unsecured Creditors

Janet L. Chubb (NV Bar No. 176)
Louis M. Bubala III (NV Bar No. 8974)
Gordon R. Goolsby (NV Bar No. 11578)
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Pkwy., Ste. 200
Las Vegas, NV 89169
Telephone: 702/678-5070
Facsimile: 702/878-9995
Email: jchubb@armstrongteasdale.com
        lbubala@armstrongteasdale.com
        ggoolsby@armstrongteasdale.com

Counsel for the
Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

In re:

RODEO CREEK GOLD, INC.,

☐  Affects this Debtor
☒  Affects all Debtors
☐  Affects Antler Peak Gold Inc.
☐  Affects Hollister Venture Corporation
☐  Affects Touchstone Resources Company

Debtors.

BK-S-13-50302-MKN
BK-S-13-50303-MKN
BK-S-13-50304-MKN

**Jointly Administered Under**
**Case No.: 13-50301-MKN**

Chapter 11

**NOTICE OF ENTRY OF ORDER GRANTING MOTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS PURSUANT TO 11.U.S.C. §§ 1102(B)(3)(A) AND 1103(C) FOR ENTRY OF AN ORDER CLARIFYING ITS REQUIREMENT TO PROVIDE ACCESS TO INFORMATION UNDER BANKRUPTCY CODE SECTION 1102(B)(3)(A), WITH CERTIFICATE OF SERVICE**

Hearing Date:    May 2, 2013
Time:                1:30 p.m.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

Please take notice that an Order Granting Motion of The Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. §§ 1102(b)(3)(A) and 1103(c) for Entry of an Order Clarifying its Requirement to Provide Access to Information Under Bankruptcy Code Section 1102(b)(3)(A), was entered on May 3, 2013. A true copy of said order is attached hereto.

Dated this 6th day of May, 2013

ARMSTRONG TEASDALE, LLP

_/s/ Louis M. Bubala III_____
Louis M. Bubala III (NV Bar No. 8974)
Janet L. Chubb (NV Bar No. 176)
Gordon R. Goolsby (NV Bar No. 11578)

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No. 143717)
Ira D. Kharasch (CA Bar No. 109084)
Shirley S. Cho (CA Bar No. 192616)

Counsel to the Official Committee of Unsecured Creditors

**CERTIFICATE OF SERVICE**

1.     On <u>May 6, 2013</u>, I served the following document(s):

**NOTICE OF ENTRY OF ORDER GRANTING MOTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS PURSUANT TO 11.U.S.C. §§ 1102(B)(3)(A) AND 1103(C) FOR ENTRY OF AN ORDER CLARIFYING ITS REQUIREMENT TO PROVIDE ACCESS TO INFORMATION UNDER BANKRUPTCY CODE SECTION 1102(B)(3)(A), WITH CERTIFICATE OF SERVICE**

2.     I served the above-named document(s) by the following means to the persons as listed below:

☒   **ECF System** (attach the "Notice of Electronic Filing" or list all persons and addresses):

GREG ADDINGTON on behalf of Creditor UNITED STATES
greg.addington@usdoj.gov

RYAN A. ANDERSEN on behalf of Creditor FRANCO-NEVADA U.S. CORPORATION
RANDERSEN@LIONELSAWYER.COM,
bklsclv@lionelsawyer.com;kwallace@lionelsawyer.com

SALLIE B ARMSTRONG on behalf of Creditor CREDIT SUISSE AG
sarmstrong@downeybrand.com, reno@downeybrand.com

BRETT A. AXELROD on behalf of Interested Party THE AD HOC CONSORTIUM OF HOLDERS OF GREAT BASIN GOLD LTD 8.0% CONVERTIBLE DEBENTURES
baxelrod@foxrothschild.com, pkois@foxrothschild.com;ldupree@foxrothschild.com

WILLIAM R. BALDIGA on behalf of Interested Party THE AD HOC CONSORTIUM OF HOLDERS OF GREAT BASIN GOLD LTD 8.0% CONVERTIBLE DEBENTURES
wbaldiga@brownrudnick.com,
cennis@brownrudnick.com;jconte@brownrudnick.com;jstorz@brownrudnick.com

JEDEDIAH R. BODGER on behalf of Creditor STATE OF NEVADA DEPARTMENT OF TAXATION jbodger@ag.nv.gov, mcwilson@ag.nv.gov

