1. Michael Bazley K83171
2. FSP P.O. Box 950
3. Folsom, Ca. 95763

   13 MAY -6 P3:30

U.S. Bankruptcy Court
Dist. of Nevada

Re: In Re Rodeo Creek Gold inc. et al
   # BK-13-50301 MKN          Request for Special Notice
   Debtors

   Pursuant to Fed. R Bankr. P 2002, 3017 + 9007 and 11 USC 102(1) 342 and 109(b) The undersigned Requests Special Notice and Copies of all Pleadings and other documents which must be served upon The debtor The Trustee, Creditors, Committee an equity Security holders and any other Party of interest, whether sent by The Court, The debtor The Trustee or any other Party.

Respectfully Submitted

Dated: 05/01/13

Mike Bazley