| | |
|---|---|
| Jessica C.K. Boelter (IL SBN 6277801) | Donald A. Lattin (NV SBN 4640) |
| Thomas A. Labuda, Jr. (IL SBN 6225401) | Christopher D. Jaime (NV SBN 693) |
| Michael T. Gustafson  (IL SBN 6297132) | MAUPIN, COX & LEGOY, P.C. |
| SIDLEY AUSTIN LLP | 4785 Caughlin Parkway |
| One South Dearborn Street | Reno, Nevada 89519 |
| Chicago, Illinois 60603 | Telephone: (775) 827-2000 |
| Telephone:  (312) 853-7000 | Facsimile:(775)827-2185 |
| Facsimile: (312) 853-7036 | cjaime@mclrenolaw.com |
| | |
| Reorganization Counsel for | Local Reorganization Counsel for |
| Debtors and Debtors in Possession | Debtors and Debtors in Possession |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Chapter 11 |
| RODEO CREEK GOLD INC. | Case No. BK-13-50301 (MKN) |
| ☐ Affects this Debtor<br>☒ Affects all Debtors<br>☐ Affects Hollister Venture Corporation<br>☐ Affects Touchstone Resources Company<br>☐ Affects Antler Peak Gold Inc. | Jointly Administered |

**AFFIDAVIT OF SERVICE**

STATE OF ILLINOIS    )
                     ) ss
COUNTY OF COOK       )

I, Nina H. Brody, being duly sworn, depose and state:

1. I am a Senior Project Manager with GCG, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 190 South LaSalle Street, Suite 1520, Chicago, Illinois 60603.

2. On May 8, 2013, at the direction of Sidley Austin LLP and Maupin Cox & LeGoy PC, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (Ordinary Course Professionals):

- **Notice of Filing of Affidavit of Ordinary Course Professional** [Docket No. 494].

_____
Nina H. Brody

Sworn to before me this 9th day of May, 2013

_____
Jeffrey C. Demma
Notary Public, State of Illinois
No. 10074942
Qualified in Will County
Commission Expires: December 1, 2014

# EXHIBIT A

MAUPIN, COX & LEGOY, P.C.
ATTN CHRISTOPHER D. JAIME, ESQ.
4785 CAUGHLIN PKWY
RENO, NV 89519

MILBANK, TWEED, HADLEY & MCCLOY LLP
ATTN DENNIS C. O'DONNELL, ESQ.
1 CHASE MANHATTAN PLZ
NEW YORK, NY 10005

PACHULSKI STANG ZIEHL & JONES LLP
ATTN SHIRLEY S. CHO, ESQ.
10100 SANTA MONICA BLVD, 13TH FL
LOS ANGELES, CA 90067-4100

SIDLEY AUSTIN LLP
ATTN MICHAEL T. GUSTAFSON
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

U.S. TRUSTEE OF THE DIST OF NEVADA
ATTN BILL COSSITT
C. CLIFTON YOUNG FEDERAL BLDG
300 BOOTH ST., ROOM 3009
RENO, NV 89509