Jessica C.K. Boelter (IL SBN 6277801)
Thomas A. Labuda, Jr. (IL SBN 6225401)
Matthew G. Martinez (IL SBN 6297132)
Matthew E. Linder (IL SBN 6309552)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036

Counsel for Debtors
and Debtors in Possession

Donald A. Lattin (NV SBN 693)
Christopher D. Jaime (NV SBN 4640)
MAUPIN, COX & LEGOY, P.C.
4785 Caughlin Parkway
Reno, Nevada 89519
Telephone:  (775) 827-2000
Facsimile:  (775) 827-2185
dlattin@mclrenolaw.com
cjaime@mclrenolaw.com

Nevada Counsel for
Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>RODEO CREEK GOLD INC.<br><br>☐ Affects this Debtor<br>☒ Affects all Debtors<br>☐ Affects Antler Peak Gold Inc.<br>☐ Affects Hollister Venture Corporation<br>☐ Affects Touchstone Resources Company | Chapter 11<br><br>Case No. BK-13-50301 (MKN)<br><br>Jointly Administered<br><br>**NOTICE OF SATISFACTION OF CURE PAYMENTS IN CONNECTION WITH SALE OF DEBTORS' ASSETS TO WATERTON GLOBAL MINING COMPANY, LLC** |

**PLEASE TAKE NOTICE** that on May 3, 2013, the Court entered the *Order (A) Approving the Sale of the Debtors' Assets Free and Clear of Interests, (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Certain Related Relief* [Docket No. 475] (the "Sale Order").[1]  The Sale Order authorized the sale of all right, title and interest in the Debtors' assets to Waterton Global Mining Company, LLC (f/k/a Waterton Nevada Holdings LLC) (the "Purchaser"), and granted certain related relief in connection therewith, including, without limitation, the authority to assume and assign to the Purchaser each of the Assumed Contracts listed on Exhibit 1 attached hereto.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Sale Order.

**PLEASE TAKE FURTHER NOTICE** that the Closing of the Sale occurred on May 20, 2013. On the same date, the Purchaser made all Cure Payments required on account of the Assumed Contracts.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Sale Order, the Debtors are now relieved from any further liability with respect to the Assumed Contracts, and any and all liabilities or obligations of the Debtors under the Assumed Contracts are deemed cured and satisfied. Sale Order ¶¶ 18-19. The Cure Payments made on account of each of the Assumed Contracts are on account of, and in full and complete settlement, release and discharge of, any obligations of the Debtors to the Assumed Contract counterparties. Furthermore, all holders of claims arising from and after Closing under any Assumed Contract are forever barred and estopped from asserting any claims under any Assumed Contract against the Debtors, their successors or assigns, and their estates. Sale Order ¶ 20.

Dated this 21st day of May 2013         Respectfully submitted,

By   /s/ Christopher D. Jaime
Donald A. Lattin, NV State Bar #693
Christopher D. Jaime, NV State Bar #4640
MAUPIN, COX & LEGOY, P.C.
4785 Caughlin Parkway
Reno, Nevada 89519

Nevada Counsel for
Debtors and Debtors in Possession

Jessica C.K. Boelter, IL State Bar #6277801
Thomas A. Labuda, Jr., IL State Bar #6225401
Matthew G. Martinez, IL State Bar #6297132
Matthew E. Linder, IL State Bar #6309552
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603

Counsel for Debtors
and Debtors in Possession

# **EXHIBIT 1**

**Assumed Contracts**

## Assumed Contracts

| CONTRACT COUNTER-PARTY | CONTRACT DESCRIPTION | CURE AMOUNT |
|---|---|---|
| AECOM | Services Agreement | $32,086 |
| AMEC ENVIRONMENT & INFRASTRUCTURE INC. | Services Agreement | $334 |
| FINLEY RIVER COMPANY, LLC | Memorandum of Agreement | $0 |
| FINELY RIVER COMPANY, LLC | Royalty Agreement | $191,500 |
| FINLEY RIVER COMPANY, LLC | Lease Agreement | $0 |
| GREAT BASIN GOLD, INC. | Assignment of Lease Agreement | $0 |
| GREAT BASIN GOLD, INC. | Venture Agreement Assignment | $0 |
| HI TECH EXPLORATION LTD | Memorandum of Agreement | $0 |
| HI-TECH EXPLORATION LTD | Lease Agreement | $0 |
| HILLCREST MINING CO. | 1) Royalty Agreement<br>2) Amendment to Auric – Hillcrest Mineral Lease and Assignment of Interest<br>3) Amendment and Ratification of Mining Lease and Sublease | $191,500 |
| HILLCREST MINING CO. | Lease Agreement | $0 |
| HILLCREST MINING CO. | Memorandum of Agreement | $0 |
| NEWMONT EXPLORATION LIMITED | Amendment and Ratification of Mining Lease and Sublease | $0 |
| TOUCHSTONE RESOURCES INC | Acknowledgment | $0 |
| USX CORPORATION | Quitclaim Deed and Assignment | $0 |
| NEWMONT EXPLORATION LIMITED | Purchase Agreement | $0 |
| BARRICK GOLSTRIKE MINES INC | Road Access Permit | $0 |
| NEWMONT MIDAS OPERATIONS INC | Road Use and Maintenance Agreement | $133,040.19 |