# EXHIBIT A

**LIST OF REJECTED CONTRACTS AND LEASES**

| CONTRACT COUNTER-PARTY | COUNTER-PARTY ADDRESS | CONTRACT ID | LEGAL ENTITY | CONTRACT DESCRIPTION |
|---|---|---|---|---|
| 3D CONCRETE | PO BOX 458<br>BATTLE MOUNTAIN, NV 89820 | 86 | Rodeo Creek Gold Inc. | Services Agreement<br>Obligation to Purchase Rental Agreement for Equipment |
| A&A CONTRACT CUSTOMS BROKERS USA, INC. | 26716 - 0AVENUE<br>ALDERGROVE, BC V0Z 1A0 | 87 | Rodeo Creek Gold Inc. | Customs Agency Agreement |
| ADP TAX SERVICES | PO BOX 31001-1874<br>PASADENA, CA 91110-1874 | 89 | Rodeo Creek Gold Inc. | Reporting Agent Authorization |
| ADVANCED ELECTRICAL DESIGN | 430 MOUNTAIN CITY HWY #8<br>ELKO, NV 89801 | 3 | Rodeo Creek Gold Inc. | Electrical Engineering and Project Management |
| ALL AMERICAN SECURITY | 2390 WEST HWY 56, SUITE 4<br>CEDAR CITY, UT 84721 | 4 | GBG Ltd aka Antler Peak Gold, Inc. | Services Agreement |
| AMERIPRIDE UNIFORM SERVICES | PO BOX 1160<br>BEMIDJI, MN 56619-1160 | 94 | Rodeo Creek Gold Inc. | Agreement and Addendum |
| BAUM, LOIS & GENE | PO BOX 372<br>WINNEMUCCA, NV 89446 | 46 | Rodeo Creek Gold Inc. | Parking Lot Agreement |
| BOART LONGYEAR | ATTN: MARTY DENNIS<br>PO BOX 2748<br>ELKO, NV 89803 | 11 | Rodeo Creek Gold Inc. | Services Agreement |
| BROWN & CALDWELL | PO BOX 45208<br>SAN FRANCISCO, CA 94145-0208 | 99 | Rodeo Creek Gold Inc. | Services Agreement |
| CAFO, INC. | 200 UNIVERSITY AVENUE, SUITE 501<br>TORONTO, ON M5H 3C6 | 103 | Rodeo Creek Gold Inc.<br>Great Basin Gold Inc. | Premium Installment Contract |
| CANNON ENVIRONMENTAL ASSISTANCE | 4055 DAISY LANE<br>WINNEMUCCA, NV 89445 | 104 | Rodeo Creek Gold Inc. | Services Agreement |
| CANON FINANCIAL SERVICES, INC | 14904 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693-0149 | 257 | Rodeo Creek Gold Inc. | Agreement |
| CARPENTER DRILLING INC | 11 S. GOOSE GAP ROAD<br>BENTON CITY, WA 99320 | 105 | Rodeo Creek Gold Inc. | Agreement for Contractor Services |
| CASHMAN RENTAL | 600 GLENDALE AVENUE<br>SPARKS, NV 89431 | 107 | Rodeo Creek Gold Inc. | Rental Agreement |
| CHEMTREAT, INC. | 4461 COX ROAD<br>GLEN ALLEN, VA 23060 | 16 | Rodeo Creek Gold Inc. | Billing Agreement |
| CONNER, TERESA | 4000 W WINNEMUCCA BLVD<br>WINNEMUCCA, NV 89445 | 222 | Rodeo Creek Gold Inc. | Employee Letter Agreement |
| CRAWFORD, DOUG | 4000 W WINNEMUCCA BLVD<br>WINNEMUCCA, NV 89445 | 123 | Rodeo Creek Gold Inc. | Employee Letter Agreement |
| DOSECC | 2075 PIONEER ROAD, SUITE B<br>SALT LAKE CITY, UT 84104 | 23 | Rodeo Creek Gold Inc. | Agreement |
| DRIFTECH, INC. | MARK ALLEN<br>MINING DIVISION OF THE MCDOWELL GROUP OF COMPANIES<br>2018 KINGSWAY<br>SUDBURY, ON P3B 4J8 | 98 | Rodeo Creek Gold Inc. | Agreement |
