|   |   |
|---|---|
| Jessica C.K. Boelter (IL SBN 6277801)<br>Thomas A. Labuda, Jr. (IL SBN 6225401)<br>Matthew G. Martinez (IL SBN 6297132)<br>SIDLEY AUSTIN LLP<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036<br><br>Counsel for Debtors<br>and Debtors in Possession | Donald A. Lattin (NV SBN 693)<br>Christopher D. Jaime (NV SBN 4640)<br>MAUPIN, COX & LEGOY, P.C.<br>4785 Caughlin Parkway<br>Reno, Nevada 89519<br>Telephone: (775) 827-2000<br>Facsimile: (775) 827-2185<br>dlattin@mclrenolaw.com<br>cjaime@mclrenolaw.com<br><br>Nevada Counsel for<br>Debtors and Debtors in Possession |

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>RODEO CREEK GOLD INC.<br><br>☐ Affects this Debtor<br>☒ Affects all Debtors<br>☐ Affects Antler Peak Gold Inc.<br>☐ Affects Hollister Venture Corporation<br>☐ Affects Touchstone Resources Company | Chapter 11<br><br>Case No. 13-50301 (MKN)<br><br>Jointly Administered<br><br>**NOTICE OF HEARING ON SHORTENED TIME**<br><br>Hearing Date:   June 6, 2013<br>Hearing Time:   1:30 p.m. (PT)<br><br>Place:   300 Las Vegas Blvd.<br>            Las Vegas, NV 89101 |

**NOTICE IS HEREBY GIVEN**, that pursuant to an *Order Shortening Time for Hearing on Rejection Motion* entered on May 23, 2013 [Docket No. 517] (the "OST"), a hearing on shortened notice will be held at **1:30 p.m. (PT) on June 6, 2013** to consider the *Debtors' First Omnibus Motion to Reject all Executory Contracts and Unexpired Leases* (the "Rejection Motion") [Docket No. 376]. A copy of the OST is attached hereto as Exhibit 1 and is incorporated herein by reference.

**NOTICE IS FURTHER GIVEN**, that if you do not want the Court to grant the relief sought in the Rejection Motion, or if you want the court to consider your views, then you must file and serve an opposition or other response **no later than May 31, 2013**. The opposition must

state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to the pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN**, that pursuant to the OST and as noted above a hearing on the Rejection Motion will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, NV 89101, Bankruptcy Courtroom No. 2, on **June 6, 2013 at 1:30 p.m. (PT)**.

**NOTICE IS FURTHER GIVEN,** that a copy of the Rejection Motion can be viewed and obtained on the Court's internet website at www.nvb.uscourts.gov and for free on the independent website maintained by the Debtors, http://www.gcginc.com/cases/rodeocreekgold/. A login and password to the Court's Public Access to Electronic Court Records ("PACER") are required to access www.nvb.uscourts.gov and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov.

DATED: May 23, 2013

Respectfully submitted,

By /s/   Christopher D. Jaime
Donald A. Lattin, NV State Bar #4640
Christopher D. Jaime, NV State Bar #693
MAUPIN, COX & LEGOY, P.C.
4785 Caughlin Parkway
Reno, Nevada 89519
dlattin@mclrenolaw.com
cjaime@mclrenolaw.com

Nevada Counsel for
Debtors and Debtors in Possession

Jessica C.K. Boelter, IL State Bar #6277801
Thomas A. Labuda, Jr., IL State Bar #6225401
Matthew G. Martinez, IL State Bar #6297132
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036

