Jessica C.K. Boelter (IL SBN 6277801)
Thomas A. Labuda, Jr. (IL SBN 6225401)
Michael T. Gustafson  (IL SBN 6297132)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone:  (312) 853-7000
Facsimile: (312) 853-7036

Reorganization Counsel for
Debtors and Debtors in Possession

Donald A. Lattin (NV SBN 4640)
Christopher D. Jaime (NV SBN 693)
MAUPIN, COX & LEGOY, P.C.
4785 Caughlin Parkway
Reno, Nevada 89519
Telephone: (775) 827-2000
Facsimile:(775)827-2185
cjaime@mclrenolaw.com

Local Reorganization Counsel for
Debtors and Debtors in Possession

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Chapter 11 |
| RODEO CREEK GOLD INC. | Case No. BK-13-50301 (MKN) |
| ☐ Affects this Debtor<br>☒ Affects all Debtors<br>☐ Affects Hollister Venture Corporation<br>☐ Affects Touchstone Resources Company<br>☐ Affects Antler Peak Gold Inc. | Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF ILLINOIS          )
                                        ) ss
COUNTY OF COOK          )

I, Nina H. Brody, being duly sworn, depose and state:

1.      I am a Senior Project Manager with GCG, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  Our business address is 190 South LaSalle Street, Suite 1520, Chicago, Illinois 60603.

2.      On June 6, 2013, at the direction of Sidley Austin LLP and Maupin Cox & LeGoy PC, I caused a true and correct copy of the following document to be served by courtesy e-mail on the parties identified on Exhibit A annexed hereto (Master Service List and Notice of Appearance

Parties with e-mail addresses), and by first class mail on the parties identified on Exhibit B annexed hereto (Master Service List and Notice of Appearance Parties):

- **Notice of Entry of Order [Doc. 534 - Order Approving Stipulation Between the Debtors and Cashman Rental Agreeing to Nunc Pro Tunc Rejection of Rental Agreement and Limited Relief From the Automatic Stay] [Docket No. 535].**

Nina H. Brody

Sworn to before me this 7th day of June, 2013

Jeffrey C. Demma
Notary Public, State of Illinois
No. 10074942
Qualified in Will County
Commission Expires:  December 1, 2014

# EXHIBIT A

ALVAREZ & MARSAL
ATTN MICHAEL KANG
100 PINE STREET
SUITE 900
SAN FRANCISCO, CA 94111
email: mkang@alvarezandmarsal.com

ALVAREZ & MARSAL
ATTN RAY DOMBROWSKI
600 MADISON AVENUE
8TH FLOOR
NEW YORK, NY 10022
email: rdombrowski@alvarezandmarsal.com

ARMSTRONG TEASDALE LLP
ATTN LOUIS M. BUBALA, III, ESQ.
50 WEST LIBERTY
RENO, NV 89501
email: lbubala@armstrongteasdale.com

ATTORNEY GENERAL FOR STATE OF NEVADA
ATTN CASSANDRA P. JOSEPH, ESQ.
100 N CARSON ST
CARSON CITY, NV 89701
email: cjoseph@ag.nv.gov

ATTORNEY GENERAL FOR STATE OF NEVADA
ATTN JASMINE K. MEHTA, ESQ.
100 N CARSON ST
CARSON CITY, NV 89701
email: jmehta@ag.nv.gov

ATTORNEY GENERAL FOR STATE OF NEVADA
ATTN JEDEDIAH R. BODGER, ESQ.
100 N CARSON ST
CARSON CITY, NV 89701-4717
email: jbodger@ag.nv.gov

BLAKE CASSELS & GRAYDON LLP
ATTN KATHERINE MCEACHERN
SUITE 2600, THREE BENTALL CENTRE
595 BURRARD STREET, P.O. BOX 49314
VANCOUVER BC V7X IL3
email: katherine.mceachern@blakes.com

BLAKE CASSELS & GRAYDON LLP
ATTN MILLY CHOW
SUITE 2600, THREE BENTALL CENTRE
595 BURRARD STREET, P.O. BOX 49314
VANCOUVER BC V7X IL3
email: milly.chow@blakes.com

BLAKE CASSELS & GRAYDON LLP
ATTN PETER RUBIN
SUITE 2600, THREE BENTALL CENTRE
595 BURRARD STREET, P.O. BOX 49314
VANCOUVER BC V7X IL3
email: peter.rubin@blakes.com

