Robert M. Charles, Jr.  (NV 006593)
Dawn M. Cica  (NV 004565)
**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada  89169-5996
Telephone: (702)949-8200
Facsimile: (702) 216-6208
Email:  DCica@LRlaw.com
Email:  RCharles@LRLaw.com

E-Filed on June 12, 2013

Counsel for San Juan Drilling, Inc.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:

RODEO CREEK GOLD INC., *et al.*,

                    Debtors,

☐ Affects this Debtor
☒ Affects all Debtors
☐ Affects Antler Peak Gold Inc.
☐ Affects Hollister Venture Corporation
☐ Affects Touchstone Resources Company

Chapter: 11

Jointly Administered Under
Case No. BK-13-50301-MKN

Case Nos.
BK-13-50301-MKN
BK-13-50302-MKN
BK-13-50303-MKN
BK-13-50304-MKN

**NOTICE OF HEARING SAN JUAN DRILLING'S APPLICATION FOR ALLOWANCE OF AN ADMINISTRATIVE EXPENSE**

Hearing Date:  July 11, 2013
Time: 1:30 p.m.

      **NOTICE IS HEREBY GIVEN** that San Juan Drilling's Application for Allowance of an Administrative Expense was filed on June 12, 2013, as Docket No. 542 (the "Application"). The Application seeks allowance of an administrative expense.

      **NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Application, or if you want the court to consider your views on the Application,

then you must file an opposition with the court, and serve a copy on the person making the Application *no later than 14 days* preceding the hearing date for the Application, unless an exception applies (see Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

> **NOTICE IS FURTHER GIVEN** that pursuant to Local Rule 9014:
>
> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on said Application will be held before United States Bankruptcy Judge Mike K. Nakagawa, in the Foley Federal Building, 300 Las Vegas Boulevard South, Bankruptcy Courtroom No. 2, Third Floor, Las Vegas, Nevada on **July 11, 2013** at the hour of **1:30 p.m.**

Copies of the Application can be obtained from the Bankruptcy Court website at https://ecf.nvb.uscourts.gov or upon written request from attorneys for creditors at the address listed above.

DATED: June 12, 2013.

LEWIS AND ROCA LLP

By _____ (# 4565)
Dawn M. Cica
E-mail: DCica@LRLaw.com
3993 Howard Hughes Pkwy. Suite 600
Las Vegas, NV 89169
*Counsel for San Juan Drilling, Inc.*