LOUIS M. BUBALA, III on behalf of Creditor Committee THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS lbubala@armstrongteasdale.com, bsalinas@armstrongteasdale.com

M. KATIE BURGESS on behalf of Creditor UNITED STATES
burgess.katie@pbgc.gov, efile@pbgc.gov

SHIRLEY S. CHO on behalf of Creditor Committee THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS scho@pszjlaw.com

DAWN M. CICA on behalf of Creditor SAN JUAN DRILLING INC.
dcica@lrlaw.com, mschoeni@lrlaw.com;bankruptcynotices@lrlaw.com;sgrata@lrlaw.com

LAUREL E. DAVIS on behalf of Creditor SANDVIK MINING AND CONSTRUCTION USA, LLC.
ldavis@fclaw.com, mhurtado@fclaw.com

1

2

J CRAIG DEMETRAS on behalf of Creditor FINLEY RIVER, LLC
mail@demetras-oneill.com, jar@demetras-oneill.com;mdh@demetras-oneill.com

3

4

J CRAIG DEMETRAS on behalf of Creditor HI-TECH EXPLORATION, LTD
mail@demetras-oneill.com, jar@demetras-oneill.com;mdh@demetras-oneill.com

5

6

J CRAIG DEMETRAS on behalf of Creditor HILLCREST MINING COMPANY, LLC
mail@demetras-oneill.com, jar@demetras-oneill.com;mdh@demetras-oneill.com

7

8

CARLOS A. GONZALEZ on behalf of Creditor UNITED STATES
carlos.gonzalez2@usdoj.gov,
Darlene.Ruckard@usdoj.gov,Mary.Booker@usdoj.gov,doriayn.olivarra@usdoj.gov,sue.knight@usdoj.gov,

9

10

REW R. GOODENOW on behalf of Interested Party WATERTON NEVADA HOLDINGS, LLC
ecf@parsonsbehle.com

11

GORDON R. GOOLSBY on behalf of Creditor Committee THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS ggoolsby@armstrongteasdale.com, bsalinas@armstrongteasdale.com

12

13

JOHN H. GUTKE on behalf of Interested Party THE AD HOC CONSORTIUM OF HOLDERS OF GREAT BASIN GOLD LTD 8.0% CONVERTIBLE DEBENTURES
jgutke@foxrothschild.com,
kthompson@foxrothschild.com;mmetoyer@foxrothschild.com;amwilson@foxrothschild.com

14

15

CHRISTOPHER D JAIME on behalf of Debtor ANTLER PEAK GOLD INC.
cjaime@mclrenolaw.com, kbernhardt@mclrenolaw.com

16

CHRISTOPHER D JAIME on behalf of Debtor HOLLISTER VENTURE CORP.
cjaime@mclrenolaw.com, kbernhardt@mclrenolaw.com

17

18

CHRISTOPHER D JAIME on behalf of Debtor RODEO CREEK GOLD INC.
cjaime@mclrenolaw.com, kbernhardt@mclrenolaw.com

19

CHRISTOPHER D JAIME on behalf of Debtor TOUCHSTONE RESOURCES COMPANY
cjaime@mclrenolaw.com, kbernhardt@mclrenolaw.com

20

21

CASSANDRA P. JOSEPH on behalf of Creditor STATE OF NEVADA DIVISION OF ENVIRONMENT cjoseph@ag.nv.gov, rhooper@ag.nv.gov

22

23

IRA D KHARASCH on behalf of Creditor Committee THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS ikharasch@pszjlaw.com

24

ROBERT R. KINAS on behalf of Creditor CATERPILLAR FINANCIAL SERVICES CORPORATION rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;nunzueta@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com

25

26

JENNIFER R LLOYD on behalf of Creditor Cashman Equipment Company
JLLOYD@PEZZILLOLLOYD.COM, MMASKAS@PEZZILLOLLOYD.COM

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

JEANETTE E. MCPHERSON on behalf of Creditor PROMETHEUS ENERGY
bkfilings@s-mlaw.com

JASMINE K. MEHTA on behalf of Creditor STATE OF NEVADA DIVISION OF
ENVIRONMENT hcooney@ag.nv.gov

JOHN F MURTHA on behalf of Creditor NV ENERGY, INC. jmurtha@woodburnandwedge.com

JEFFREY N. POMERANTZ on behalf of Creditor Committee THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS jpomerantz@pszjlaw.com