| DRISCOLL, JOSEPH | 238 AERIE LANE<br>ELKO, NV 89801 | 152 | Rodeo Creek Gold Inc. | Employment Agreement |
| ELKO, INC (COACH USA) | 7701 WILBUR WAY<br>SACRAMENTO, CA 95828 | 125 | Rodeo Creek Gold Inc. | General Conditions of Agreement |
| EXEC-U-CARE | PO BOX 533204<br>CHARLOTTE, NC 28290-3204 | 128 | Rodeo Creek Gold Inc. | Executive Plans |
| FIRSTGOLD CORP. | 1055 CORNELL AVE<br>LOVELOCK, NV 89419 | 26 | Rodeo Creek Gold Inc. | Independent Contractor Services Agreement<br>Interim Use Agreement |
| GLOBAL MINING & TUNNELING | 5340 GRASS VALLEY ROAD<br>WINNEMUCCA, NV 89445 | 29 | Rodeo Creek Gold Inc. | Underground Mine Truck Equipment Lease Agreement |
| GROUND CONTROL SYSTEMS, INC. | 3100 EL CAMINO REAL<br>ATASCADERO, CA 93422 | 31 | Rodeo Creek Gold Inc. | Contract, Settlement and mutual release |
| GUARDSMARK, LLC | ATTN: MANAGER IN CHARGE<br>4000 S. EASTERN AVE<br>SUITE 100<br>LAS VEGAS, NV 89131 | 137 | Rodeo Creek Gold Inc. | Memorandum of Agreement for Rendering of Security Services |
| HIGH GROUND VILLAGE | 4550 BEATRIC LANE<br>WINNEMUCCA, NV 89445 | 35 | Rodeo Creek Gold Inc. | Lease Agreement |

| CONTRACT COUNTER-PARTY | COUNTER-PARTY ADDRESS | CONTRACT ID | LEGAL ENTITY | CONTRACT DESCRIPTION |
|---|---|---|---|---|
| HOLCOMB, TOM | 10 WEST MCARTHUR AVE<br>WINNEMUCCA, NV 89445 | 225 | Rodeo Creek Gold Inc. | Employee Letter Agreement |
| HOLMAN FAMILY COUNSELING | 9451 CORBIN AVENUE<br>SUITE 100<br>NORTHRIDGE, CA 91324 | 221 | Rodeo Creek Gold Inc. | Group Contract EAP Plan |
| HOLMAN FRAZIER | PO BOX 1100<br>NORTHRIDGE, CA 91328 | 147 | Rodeo Creek Gold Inc. | Employee Assistance Program |
| ISOM CRANE & RIGGING SAFETY SPECIALISTS | 364 SIERRA WAY<br>PO BOX 2187<br>HAWTHORNE, NV 89415-2187 | 302 | Rodeo Creek Gold Inc. | Lease Agreement |
| JBR ENVIRONMENTAL CONSULTANTS, INC. | 8160 SOUTH HIGHLAND DRIVE<br>SANDY, UT 84093 | 39 | Antler Peak Gold Inc. | Services Agreement |
| JOHN DAVIS TRUCKING | PO BOX 457<br>BATTLE MOUNTAIN, NV 89820 | 40 | Rodeo Creek Gold Inc. | Services Agreement |
| JOHNSON MATTHEY | 4601 WEST 2100 SOUTH<br>SALT LAKE CITY, UT 84120 | 48 | Rodeo Creek Gold Inc. | Refining Agreement |
| JUST REFINERS USA INC. | 540 GREG STREET<br>SPARKS, NV 89431 | 41 | Rodeo Creek Gold Inc. | Refining Agreement |
| MCVEHIL-MONNETT ASSOCIATES | 44 INVERNESS DRIVE EAST, BLDG. C<br>ENGLEWOOD, CO 80112 | 49 | Rodeo Creek Gold Inc. | Scope and Estimate for air quality Technical support |
| MERCER/COMPUPAY INC. | SEABURY & SMITH INC. IOWA FIDUCIARY<br>ATLANTA, GA 30353-3206 | 50 | Rodeo Creek Gold Inc. | Payroll related services |