Counsel for Debtors and Debtors in Possession

3

# **EXHIBIT 1**

*Order Shortening Time for Hearing on Rejection Motion*

Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
May 23, 2013

| | |
|---|---|
| Jessica C.K. Boelter (IL SBN 6277801)<br>Thomas A. Labuda, Jr. (IL SBN 6225401)<br>Matthew G. Martinez (IL SBN 6297132)<br>Michael T. Gustafson (IL SBN 6303441)<br>SIDLEY AUSTIN LLP<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036<br><br>Counsel for Debtors and Debtors in Possession | Donald A. Lattin (NV SBN 693)<br>Christopher D. Jaime (NV SBN 4640)<br>MAUPIN, COX & LEGOY, P.C.<br>4785 Caughlin Parkway<br>Reno, Nevada 89519<br>Telephone: (775) 827-2000<br>Facsimile: (775) 827-2185<br>dlattin@mclrenolaw.com<br>cjaime@mclrenolaw.com<br><br>Nevada Counsel for Debtors and Debtors in Possession |

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>RODEO CREEK GOLD INC.<br><br>☐ Affects this Debtor<br>☒ Affects all Debtors<br>☐ Affects Antler Peak Gold Inc.<br>☐ Affects Hollister Venture Corporation<br>☐ Affects Touchstone Resources Company | Chapter 11<br><br>Case No. BK-13-50301 (MKN)<br><br>Jointly Administered<br><br>**ORDER SHORTENING TIME FOR HEARING OF REJECTION MOTION**<br><br>June 6, 2013 AT 1:30 P.M. (PT)<br><br>Place:    300 Las Vegas Blvd.<br>         Las Vegas, NV 89101 |

1

Upon the motion (the "Motion to Shorten")[1] of the Debtors[2] in the above-captioned chapter 11 cases for the entry of an order pursuant to Rule 9006 of the Federal Rules of Bankruptcy Procedure and Rules 9006 and 4001 of the Local Rules of Bankruptcy Procedure for the District of Nevada, shortening time for hearing on the *Debtors' First Omnibus Motion to Reject all Executory Contracts and Unexpired Leases* (the "Rejection Motion"); and this Court having jurisdiction to consider the Motion to Shorten and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and the consideration of the Motion to Shorten and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having determined that the legal and factual bases set forth in the Motion to Shorten establish just cause for the relief granted herein; and this Court having determined that notice of the Motion to Shorten as provided therein was good and sufficient; and this Court having determined that the relief sought in the Motion to Shorten is in the best interests of the Debtors, their creditors and all parties in interest; and after due deliberation, it is therefore

ORDERED that the Motion to Shorten is granted in its entirety; and it is further

ORDERED that the Rejection Motion will be heard by a United States Bankruptcy Judge in the United States Bankruptcy Court for the District of Nevada located at 300 Las Vegas Blvd. South, Courtroom 2, Las Vegas, NV 89101, on the _6th_ day of ___June___, 2013 at the hour of _1:30_ p.m. (PT); and it is further

ORDERED that any opposition(s) to the Rejection Motion shall be filed and served by the _31st_ day of ___May___, 2013, and any reply to such opposition(s) shall be filed and served by the _4th_ day of ___June___, 2013.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion to Shorten.

[2] The Debtors in these chapter 11 cases are: Rodeo Creek Gold Inc., Antler Peak Gold Inc., Hollister Venture Corporation and Touchstone Resources Company.

2

SUBMITTED BY:

Donald A. Lattin, NV State Bar #693
Christopher D. Jaime, NV State Bar #4640
MAUPIN, COX & LEGOY, P.C.
4785 Caughlin Parkway
Reno, Nevada 89519
dlattin@mclrenolaw.com
cjaime@mclrenolaw.com

Nevada Counsel For Debtors and Debtors in Possession

Jessica C.K. Boelter, IL State Bar #6277801
Thomas A. Labuda, Jr., IL State Bar #6225401
Matthew G. Martinez, IL State Bar #6297132
Michael T. Gustafson, IL State Bar #6303441
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603

Counsel for Debtors and Debtors in Possession

In accordance with Local Rule 9021, counsel submitting this document certifies as follows (check one):

____ The court has waived the requirement set forth in Local Rule 9021(b)(1)

____ No party appeared at the hearing or filed an objection to the Motion.

____ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:    See Attorney Information Sheet, Doc. 513

____ I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to Local Rule 9014(g), and that no party has objected to the form or content of the order.

###