BROWN RUDNICK LLP
ATTN JOHN F. STORZ, ESQ.
SEVEN TIMES SQ
NEW YORK, NY 10036
email: wbaldiga@brownrudnick.com

BROWN RUDNICK LLP
ATTN WILLIAM R. BALDIGA, ESQ.
SEVEN TIMES SQ
NEW YORK, NY 10036
email: wbaldiga@brownrudnick.com

CIBC WORLD MARKETS INC.
ATTN MICHAEL STEWART
161 BAY STREET, FLOOR 7
TORONTO, M5J 2T3 ONTARIO
email: michael.stewart@cibc.ca

COMPUTERSHARE TRUST COMPANY OF CANADA
ATTN ALICE KOLLEN
510 BURRARD STREET, 2ND FLOOR
VANCOUVER BC V6C 3B9
email: alice.kollen@computershare.com

COMPUTERSHARE TRUST COMPANY OF CANADA
ATTN NICOLE CLEMENT
510 BURRARD STREET, 2ND FLOOR
VANCOUVER BC V6C 3B9
email: nicole.clement@computershare.com

DAVIS LLP
ATTN PETER C LEE
2800 - 666 BURRARD STREET
VANCOUVER BC V6C 2Z7
email: pclee@davis.ca

DELOITTE CONSULTING (PTY) LTD
ATTN CASSIM JOOMA
VELD ESTATE BUILDING 33
20 WOODLANDS DRIVE NORTH GATE
WOODMEAD, 2052, SOUTH AFRICA
email: cjooma@deloitte.co.za

DEMETRAS & O'NEILL
ATTN J. CRAIG DEMETRAS, ESQ.
230 E LIBERTY ST
RENO, NV 89501
email: jcd@demetras-oneill.com

DICKINSON WRIGHT/MARISCAL WEEKS
ATTN WILLIAM NOVOTNY, ESQ.
2901 NORTH CENTRAL AVE, STE 200
PHOENIX, AZ 85012
email: wnovotny@dickinsonwright.com

DOWNEY BRAND, LLP
100 W LIBERTY ST., STE 900
RENO, NV 89501
email: reno@downeybrand.com

DOWNEY BRAND, LLP
ATTN SALLIE B. ARMSTRONG, ESQ.
100 W LIBERTY ST, STE 900
RENO, NV 89501
email: reno@downeybrand.com; sarmstrong@downeybrand.com

FENNEMORE CRAIG JONES VARGAS
ATTN LAUREL E. DAVIS, ESQ.
300 S FOURTH ST, STE 1400
LAS VEGAS, NV 89101
email: ldavis@fclaw.com

FENNEMORE CRAIG JONES VARGAS
ATTN NICOLAS B. HOSKINS, ESQ.
2394 E CAMELBACK RD, STE 600
PHOENIX, AZ 85016-3429
email: nhoskins@fclaw.com

FOX ROTHSCHILD LLP
ATTN BRETT A. AXELROD, ESQ.
3800 HOWARD HUGHES PKWY, STE 500
LAS VEGAS, NV 89169
email: baxelrod@foxrothschild.com

FOX ROTHSCHILD LLP
ATTN JOHN H. GUTKE, ESQ.
3800 HOWARD HUGHES PKWY, STE 500
LAS VEGAS, NV 89169
email: jgutke@foxrothschild.com

FRASNER MILNER CASGRAIN LLP
ATTN CINDY CHEUK
20TH FLOOR, 250 HOWE STREET
VANCOUVER BC V6C 3R8
email: cindy.cheuk@fmc-law.com

FRASNER MILNER CASGRAIN LLP
ATTN JOHN SANDRELLI
20TH FLOOR, 250 HOWE STREET
VANCOUVER BC V6C 3R8
email: john.sandrelli@fmc-law.com

FRASNER MILNER CASGRAIN LLP
ATTN KELLY TSANG
20TH FLOOR, 250 HOWE STREET
VANCOUVER BC V6C 3R8
email: kelly.tsang@fmc-law.com

FRASNER MILNER CASGRAIN LLP
ATTN ROBIN PEARDON
20TH FLOOR, 250 HOWE STREET
VANCOUVER BC V6C 3R8
email: robin.peardon@fmc-law.com

FRASNER MILNER CASGRAIN LLP
ATTN RYAN JACOBS
20TH FLOOR, 250 HOWE STREET
VANCOUVER BC V6C 3R8
email: ryan.jacobs@fmc-law.com

GORDON SILVER
ATTN MATTHEW ZIRZOW, ESQ.
3960 HOWARD HUGHES PKWY, 9TH FL
LAS VEGAS, NV 89169
email: mzirzow@gordonsilver.com