BRIAN D. SHAPIRO on behalf of Creditor HAYCOCK PETROLEUM COMPANY
bshapiro@brianshapirolaw.com,
ecf@brianshapirolaw.com;brianshapiroesq@yahoo.com;bshapiro@brianshapirolaw.com;candice@b
rianshapirolaw.com;carolyn@brianshapirolaw.com

BRIAN D. SHAPIRO on behalf of Creditor THOMAS PETROLEUM, L.L.C.
bshapiro@brianshapirolaw.com,
ecf@brianshapirolaw.com;brianshapiroesq@yahoo.com;bshapiro@brianshapirolaw.com;candice@b
rianshapirolaw.com;carolyn@brianshapirolaw.com

JENNIFER A. SMITH on behalf of Creditor FRANCO-NEVADA U.S. CORPORATION
cobrien@lionelsawyer.com, bklscr@lionelsawyer.com

JEFFREY R. SYLVESTER on behalf of Creditor AGGREKO, LLC
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

AMY N. TIRRE on behalf of Interested Party KAPPES CASSIDAY & ASSOCIATES
amy@amytirrelaw.com, admin@amytirrelaw.com

U.S. TRUSTEE - RN - 11 USTPRegion17.RE.ECF@usdoj.gov

RYAN J. WORKS on behalf of Creditor Q & D CONSTRUCTION, INC.
rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com,bgrubb@mcdonaldcarano.com

MATTHEW C. ZIRZOW on behalf of Attorney DICKINSON WRIGHT/ MARISCAL WEEKS
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

MATTHEW C. ZIRZOW on behalf of Creditor REDBURN TIRE COMPANY
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

X b.    **Via United States mail, postage fully prepaid** (list persons and addresses):

JOSEPH BADTKE-BERKOW on behalf of Interested Party
WATERTON NEVADA HOLDINGS, LLC
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

JESSICA C.K. BOELTER on behalf of Debtor
RODEO CREEK GOLD INC.
ONE SOUTH DEARBORN
CHICAGO, IL 60603

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1

2 D. ROB BURRIS on behalf of Creditor HANLON ENGINEERING & ARCHITECTURE, INC.
MOROE MCDONOUGH GOLDSCHMIDT
3 4578 N. FIRST AVE, STE 160
TUCSON, AZ 85718
4

5 KENNETH P. COLEMAN on behalf of Interested Party
WATERTON NEVADA HOLDINGS, LLC
6 1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020
7

8 JOSHUA M. FRIED on behalf of Creditor Committee
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
9 150 CALIFORNIA ST. 15TH FLOOR
SAN FRANCISCO, CA 94111
10

11 GCG INC
1985 MARCUS AVE
12 LAKE SUCCESS, NY 11042

13 NICOLAS B. HOSKINS on behalf of Creditor
SANDVIK MINING AND CONSTRUCTION USA, LLC.
14 FENNEMORE CRAIG, P.C.
2394 E. CAMELBACK RD, STE 600
15 PHOENIX, AZ 85016

16
MICHAEL KANG
17 ALVAREZ & MARSAL CANADA ULC
400 BURRARD ST, STE 1880
18 VANCOUVER, BC V6C3A6

19
THOMAS A. LABUDA, JR. on behalf of Debtor
20 RODEO CREEK GOLD INC.
ONE SOUTH DEARBORN
21 CHICAGO, IL 60603

22
MAXIM B. LITVAK on behalf of Creditor Committee
23 THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
150 CALIFORNIA ST. 15TH FLOOR
24 SAN FRANCISCO, CA 94111

25
MATTHEW G. MARTINEZ on behalf of Debtor
26  RODEO CREEK GOLD INC.
ONE SOUTH DEARBORN
27 CHICAGO, IL 60603

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

MAUPIN, COX & LEGOY on behalf of Debtor
RODEO CREEK GOLD INC.
4785 CAUGHLIN PKWY
RENO, NV 89519

WILLIAM NOVOTNY on behalf of Creditor REDBURN TIRE COMPANY
MARISCAL, WEEKS, MCINTYRE & FRIEDLANDER
2901 NORTH CENTRAL AVENUE, SUITE #2
PHOENIX, AZ 85012-2705

DENNIS C. O'DONNELL on behalf of Creditor
CREDIT SUISSE AG
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

PAPE MATERIAL HANDLING, INC.
2430 GRAND AVENUE
SACRAMENTO, CA 95838

SIDLEY AUSTIN LLP on behalf of Debtor RODEO CREEK GOLD INC.
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

RICHARD D. SMITH on behalf of Interested Party
WATERTON NEVADA HOLDINGS, LLC
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

ALLISON ROSS STROMBERG on behalf of Debtor
RODEO CREEK GOLD INC.
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

        d.    **By direct email (as opposed to through the ECF System)** (list persons and email addresses):

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 6th day of May, 2013.