| MODULAR SPACE CORPORATION | 12050 TRUCKEE CANYON CT.<br>SPARKS, NV 89434 | 301 | Rodeo Creek Gold Inc. | Rental Agreement |
| MOORE, BUTCH | 8571 EAST FLATS LOOP<br>HARRISON, ID 83833 | 13 | Rodeo Creek Gold Inc. | Professional Services Agreement |
| MORRISON, LEE | P.O. BOX 428<br>WINNEMUCCA, NV 89446 | 153 | Rodeo Creek Gold Inc. | Employee Letter Agreement |
| NORMET | 19116 SPRING STREET<br>PO BOX 64<br>UNION GROVE, WI 53182 | 52 | Rodeo Creek Gold Inc. | Equipment Rental Agreement |
| NV ENERGY | ATTN: LEGAL DEPARTMENT<br>6226 WEST SAHARA AVENUE<br>M/S 3A<br>LAS VEGAS, NV 89146 | 185 | Antler Peak Gold Inc.<br>Rodeo Creek Gold Inc. | Design Cost Agreement<br>High Voltage Distribution Agreement |
| PACIFIC LEGACY INC. | 2641 HWY 4, SUITE 2B<br>ARNOLD, CA 95223 | 53 | Rodeo Creek Gold Inc. | Professional Services Agreement |
| PACIFIC SPAR CORP. | 12280 WESTRIDGE DR<br>RENO, NV 89511 | 188 | Rodeo Creek Gold Inc.<br>Great Basin Gold Inc. | Purchase Agreement |
| PATTERSON, STEVEN R | 4160 E NATIONAL AVENUE<br>WINNEMUCCA, NV 89445 | 72 | Rodeo Creek Gold Inc. | Rental Agreement |
| PITNEY BOWES | 500 ROSS STREET STE 154-0470<br>PITTSBURGH, PA 15262 | 55 | Rodeo Creek Gold Inc. | Lease of Equipment |
| PREDICTIVE COMPLIANCE LLC | 1940 BLAKE STREET , SUITE 105A<br>DENVER, NV 80202 | 56 | Rodeo Creek Gold Inc. | Subscription Agreement |
| PROMETHEUS ENERGY GROUP | 8511 154TH AVE NE<br>REDMOND, WA 98052 | 192 | Rodeo Creek Gold Inc. | Liquefied Natural Gas Supply Agreement |
| Q&D CONSTRUCTION | ATTN: DOUG ELDER<br>1050 S. 21ST STREET<br>SPARKS, NV 89510 | 194 | Rodeo Creek Gold Inc. | Memorandum of Agreement for the Stage 1 Esmeralda Tailings Storage Facility |
| QUALITY TRANSPORTATION INC | ATTN: MR. JOHN DAVIS<br>PO BOX 367<br>BATTLE MOUNTAIN, NV 89820 | 195 | Rodeo Creek Gold Inc. | Services Agreement |
| QUEENSTAKE RESOURCES USA, INC | 670 IDAHO ST<br>ELKO, NV 89801 | 196 | Rodeo Creek Gold Inc.<br>Great Basin Gold Inc. | Ore Processing and Settlement Agreement |
| RACKSPACE | PO BOX 731214<br>DALLAS, TX 75373-1214 | 58 | Rodeo Creek Gold, Inc. | Hosting Services Agreement |
| RAM ENTERPRISES, INC. | 1355 WEST MAIN<br>ELKO, NV 89801 | 59 | Rodeo Creek Gold Inc. | Services Agreement |
| RAY MORGAN COMPANY | 3131 ESPLANADE<br>CHICO, CA 95973 | 60 | Rodeo Creek Gold Inc. | Equipment Lease Agreement |

| CONTRACT COUNTER-PARTY | COUNTER-PARTY ADDRESS | CONTRACT ID | LEGAL ENTITY | CONTRACT DESCRIPTION |
|---|---|---|---|---|
| RED KITE EXPLORER TRUST RK MINE FINANCE TRUST I | ATTN: PAUL COUGHLAN & MICHAEL SHEEHAN WILLIAM HOUSE 20 REID STREET HAMILTON HM1, | 200 | Rodeo Creek Gold Inc. Great Basin Gold Ltd | Contract for Sale & Purchase of Gold and Silver |
| REDBURN TIRE COMPANY | 4745 MANZANITA LANE ELKO, NV 89801 | 259 | Rodeo Creek Gold Inc. | Agreement |
| REI DRILLING | 250 WEST BERGER LANE SALT LAKE CITY, UT 84107 | 61 | Rodeo Creek Gold Inc. | Drilling Contract |
| ROCMEC MINING INC | 162 SAINT-CHARLES AVENUE VAUDREUIL-DORION, QC J7V 2L1 | 64 | Rodeo Creek Gold Inc. | Contract proposal for extraction |
| ROTHBURG TAMBURINI & WISOR | 825 RAILROAD STREET ELKO, NV 89801 | 67 | Rodeo Creek Gold Inc. | Confidentiality Agreement |
| SANDVIK MINING & CONSTRUCTION USA LLC | 3710 EAST IDAHO ST ELKO, NV 89801 | 215 | Rodeo Creek Gold Inc. Great Basin Gold Inc. | Maintenance Alliance for Underground Mining Equipment Hollister Mine |
| SCOTT MCCRAKEN | 64991 KOURTNEY LANE MONTROSE, CO 81401 | 68 | Rodeo Creek Gold Inc. | Services Agreement |
| SIERRA AIR, INC. | 51 SNIDER WAY SPARKS, NV 89431 | 218 | Rodeo Creek Gold Inc. | Preventive Maintenance Agreement (Esmeralda Mill) Preventive Maintenance Agreement (Hollister) Preventive Maintenance Agreement (Pinnacle Analytical) |
| STRINGHAM, CARRIE | 4165 AUTUMN HILLS DRIVE WINNEMUCCA, NV 89445 | 106 | Rodeo Creek Gold Inc. | Employee Letter Agreement |
| STRUHSACKER, DEBRA | 3610 BIG BEND LANE RENO, NV 89509 | 73 | Rodeo Creek Gold Inc. | Consulting Agreement |
| SUMMIT ENVIROSOLUTIONS | 1217 BANDANA BLVD. N. ST. PAUL, MN 55108 | 74 | Rodeo Creek Gold Inc. | Services Agreement |
| SWANSON, KARL | PO BOX 75 ARVADA, CO 80001 | 75 | Rodeo Creek Gold Inc. | Consulting Agreement |
| THIESSEN TEAM USA INC | 1840 SHARPS ACCESS ROAD ELKO, NV 89801 | 78 | Rodeo Creek Gold Inc. | Sublease Agreement |
| THORNDYCRAFT, BRUCE | 24 ELK RUN ROAD BOISE, ID 83716 | 12 | Rodeo Creek Gold Inc. | Consulting Agreement & Confidentiality Agreement |
| THURMAN, WARD | 1437 BEARTOOTH DRIVE LAUREL, MT 59044 | 234 | Rodeo Creek Gold Inc. | Employee Letter Agreement |
| TIERRA GROUP INTERNATIONAL, LTD | 1746 COLE BLVD, STE 130 LAKEWOOD, CO 80401 | 224 | Rodeo Creek Gold Inc. | Master Consulting Services Agreement |
| TRANSWOOD CARRIERS INC | PO BOX 189 OMAHA, NE 68101 | 79 | Rodeo Creek Gold Inc. | Letter of Intent |
| TROY TRANSPORT LLC | PO BOX 834 6 ADVENTURE LANE SALMON, ID 83467 | 80 | Rodeo Creek Gold Inc. | Professional Services Agreement |
| US BANCORP | 1310 MADRID STREET SUITE 101 MARSHALL, MN 56258 | 81 | Rodeo Creek Gold Inc. | Lease Agreement |
| VERIZON WIRELESS | ATTN: GENERAL COUNSEL 15505 SAND CANYON AVE IRVINE, CA 92618 | 82 | Rodeo Creek Gold Inc. | Major Account Agreement |
| WALKER, RICK | 9770 S VIRGINA STREET RENO, NV 89511 | 62 | Rodeo Creek Gold Inc. | Consulting Agreement |
| WREDE, DUANE | 1001 KINGS ROW RENO, NV 89503 | 124 | Rodeo Creek Gold Inc. | Employee Letter Agreement |