GOWLING LAFLEUR HENDERSON LLP
ATTN ALEX MACFARLANE
550 BURRARD STREET
SUITE 2300, BENTALL 5
VANCOUVER BC V6C 2B5
email: alex.macfarlane@gowlings.com

GOWLING LAFLEUR HENDERSON LLP
ATTN JOHN I MCLEAN, Q.C.
550 BURRARD STREET
SUITE 2300, BENTALL 5
VANCOUVER BC V6C 2B5
email: john.mclean@gowlings.com

LAW OFFICES OF AMY N. TIRRE, PC
ATTN AMY N. TIRRE, ESQ.
3715 LAKESIDE DR, STE A
RENO, NV 89509
email: amy@amytirrelaw.com

LEWIS AND ROCA LLP
ATTN DAWN M. CICA, ESQ.
3993 HOWARD HUGHES PKWY, STE 600
LAS VEGAS, NV 89169-5996
email: DCica@LRLaw.com

LIONEL SAWYER & COLLINS
ATTN JENNIFER A. SMITH, ESQ.
50 W LIBERTY ST, STE 1100
RENO, NV 89501
email: jsmith@lionelsawyer.com

LIONEL SAWYER & COLLINS
ATTN LAURA K. GRANIER, ESQ.
50 W LIBERTY ST, STE 1100
RENO, NV 89501
email: lgranier@lionelsawyer.com

LIONEL SAWYER & COLLINS
ATTN RYAN A. ANDERSEN, ESQ.
300 S 4TH ST, STE 1700
LAS VEGAS, NV 89101
email: randersen@lionelsawyer.com

MAUPIN, COX & LEGOY, P.C.
ATTN CHRISTOPHER D. JAIME, ESQ.
4785 CAUGHLIN PKWY
RENO, NV 89519
email: cjaime@mclrenolaw.com

MAUPIN, COX & LEGOY, P.C.
ATTN CHRISTOPHER D. JAIME, ESQ.
4785 CAUGHLIN PKWY
RENO, NV 89519
email: cjaime@mclrenolaw.com

MAUPIN, COX & LEGOY, P.C.
ATTN DONALD A. LATTIN
4785 CAUGHLIN PARKWAY
RENO, NV 89519
email: dlattin@mclrenolaw.com

MCDONALD CARANO WILSON LLP
ATTN RYAN J. WORKS, ESQ.
2300 WEST SAHARA AVE, STE 1200
LAS VEGAS, NV 89102-4395
email: rworks@mcdonaldcarano.com

MCMILLAN LLP
ATTN PETER J. REARDON
ROYAL CENTRE, 1055 W GEORGIA ST
SUITE 1500, PO BOX 11117
VANCOUVER, BRITISH COLUMBIA V6E 4N7
email: peter.reardon@mcmillan.ca

MCMILLAN LLP
ATTN WAEL ROSTOM
BROOKFIELD PLACE, STE 4400
181 BAY STREET
TORONTO, ONTARIO M5J 2T3
email: wael.rostom@mcmillan.ca

MILBANK, TWEED, HADLEY & MCCLOY LLP
ATTN DENNIS C. O'DONNELL, ESQ.
1 CHASE MANHATTAN PLZ
NEW YORK, NY 10005
email: dodonnell@milbank.com

MONROE MCDONOUGH GOLDSCHMIDT & MOLLA, PLLC
ATTN D. ROB BURRIS, ESQ.
4578 N 1ST AVE
STE 160
TUSCON, AZ 85718
email: rburris@mmgm-law.com

PACHULSKI STANG ZIEHL & JONES LLP
ATTN IRA D. KHARASCH, ESQ.
10100 SANTA MONICA BLVD, 13TH FL
LOS ANGELES, CA 90067-4100
email: ikharasch@pszjlaw.com

PACHULSKI STANG ZIEHL & JONES LLP
ATTN JEFFREY N. POMERANTZ, ESQ.
10100 SANTA MONICA BLVD, STE 1300
LOS ANGELES, CA 90067-4100
email: jpomerantz@pszjlaw.com

PACHULSKI STANG ZIEHL & JONES LLP
ATTN SHIRLEY S. CHO, ESQ.
10100 SANTA MONICA BLVD, 13TH FL
LOS ANGELES, CA 90067-4100
email: scho@pszjlaw.com

PARSONS BEHLE & LATIMER
ATTN REW R. GOODENOW, ESQ.
50 W LIBERTY ST, STE 750
RENO, NV 89501
email: RGoodenow@parsonsbehle.com

PEZZILLO LLOYD
ATTN JENNIFER R. LLOYD, ESQ.
6725 VIA AUSTI PKWY
STE 290
LAS VEGAS, NV 89119
email: jlloyd@pezzillolloyd.com

PROMETHEUS ENERGY GROUP INC
ATTN: LEONARD H YORK
10370 RICHMOND AVENUE, STE 450
HOUSTON, TX 77003
email: lyork@prometheusenergy.com

PROMETHEUS ENERGY GROUP INC
ATTN: LEONARD H. YORK
8511 154TH AVE NE
REDMOND, WA 98052
email: lyork@prometheusenergy.com

QUALITY TRANSPORTATION, INC.
ATTN: JOHN DAVIS
1110 MULESHOE RD
BATTLE MOUNTAIN, NV 89820
email: qti.john.davis@att.net

SAN JUAN DRILLING INC
ATTN: TERRY RAY
1127 6500 ROAD
MONTROSE, CO 81401
email: sanjuandrilling@msn.com

SECURITIES & EXCHANGE COMMISSION
ATTN MICHELE WEIN LAYNE
REGIONAL DIRECTOR
5670 WILSHIRE BLVD, 11TH FL
LOS ANGELES, CA 90036-3648
email: losangeles@sec.gov

SECURITIES EXCHANGE COMMISSION
SECRETARY OF THE TREASURY
100 F STREET, NE
WASHINGTON, DC 20549
email: chairmanoffice@sec.gov

SIDLEY AUSTIN LLP
ATTN ALLISON ROSS STROMBERG, ESQ.
ONE SOUTH DEARBORN ST
CHICAGO, IL 60603
email: astromberg@sidley.com

SIDLEY AUSTIN LLP
ATTN JESSICA C.K. BOELTER, ESQ.
ONE SOUTH DEARBORN ST
CHICAGO, IL 60603
email: jboelter@sidley.com

SIDLEY AUSTIN LLP
ATTN MATTHEW G. MARTINEZ, ESQ.
ONE SOUTH DEARBORN ST
CHICAGO, IL 60603
email: matthew.martinez@sidley.com

SIDLEY AUSTIN LLP
ATTN THOMAS A. LABUDA, JR., ESQ.
ONE SOUTH DEARBORN ST
CHICAGO, IL 60603
email: tlabuda@sidley.com

SNELL & WILMER L.L.P.
ATTN BLAKELEY E. GRIFFITH, ESQ.
3883 HOWARD HUGHES PKWY, STE 1100
LAS VEGAS, NV 89169
email: bgriffith@swlaw.com

SNELL & WILMER L.L.P.
ATTN CHARLES E. GIANELLONI, ESQ.
3883 HOWARD HUGHES PKWY, STE 1100
LAS VEGAS, NV 89169
email: cgianelloni@swlaw.com

SNELL & WILMER L.L.P.
ATTN ROBERT R. KINAS, ESQ.
3883 HOWARD HUGHES PKWY, STE 1100
LAS VEGAS, NV 89169
email: rkinas@swlaw.com

SNELL & WILMER L.L.P.
ATTN STEPHEN B. YOKEN, ESQ.
3883 HOWARD HUGHES PKWY, STE 1100
LAS VEGAS, NV 89169
email: syoken@swlaw.com

SYLVESTER & POLEDNAK, LTD.
ATTN JEFFREY R. SYLVESTER, ESQ.
1731 VILLAGE CENTER CIR
LAS VEGAS, NV 89134
email: jeff@SylvesterPolednak.com

US DEPARTMENT OF JUSTICE
ATTN TONY WEST, ASST. ATTORNEY GENERAL
CIVIL DIVISION
950 PENNSYLVANIA AVE, NW
WASHINGTON, DC 20530-0001
email: askdoj@usdoj.gov

US DEPARTMENT OF JUSTICE
BANKRUPTCY CLAIMS UNIT
P.O. BOX 15012
WILMINGTON, DE 19850
email: askdoj@usdoj.gov

WILLKIE FARR & GALLAGHER LLP
ATTN ALEX W CANNON
787 SEVENTH AVENUE
NEW YORK, NY 10019
email: acannon@willkie.com

WILLKIE FARR & GALLAGHER LLP
ATTN: MARC ABRAMS
787 SEVENTH AVE
NEW YORK, NY 10019-6099
email: mabrams@willkie.com

WILLKIE FARR & GALLAGHER LLP
ATTN: SHAUNNA D. JONES
787 SEVENTH AVE.
NEW YORK, NY 10019-6099
email: sjones@willkie.com

WOODBURN AND WEDGE
ATTN JOHN F. MURTHA, ESQ.
6100 NEIL RD, STE 500
POST OFFICE BOX 2311
RENO, NV 89505
email: jmurtha@woodburnandwedge.com

# EXHIBIT B

3D CONCRETE
ATTN: LAURA BAUER
1110 MULESHOE RD
BATTLE MOUNTAIN, NV 89820

AL PARK PETROLEUM, INC.
ATTN GALEN SCHARSCH
P.O. BOX 1600
ELKO, NV 89803

ALVAREZ & MARSAL
ATTN MICHAEL KANG
100 PINE STREET
SUITE 900
SAN FRANCISCO, CA 94111

ALVAREZ & MARSAL
ATTN RAY DOMBROWSKI
600 MADISON AVENUE
8TH FLOOR
NEW YORK, NY 10022

ARMSTRONG TEASDALE LLP
ATTN LOUIS M. BUBALA, III, ESQ.
50 WEST LIBERTY
RENO, NV 89501

ATTORNEY GENERAL FOR STATE OF NEVADA
ATTN CASSANDRA P. JOSEPH, ESQ.
100 N CARSON ST
CARSON CITY, NV 89701

ATTORNEY GENERAL FOR STATE OF NEVADA
ATTN JASMINE K. MEHTA, ESQ.
100 N CARSON ST
CARSON CITY, NV 89701

ATTORNEY GENERAL FOR STATE OF NEVADA
ATTN JEDEDIAH R. BODGER, ESQ.
100 N CARSON ST
CARSON CITY, NV 89701-4717

BLAKE CASSELS & GRAYDON LLP
ATTN KATHERINE MCEACHERN
SUITE 2600, THREE BENTALL CENTRE
595 BURRARD STREET, P.O. BOX 49314
VANCOUVER BC V7X IL3

BLAKE CASSELS & GRAYDON LLP
ATTN MILLY CHOW
SUITE 2600, THREE BENTALL CENTRE
595 BURRARD STREET, P.O. BOX 49314
VANCOUVER BC V7X IL3

BLAKE CASSELS & GRAYDON LLP
ATTN PETER RUBIN
SUITE 2600, THREE BENTALL CENTRE
595 BURRARD STREET, P.O. BOX 49314
VANCOUVER BC V7X IL3

BRITISH COLUMBIA SECURITIES COMMISSION
701 W GEORGIA ST
PO BOX 10142, PACIFIC CENTRE
VANCOUVER, BC V7Y 1L2 CANADA

BROWN RUDNICK LLP
ATTN JOHN F. STORZ, ESQ.
SEVEN TIMES SQ
NEW YORK, NY 10036

BROWN RUDNICK LLP
ATTN WILLIAM R. BALDIGA, ESQ.
SEVEN TIMES SQ
NEW YORK, NY 10036

CAFO, INC
ATTN DAVE OVERCAST
200 UNIVERSITY AVE
TORONTO ON  M5H3C6

CIBC WORLD MARKETS INC.
ATTN MICHAEL STEWART
161 BAY STREET, FLOOR 7
TORONTO, M5J 2T3 ONTARIO

COMPUTERSHARE TRUST COMPANY OF CANADA
ATTN ALICE KOLLEN
510 BURRARD STREET, 2ND FLOOR
VANCOUVER BC V6C 3B9

COMPUTERSHARE TRUST COMPANY OF CANADA
ATTN NICOLE CLEMENT
510 BURRARD STREET, 2ND FLOOR
VANCOUVER BC V6C 3B9

DAVIS LLP
ATTN PETER C LEE
2800 - 666 BURRARD STREET
VANCOUVER BC V6C 2Z7

DELOITTE CONSULTING (PTY) LTD
ATTN CASSIM JOOMA
VELD ESTATE BUILDING 33
20 WOODLANDS DRIVE NORTH GATE
WOODMEAD, 2052, SOUTH AFRICA

DEMETRAS & O'NEILL
ATTN J. CRAIG DEMETRAS, ESQ.
230 E LIBERTY ST
RENO, NV 89501

DEPARTMENT OF THE TREASURY
1500 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20220

DEPT. OF EMPLOYMENT, TRAINING
& REHAB
EMPLOYMENT SECURITY DIV
500 EAST THIRD STREET
CARSON CITY, NV 89173

DICKINSON WRIGHT/MARISCAL WEEKS
ATTN WILLIAM NOVOTNY, ESQ.
2901 NORTH CENTRAL AVE, STE 200
PHOENIX, AZ 85012

DOWNEY BRAND, LLP
100 W LIBERTY ST., STE 900
RENO, NV 89501

DOWNEY BRAND, LLP
ATTN SALLIE B. ARMSTRONG, ESQ.
100 W LIBERTY ST, STE 900
RENO, NV 89501

ELKO, INC.
ATTN: RYAN VEATER
4105 W IDAHO STREET
ELKO, NV 89801

FENNEMORE CRAIG JONES VARGAS
ATTN LAUREL E. DAVIS, ESQ.
300 S FOURTH ST, STE 1400
LAS VEGAS, NV 89101

FENNEMORE CRAIG JONES VARGAS
ATTN NICOLAS B. HOSKINS, ESQ.
2394 E CAMELBACK RD, STE 600
PHOENIX, AZ 85016-3429

FINLEY RIVER COMPANY, LLC
ATTN: PAM ROSEN
109 N WALNUT STREET
WILLOW SPRINGS, MO 65793

FOX ROTHSCHILD LLP
ATTN BRETT A. AXELROD, ESQ.
3800 HOWARD HUGHES PKWY, STE 500
LAS VEGAS, NV 89169

FOX ROTHSCHILD LLP
ATTN JOHN H. GUTKE, ESQ.
3800 HOWARD HUGHES PKWY, STE 500
LAS VEGAS, NV 89169

FRANCO NEVADA
ATTN: JEFF JENKINS
1745 SHEA CENTER DR
STE 400
HGHLNDS RANCH, CO 80129-1540

FRASNER MILNER CASGRAIN LLP
ATTN CINDY CHEUK
20TH FLOOR, 250 HOWE STREET
VANCOUVER BC V6C 3R8

FRASNER MILNER CASGRAIN LLP
ATTN JOHN SANDRELLI
20TH FLOOR, 250 HOWE STREET
VANCOUVER BC V6C 3R8

FRASNER MILNER CASGRAIN LLP
ATTN KELLY TSANG
20TH FLOOR, 250 HOWE STREET
VANCOUVER BC V6C 3R8

FRASNER MILNER CASGRAIN LLP
ATTN ROBIN PEARDON
20TH FLOOR, 250 HOWE STREET
VANCOUVER BC V6C 3R8

FRASNER MILNER CASGRAIN LLP
ATTN RYAN JACOBS
20TH FLOOR, 250 HOWE STREET
VANCOUVER BC V6C 3R8

GORDON SILVER
ATTN GERALD M. GORDON, ESQ.
3960 HOWARD HUGHES PKWY, 9TH FL
LAS VEGAS, NV 89169

GORDON SILVER
ATTN MATTHEW ZIRZOW, ESQ.
3960 HOWARD HUGHES PKWY, 9TH FL
LAS VEGAS, NV 89169

GOWLING LAFLEUR HENDERSON LLP
ATTN ALEX MACFARLANE
550 BURRARD STREET
SUITE 2300, BENTALL 5
VANCOUVER BC V6C 2B5

GUARDSMARK, LLC
ATTN: ROBERT NATHAN
1200 WILSHIRE BOULEVARD
SUITE 620
LOS ANGELES, CA 90017-1920

INTERNAL REVENUE SERVICE
ATTN MANAGING MEMBER
110 CITY PKWY
MS 5028 LVG
LAS VEGAS, NV 89106

LAW OFFICES OF AMY N. TIRRE, PC
ATTN AMY N. TIRRE, ESQ.
3715 LAKESIDE DR, STE A
RENO, NV 89509

LIONEL SAWYER & COLLINS
ATTN JENNIFER A. SMITH, ESQ.
50 W LIBERTY ST, STE 1100
RENO, NV 89501

LIONEL SAWYER & COLLINS
ATTN RYAN A. ANDERSEN, ESQ.
300 S 4TH ST, STE 1700
LAS VEGAS, NV 89101

MAUPIN, COX & LEGOY, P.C.
ATTN CHRISTOPHER D. JAIME, ESQ.
4785 CAUGHLIN PKWY
RENO, NV 89519

MCDONALD CARANO WILSON LLP
ATTN RYAN J. WORKS, ESQ.
2300 WEST SAHARA AVE, STE 1200
LAS VEGAS, NV 89102-4395

MCMILLAN LLP
ATTN WAEL ROSTOM
BROOKFIELD PLACE, STE 4400
181 BAY STREET
TORONTO, ONTARIO M5J 2T3

MILBANK, TWEED, HADLEY & MCCLOY LLP
ATTN DENNIS C. O'DONNELL, ESQ.
1 CHASE MANHATTAN PLZ
NEW YORK, NY 10005

GOWLING LAFLEUR HENDERSON LLP
ATTN JOHN I MCLEAN, Q.C.
550 BURRARD STREET
SUITE 2300, BENTALL 5
VANCOUVER BC V6C 2B5

HILLCREST MINING COMPANY, LLC
ATTN: CINDY SLINKARD
3175 REED COURT
DENVER, CO 80227

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

LEWIS AND ROCA LLP
ATTN DAWN M. CICA, ESQ.
3993 HOWARD HUGHES PKWY, STE 600
LAS VEGAS, NV 89169-5996

LIONEL SAWYER & COLLINS
ATTN LAURA K. GRANIER, ESQ.
50 W LIBERTY ST, STE 1100
RENO, NV 89501

MAUPIN, COX & LEGOY, P.C.
ATTN CHRISTOPHER D. JAIME, ESQ.
4785 CAUGHLIN PKWY
RENO, NV 89519

MAUPIN, COX & LEGOY, P.C.
ATTN DONALD A. LATTIN
4785 CAUGHLIN PARKWAY
RENO, NV 89519

MCMILLAN LLP
ATTN PETER J. REARDON
ROYAL CENTRE, 1055 W GEORGIA ST
SUITE 1500, PO BOX 11117
VANCOUVER, BRITISH COLUMBIA V6E 4N7

METSO MINERALS
ATTN: ROSE HEIKEL
20965 CROSSROADS CIRCLE
WAUKESHA, WI 53186

MONROE MCDONOUGH GOLDSCHMIDT & MOLLA, PLLC
ATTN D. ROB BURRIS, ESQ.
4578 N 1ST AVE
STE 160
TUSCON, AZ 85718

MR MICHAEL  BAZLEY
FSP P.O. BOX 950
FOLSOM, CA 95763

NEVADA BUREAU OF LAND MANAGEMENT
ATTN: DAVE OVERCAST
ELKO FIELD OFFICE
3900 E. IDAHO ST.
ELKO, NV 89801

OFFICE OF THE UNITED STATES TRUSTEE
ATTN
300 LAS VEGAS BLVD
SOUTH #4300
LAS VEGAS, NV 89101

OFFICE OF THE UNITED STATES TRUSTEE
ATTN NICHOLAS STROZZA
C. CLIFTON YOUNG FEDERAL BUILDING
300 BOOTH STREET
ROOM 3009
RENO, NV 89509

PACHULSKI STANG ZIEHL & JONES LLP
ATTN IRA D. KHARASCH, ESQ.
10100 SANTA MONICA BLVD, 13TH FL
LOS ANGELES, CA 90067-4100

PACHULSKI STANG ZIEHL & JONES LLP
ATTN JEFFREY N. POMERANTZ, ESQ.
10100 SANTA MONICA BLVD, STE 1300
LOS ANGELES, CA 90067-4100

PACHULSKI STANG ZIEHL & JONES LLP
ATTN SHIRLEY S. CHO, ESQ.
10100 SANTA MONICA BLVD, 13TH FL
LOS ANGELES, CA 90067-4100

PARSONS BEHLE & LATIMER
ATTN REW R. GOODENOW, ESQ.
50 W LIBERTY ST, STE 750
RENO, NV 89501

PEZZILLO LLOYD
ATTN JENNIFER R. LLOYD, ESQ.
6725 VIA AUSTI PKWY
STE 290
LAS VEGAS, NV 89119

PROMETHEUS ENERGY GROUP INC
ATTN: LEONARD H YORK
10370 RICHMOND AVENUE, STE 450
HOUSTON, TX 77003

PROMETHEUS ENERGY GROUP INC
ATTN: LEONARD H. YORK
8511 154TH AVE NE
REDMOND, WA 98052

Q & D CONSTRUCTION, INC.
ATTN: DOUG E. ELDER
1050 S 21ST STREET
SPARKS, NV 89510

QUALITY TRANSPORTATION, INC.
ATTN: JOHN DAVIS
1110 MULESHOE RD
BATTLE MOUNTAIN, NV 89820

RAYNELL CO.
ATTN DAVID AYERS
P.O. BOX 28979
SANTA ANA, CA 92799

RODEO CREEK GOLD INC
4000 W WINNEMUCCA BLVD
WINNEMUCCA, NV 89445

RODEO CREEK GOLD INC
HOLLISTER MINE
P.O. BOX 2610
WINNEMUCCA, NV 86446

RODEO CREEK GOLD, INC.
6121 LAKESIDE DR
SUITE 1620
RENO, NV 89511

SAN JUAN DRILLING INC
ATTN: TERRY RAY
1127 6500 ROAD
MONTROSE, CO 81401

SANDVIK MINING & CONST. USA, LLC
ATTN: CHARLIE FERNANDEZ
2575 ALTA VISTA DR
ELKO, NV 89801-4600

SECURITIES & EXCHANGE COMMISSION
ATTN MICHELE WEIN LAYNE
REGIONAL DIRECTOR
5670 WILSHIRE BLVD, 11TH FL
LOS ANGELES, CA 90036-3648

SECURITIES EXCHANGE COMMISSION
SECRETARY OF THE TREASURY
100 F STREET, NE
WASHINGTON, DC 20549

SIDLEY AUSTIN LLP
ATTN ALLISON ROSS STROMBERG, ESQ.
ONE SOUTH DEARBORN ST
CHICAGO, IL 60603

SIDLEY AUSTIN LLP
ATTN JESSICA C.K. BOELTER, ESQ.
ONE SOUTH DEARBORN ST
CHICAGO, IL 60603

SIDLEY AUSTIN LLP
ATTN MATTHEW G. MARTINEZ, ESQ.
ONE SOUTH DEARBORN ST
CHICAGO, IL 60603

SIDLEY AUSTIN LLP
ATTN THOMAS A. LABUDA, JR., ESQ.
ONE SOUTH DEARBORN ST
CHICAGO, IL 60603

SNELL & WILMER L.L.P.
ATTN BLAKELEY E. GRIFFITH, ESQ.
3883 HOWARD HUGHES PKWY, STE 1100
LAS VEGAS, NV 89169

SNELL & WILMER L.L.P.
ATTN CHARLES E. GIANELLONI, ESQ.
3883 HOWARD HUGHES PKWY, STE 1100
LAS VEGAS, NV 89169

SNELL & WILMER L.L.P.
ATTN ROBERT R. KINAS, ESQ.
3883 HOWARD HUGHES PKWY, STE 1100
LAS VEGAS, NV 89169

SNELL & WILMER L.L.P.
ATTN STEPHEN B. YOKEN, ESQ.
3883 HOWARD HUGHES PKWY, STE 1100
LAS VEGAS, NV 89169

SOUTHWEST ENERGY LLC
ATTN: ROGER OSMUN
2040 WEST GARDNER LANE
TUCSON, AZ 85705

STATE OF NEVADA
ATTN JAN KELLEY
1550 COLLEGE PARKWAY
CARSON CITY, NV 89706

SYLVESTER & POLEDNAK, LTD.
ATTN JEFFREY R. SYLVESTER, ESQ.
1731 VILLAGE CENTER CIR
LAS VEGAS, NV 89134

TAURUS DRILLING
ATTN: PAT BAMFORD
4241 COLVILLE DRIVE
LAKE HAVASU CITY, AZ 86406

THE GARDEN CITY GROUP, INC.
ATTN JEFFREY DEMMA
190 S. LASALLE ST.
SUITE 1520
CHICAGO, IL 60603

US DEPARTMENT OF JUSTICE
ATTN TONY WEST, ASST. ATTORNEY GENERAL
CIVIL DIVISION
950 PENNSYLVANIA AVE, NW
WASHINGTON, DC 20530-0001

US DEPARTMENT OF JUSTICE
BANKRUPTCY CLAIMS UNIT
P.O. BOX 15012
WILMINGTON, DE 19850

WILLKIE FARR & GALLAGHER LLP
ATTN ALEX W CANNON
787 SEVENTH AVENUE
NEW YORK, NY 10019

WILLKIE FARR & GALLAGHER LLP
ATTN: MARC ABRAMS
787 SEVENTH AVE
NEW YORK, NY 10019-6099

WILLKIE FARR & GALLAGHER LLP
ATTN: SHAUNNA D. JONES
787 SEVENTH AVE.
NEW YORK, NY 10019-6099

WOODBURN AND WEDGE
ATTN JOHN F. MURTHA, ESQ.
6100 NEIL RD, STE 500
POST OFFICE BOX 2311
RENO, NV 89505