Barbara Salinas            /s/ Barbara Salinas              .
Name                          Signature

Honorable Mike K. Nakagawa
United States Bankruptcy Judge

**Entered on Docket**
**May 03, 2013**

Electronically Submitted on
May 3, 2013

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

RODEO CREEK GOLD, INC.,

☐ Affects this Debtor
☑ Affects all Debtors
☐ Affects Antler Peak Gold Inc.
☐ Affects Hollister Venture Corporation
☐ Affects Touchstone Resources Company

Debtors.

Case No.: 13-50301-MKN

Chapter 11

**ORDER GRANTING MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS PURSUANT TO 11 U.S.C. §§ 1102(B)(3)(A) AND 1103(C) FOR ENTRY OF AN ORDER CLARIFYING ITS REQUIREMENT TO PROVIDE ACCESS TO INFORMATION UNDER BANKRUPTCY CODE SECTION 1102(B)(3)(A)**

Hearing Date:  May 2, 2013
Time:          1:30 p.m.
Place:         300 Las Vegas Blvd. So.
               Courtroom 2
               Las Vegas, NV 89101

**[Re Docket No. 263]**

Upon the *Motion of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. §§ 1102(b)(3)(A) and 1103(c) for Entry of an Order Clarifying Its Requirement to Provide Access to Information Under Bankruptcy Code Section 1102(b)(3)(A)* [Docket No. 263] (the "Motion"), filed by the Official Committee of Unsecured Creditors of Rodeo Creek Gold, Inc. ("Rodeo Creek") and its above-captioned affiliated debtors (collectively with Rodeo Creek, the "Debtors"), (the "Committee") and it appearing that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and all other parties in interest; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:265310.1 75293/001

consideration of the Motion being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue

being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that no other or

further notice need be provided; and no objections to the Motion having been filed; and after due

deliberation and sufficient cause appearing therefor,

**IT IS ORDERED, ADJUDGED AND DECREED** as follows:

1.      The relief requested in the Motion is granted.

2.      The Committee, its professionals, and its members and their respective agents,

representatives, advisors, and counsel are not required to disseminate Confidential Information or

Privileged Information to unsecured creditors.  The Committee is authorized to withhold

Confidential Information and Privileged Information as such terms are defined in the Motion.

3.      The Committee is deemed to have satisfied its duties under the "comment

solicitation" prong of Section 1102(b)(3) of the Bankruptcy Code by means of a link to a web page

posted on, and accessible via, Committee counsel's existing internet site.

4.      This Court shall retain exclusive jurisdiction to interpret and enforce the provisions

of this Order in all respects and further to hear and determine all matters arising from the

construction and implementation of this Order.

# # #

In accordance with LR 9021, counsel submitting this document certifies that the order

accurately reflects the court's ruling and that (check one):

_X_ The court has waived the requirement set forth in LR 9021(b)(1).

__ No party appeared at the hearing or filed an objection to the motion.

__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and

any unrepresented parties who appeared at the hearing, and each has approved or disapproved the

order, or failed to respond, as indicated below:

Counsel/Party                          Delivery                              Response

__ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the

motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

Submitted by:

DATED this 3rd day of May, 2013

By: /s/ Shirley S. Cho
      Jeffrey N. Pomerantz (CA Bar No. 143717)
      Ira D. Kharasch (CA Bar No. 109084)
      Shirley S. Cho (CA Bar No. 192616)
      PACHULSKI STANG ZIEHL & JONES LLP
      10100 Santa Monica Blvd., Suite 1300
      Los Angeles, CA  90067
      Telephone: 310/277-6910 / Facsimile: 310/201-0760
      Email:  jpomerantz@pszjlaw.com
                  ikharasch@pszjlaw.com
                  scho@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors