Electronically Filed On
June 17, 2013

Jeffrey N. Pomerantz (CA Bar No. 143717)
Ira D. Kharasch (CA Bar No. 109084)
Shirley S. Cho (CA Bar No. 192616)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., Suite 1300
Los Angeles, CA  90067
Telephone: 310/277-6910
Facsimile: 310/201-0760

Janet L. Chubb (NV Bar No. 176)
Louis M. Bubala III (NV Bar No. 8974)
Gordon R. Goolsby (NV Bar No. 11578)
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Pkwy., Ste. 200
Las Vegas, NV 89169
Telephone: 702/678-5070
Facsimile: 702/878-9995

Email: jpomerantz@pszjlaw.com
ikharasch@pszjlaw.com
scho@pszjlaw.com

Email: jchubb@armstrongteasdale.com
lbubala@armstrongteasdale.com
ggoolsby@armstrongteasdale.com

Counsel for the Official Committee
of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>RODEO CREEK GOLD, INC.,<br><br>☐  Affects this Debtor<br>☒  Affects all Debtors<br>☐  Affects Antler Peak Gold Inc.<br>☐  Affects Hollister Venture Corporation<br>☐  Affects Touchstone Resources Company<br><br>Debtors. | Case No.: 13-50301-MKN<br><br>Chapter 11<br><br>**MONTHLY INTERIM FEE AND EXPENSE STATEMENT OF ARMSTRONG TEASDALE LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF MAY 1, 2013 THROUGH MAY 31, 2013, WITH CERTIFICATE OF SERVICE** |

**TO:  THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTORS AND THEIR COUNSEL, AND PARTIES-IN-INTEREST:**

In accordance with the monthly interim fees and expenses statement for the period of May 1, 2013 through May 31, 2013 (the "Fee Statement"), Armstrong Teasdale LLP ("AT") respectfully represents:

1.      AT submits this Monthly Statement pursuant to and in accordance with the *Order (Amended) Pursuant to 11 U.S.C. §§ 105(a) and 331, and Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Dkt No. 470] entered May 3, 2013 (the "Interim Compensation Order"[1]) for the purpose of being authorized to receive payment of compensation for services rendered and reimbursement of expenses incurred as counsel to the Official Committee of Unsecured Creditors (the "Committee") during the period commencing May 1, 2013 through May 31, 2013 (the "Statement Period").

2.      As set forth in Exhibit 1 hereto, AT incurred professional fees of $8,994.00 and expenses in the amount of $474.38 during the Statement Period, inclusive of a voluntary write-off of 0% of the total fees incurred.

3.      In accordance with the methodology set forth in the Interim Compensation Order, AT seeks allowance and payment of interim compensation for fees incurred during the Statement Period in the amount of $7,195.20, representing 80% of the $8,994.00 total fees for services rendered, plus $474.38, representing 100% of the expenses incurred during the Statement Period for a total award of $7,669.58.

4.      Attached hereto as Exhibit 1 is a detailed list of all services rendered and expenses incurred by AT during the Statement Period.  This list is maintained in the ordinary course of AT's practice and includes a detailed list of all time for which compensation is sought, including the date the services were rendered, the person performing the services, the hourly billing rate of each individual, the nature of the services performed and the time spent on each service.  Fed. R. Bankr. P. 2016(a).  This Fee Statement was prepared in accordance with the Interim Compensation Order.

5.      AT diligently worked to coordinate and facilitate the efficient prosecution of the matters for which it is employed.  AT reviews all client billing for reasonableness and makes adjustments to the charges consistent with the values of the services provided.  AT has charged its standard hourly rates for services rendered for which compensation is sought in this Application.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Interim Compensation Order.

6. Pursuant to the Interim Compensation Order, AT has served a copy of this Statement via overnight mail on the following parties (the "Notice Parties"):

- Sidley Austin LLP, One South Dearborn Street, Chicago, IL 60603, Attn: Michael T. Gustafson, Esq.;

- Maupin, Cox & LeGoy, P.C., 4785 Caughlin Parkway, Reno, NV 89519, Attn: Christopher D. Jaime, Esq.;

- U.S. Trustee of the District of Nevada, C. Clifton Young Federal Building, 300 Booth Street, Room 3009, Reno, NV 89509, Attn: Bill Cossitt, Esq.; and

- Milbank, Tweed, Hadley & McCloy LLP, One Chase Manhattan Plaza, New York, NY 10005, Attn: Dennis C. O'Donnell, Esq.

7. Pursuant to the Interim Compensation Order, Notice Parties shall have ten (10) days after this Monthly Statement is served (the "Objection Period") to file with the court and serve upon AT and each of the other Notice Parties a written objection (an "Objection") setting forth the precise nature of the objection and the amount at issue.

8. If no Notice Party serves an Objection within the Objection Period with respect to a Monthly Statement, or if a Notice Party has timely served an Objection during the Objection Period, but the objection asserted herein pertains only to a portion of the fees and expenses requested under the Monthly Statement, the Debtor shall promptly pay eighty percent (80%) of the undisputed fees and one hundred percent (100%) of the undisputed expenses requested in such Monthly Statement. If any Notice Party objects to the Fee Statement by serving an Objection, and such Objection is unable to be resolved consensually between the Professional and the Notice Party, the affected Professional may either (i) file a request with the Court for payment of the difference between the Maximum Monthly Payment and the Actual Monthly Payment made to the affected Professional (the "Incremental Amount") of (ii) forego payment of the Incremental Amount until the next interim or final fee application hearing, at which time the Court will consider and dispose of the objection if requested by the parties.

9. AT acknowledges that the interim payment of compensation and reimbursement of expenses sought in this Monthly Statement does not constitute a request for final allowance of such

compensation and reimbursement of expenses.  At the conclusion of this case, AT will seek final allowance of the compensation charged and expenses incurred for the entire case, and any interim fees or expenses received during the course of the case will be credited against such finally allowed fees and expenses.

There is no arrangement between AT and any other entity for the sharing of compensation to be received in connection with this case, except insofar as such compensation may be shared among the partners, of counsel and associates of AT.

Dated:  June 17, 2013                ARMSTRONG TEASDALE LLP

/s/Gordon R. Goolsby
Janet L. Chubb (NV Bar No. 176)
Louis M. Bubala III (NV Bar No. 8974)
Gordon R. Goolsby (NV Bar No. 11578)
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Pkwy., Ste. 200
Las Vegas, NV 89169
Telephone: 702/678-5070
Facsimile: 702/878-9995
Email: jchubb@armstrongteasdale.com
         lbubala@armstrongteasdale.com
         ggoolsby@armstrongteasdale.com

PACHULSKI STANG ZIEHL & JONES LLP

Jeffrey N. Pomerantz (CA Bar No. 143717)
Ira D. Kharasch (CA Bar No. 109084)
Shirley S. Cho (CA Bar No. 192616)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., Suite 1300
Los Angeles, CA  90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jpomerantz@pszjlaw.com
         ikharasch@pszjlaw.com
         scho@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors

4

**<u>CERTIFICATE OF SERVICE</u>**

1.       **On <u>June 17, 2013</u>**, I served the following document(s):

**MONTHLY INTERIM FEE AND EXPENSE STATEMENT OF ARMSTRONG TEASDALE LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF MAY 1, 2013 THROUGH MAY 31, 2013, WITH CERTIFICATE OF SERVICE**

2.       I served the above-named document(s) by the following means to the persons as listed below:

☒   **ECF System** (attach the "Notice of Electronic Filing" or list all persons and addresses):

GREG ADDINGTON on behalf of Creditor UNITED STATES
greg.addington@usdoj.gov

RYAN A. ANDERSEN on behalf of Creditor FRANCO-NEVADA U.S. CORPORATION
RANDERSEN@LIONELSAWYER.COM,
bklsclv@lionelsawyer.com;kwallace@lionelsawyer.com

SALLIE B ARMSTRONG on behalf of Creditor CREDIT SUISSE AG
sarmstrong@downeybrand.com, reno@downeybrand.com

BRETT A. AXELROD on behalf of Interested Party THE AD HOC CONSORTIUM OF HOLDERS OF GREAT BASIN GOLD LTD 8.0% CONVERTIBLE DEBENTURES
baxelrod@foxrothschild.com, pkois@foxrothschild.com;ldupree@foxrothschild.com

WILLIAM R. BALDIGA on behalf of Interested Party THE AD HOC CONSORTIUM OF HOLDERS OF GREAT BASIN GOLD LTD 8.0% CONVERTIBLE DEBENTURES
wbaldiga@brownrudnick.com,
cennis@brownrudnick.com;jconte@brownrudnick.com;jstorz@brownrudnick.com

JEDEDIAH R. BODGER on behalf of Creditor STATE OF NEVADA DEPARTMENT OF TAXATION
jbodger@ag.nv.gov, mcwilson@ag.nv.gov

LOUIS M. BUBALA, III on behalf of Creditor Committee THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
lbubala@armstrongteasdale.com, bsalinas@armstrongteasdale.com

M. KATIE BURGESS on behalf of Creditor UNITED STATES
burgess.katie@pbgc.gov

D. ROB BURRIS on behalf of Creditor HANLON ENGINEERING & ARCHITECTURE, INC.
rburris@mmgm-law.com

1
2
SHIRLEY S. CHO on behalf of Creditor Committee THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS
scho@pszjlaw.com

3
4
DAWN M. CICA on behalf of Creditor SAN JUAN DRILLING INC.
dcica@lrlaw.com, mschoeni@lrlaw.com;bankruptcynotices@lrlaw.com;sgrata@lrlaw.com

5
6
LAUREL E. DAVIS on behalf of Creditor SANDVIK MINING AND CONSTRUCTION USA,
LLC.
ldavis@fclaw.com, mhurtado@fclaw.com

7
8
J CRAIG DEMETRAS on behalf of Creditor FINLEY RIVER, LLC
mail@demetras-oneill.com, jar@demetras-oneill.com;mdh@demetras-oneill.com

9
J CRAIG DEMETRAS on behalf of Creditor HI-TECH EXPLORATION, LTD
mail@demetras-oneill.com, jar@demetras-oneill.com;mdh@demetras-oneill.com

10
11
J CRAIG DEMETRAS on behalf of Creditor HILLCREST MINING COMPANY, LLC
mail@demetras-oneill.com, jar@demetras-oneill.com;mdh@demetras-oneill.com

12
13
JEFFREY A DICKERSON on behalf of Plaintiff CARLOS M BRAUN
jeff@gbis.com

14
15
CARLOS A. GONZALEZ on behalf of Creditor UNITED STATES
carlos.gonzalez2@usdoj.gov,
Darlene.Ruckard@usdoj.gov,Mary.Booker@usdoj.gov,doriayn.olivarra@usdoj.gov,sue.knight@usd
oj.gov,

16
17
REW R. GOODENOW on behalf of Interested Party WATERTON NEVADA HOLDINGS, LLC
ecf@parsonsbehle.com

18
19
GORDON R. GOOLSBY on behalf of Creditor Committee THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS
ggoolsby@armstrongteasdale.com, bsalinas@armstrongteasdale.com

20
21
22
JOHN H. GUTKE on behalf of Interested Party THE AD HOC CONSORTIUM OF HOLDERS OF
GREAT BASIN GOLD LTD 8.0% CONVERTIBLE DEBENTURES
jgutke@foxrothschild.com,
kthompson@foxrothschild.com;mmetoyer@foxrothschild.com;amwilson@foxrothschild.com

23
24
CHRISTOPHER D JAIME on behalf of Debtor ANTLER PEAK GOLD INC.
cjaime@mclrenolaw.com, kbernhardt@mclrenolaw.com

25
26
CHRISTOPHER D JAIME on behalf of Debtor HOLLISTER VENTURE CORP.
cjaime@mclrenolaw.com, kbernhardt@mclrenolaw.com

27
CHRISTOPHER D JAIME on behalf of Debtor RODEO CREEK GOLD INC.
cjaime@mclrenolaw.com, kbernhardt@mclrenolaw.com

28
CHRISTOPHER D JAIME on behalf of Debtor TOUCHSTONE RESOURCES COMPANY
cjaime@mclrenolaw.com, kbernhardt@mclrenolaw.com

CASSANDRA P. JOSEPH on behalf of Creditor STATE OF NEVADA DIVISION OF ENVIRONMENT
cjoseph@ag.nv.gov, rhooper@ag.nv.gov

IRA D KHARASCH on behalf of Creditor Committee THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
ikharasch@pszjlaw.com

ROBERT R. KINAS on behalf of Creditor CATERPILLAR FINANCIAL SERVICES CORPORATION
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;nunzueta@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com

JENNIFER R LLOYD on behalf of Creditor Cashman Equipment Company
JLLOYD@PEZZILLOLLOYD.COM, MMASKAS@PEZZILLOLLOYD.COM

JEANETTE E. MCPHERSON on behalf of Creditor PROMETHEUS ENERGY
bkfilings@s-mlaw.com

JASMINE K. MEHTA on behalf of Creditor STATE OF NEVADA DIVISION OF ENVIRONMENT
hcooney@ag.nv.gov

JOHN F MURTHA on behalf of Creditor NV ENERGY, INC.
jmurtha@woodburnandwedge.com

JEFFREY N. POMERANTZ on behalf of Creditor Committee THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
jpomerantz@pszjlaw.com

BRIAN D. SHAPIRO on behalf of Creditor HAYCOCK PETROLEUM COMPANY
bshapiro@brianshapirolaw.com,
ecf@brianshapirolaw.com;brianshapiroesq@yahoo.com;bshapiro@brianshapirolaw.com;candice@brianshapirolaw.com;carolyn@brianshapirolaw.com

BRIAN D. SHAPIRO on behalf of Creditor THOMAS PETROLEUM, L.L.C.
bshapiro@brianshapirolaw.com,
ecf@brianshapirolaw.com;brianshapiroesq@yahoo.com;bshapiro@brianshapirolaw.com;candice@brianshapirolaw.com;carolyn@brianshapirolaw.com

JENNIFER A. SMITH on behalf of Creditor FRANCO-NEVADA U.S. CORPORATION
cobrien@lionelsawyer.com, bklscr@lionelsawyer.com

JEFFREY R. SYLVESTER on behalf of Creditor AGGREKO, LLC
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

AMY N. TIRRE on behalf of Interested Party KAPPES CASSIDAY & ASSOCIATES
amy@amytirrelaw.com, admin@amytirrelaw.com

U.S. TRUSTEE - RN - 11
USTPRegion17.RE.ECF@usdoj.gov

RYAN J. WORKS on behalf of Creditor Q & D CONSTRUCTION, INC.
rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com,bgrubb@mcdonaldcarano.com

MATTHEW C. ZIRZOW on behalf of Attorney DICKINSON WRIGHT/ MARISCAL WEEKS
bankruptcynotices@gordonsilver.com,
susan@lzlawnv.com;anna@lzlawnv.com;carey@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Creditor REDBURN TIRE COMPANY
bankruptcynotices@gordonsilver.com,
susan@lzlawnv.com;anna@lzlawnv.com;carey@lzlawnv.com

X b.    **Via Overnight Mail** (list persons and addresses):

Sidley Austin LLP
Attn:  Michael T. Gustafson, Esq
One South Dearborn Street
Chicago, IL 60603

Maupin, Cox & LeGoy, P.C.
Attn:  Christopher D. Jaime, Esq
4785 Caughlin Parkway
Reno, NV 89519

U.S. Trustee of the District of Nevada
Attn:  Bill Cossitt, Esq
C. Clifton Young Federal Building
300 Booth Street, Room 3009
Reno, NV 89509

Milbank, Tweed, Hadley & McCloy LLP
Attn:  Dennis C. O'Donnell, Esq.
One Chase Manhattan Plaza
New York, NY 10005


        d.    **By direct email (as opposed to through the ECF System**) (list persons and email
addresses):

        I declare under penalty of perjury that the foregoing is true and correct.

        DATED this 17th day of June, 2013.

Barbara Salinas                         /s/ Barbara Salinas                         .
Name                                          Signature

# EXHIBIT 1

# EXHIBIT 1

Posted as of
06-13-2013 09:15 am



**Armstrong
Teasdale**

### 33054-1 Unsecured Creditors Committee / Rodeo Creek Gold, Inc.
### Fees 5/1/13 - 5/31/13

| Bill # | Date | Timekeeper | Hours | Amount | Narrative |
|--------|------|------------|-------|--------|-----------|
| 1660745 | 5/1/2013 | Bubala, Louis | 0.1 | 34.00 | Email with Shirley Cho re resolution of potential objection and reservation of rights re sale. |
| 1660745 | 5/1/2013 | Chubb, Janet | 0.4 | 198.00 | Review 29 pleadings, most re sale and objections (.4). |
| 1660745 | 5/1/2013 | Goolsby, Gordon | 0.1 | 25.00 | Review stipulation between Debtor and Aggreko, LLC agreeing to conditional limited relief from the automatic stay. |
| 1660745 | 5/1/2013 | Goolsby, Gordon | 0.1 | 25.00 | Review San Juan Drilling's objection and reservation of rights to debtor's sale motion. |
| 1660745 | 5/1/2013 | Goolsby, Gordon | 0.1 | 25.00 | Review amended notice of contracts and leases to be assumed and assigned to Waterton Global. |
| 1660745 | 5/1/2013 | Goolsby, Gordon | 0.1 | 25.00 | Emails with Shirley Cho re filing limited objection; emails re resolution of same. |
| 1660745 | 5/1/2013 | Goolsby, Gordon | 0.3 | 75.00 | Review debtor's brief in support of sale; review declaration for same. |
| 1660745 | 5/1/2013 | Salinas, Barbara | 0.3 | 54.00 | Review and process of multiple pleadings received from U.S. Bankruptcy Court. |
| 1660745 | 5/2/2013 | Bubala, Louis | 0.2 | 68.00 | Telephone call and email with G. Goolsby re hearings on sale, negotiations, and continuations. |
| 1660745 | 5/2/2013 | Bubala, Louis | 0.2 | 68.00 | Telephone call with G. Goolsby and meeting with J. Chubb re hearings on sale objection and participation based on travel problems at McCarran Airport. |
| 1660745 | 5/2/2013 | Bubala, Louis | 0.2 | 68.00 | Emails with court clerk re power outage and status of hearings; update staff to prepare for proceeding. |
| 1660745 | 5/2/2013 | Chubb, Janet | 1.9 | 940.50 | Attend portion of hearing on sale of property; continued to Friday (1.9). |
| 1660745 | 5/2/2013 | Goolsby, Gordon | 0.2 | 50.00 | Emails with Shirley Cho and Ira Kharasch re telephonic appearance. |
| 1660745 | 5/2/2013 | Goolsby, Gordon | 0.2 | 50.00 | Email with Shirley Cho and Ira Kharasch re continued hearing and need for setting up telephonic appearance with Court Call. |
| 1660745 | 5/2/2013 | Goolsby, Gordon | 0.4 | 100.00 | Emails and call with Jeff Pomeranz re flight delays from LAS to LAS and to discuss handling hearing agenda. |
| 1660745 | 5/2/2013 | Goolsby, Gordon | 1.6 | 400.00 | Prepare for hearing; review PSZJ, AT and BDO retention applications; review protocol motion; calls with Shirley Cho to discuss presentation at hearing. |
| 1660745 | 5/2/2013 | Goolsby, Gordon | 2.4 | 600.00 | Travel to and attend May 2 hearing; post hearing conference with Jeff Pomeranz, Tom Labuda, Dawn Cica, and Milbank counsel to discuss San Juan Drilling's objection and continued hearing. |



Posted as of
06-13-2013 09:15 am

**33054-1 Unsecured Creditors Committee / Rodeo Creek Gold, Inc.**
**Fees 5/1/13 - 5/31/13**

| Bill # | Date | Timekeeper | Hours | Amount | Narrative |
|--------|------|------------|-------|--------|-----------|
| 1660745 | 5/3/2013 | Bubala, Louis | 0.1 | 34.00 | Emails with Shirley Cho, J. Chubb and G. Goolsby re fee applications. |
| 1660745 | 5/3/2013 | Bubala, Louis | 0.2 | 68.00 | Telephone call and emails with G. Goolsby and B. Salinas re form of employment orders and submissions. |
| 1660745 | 5/3/2013 | Bubala, Louis | 0.2 | 68.00 | Call and meeting with G. Goolsby and J. Chubb re resolution of sale objections. |
| 1660745 | 5/3/2013 | Chubb, Janet | 1.9 | 940.50 | Attend continued hearing on approval of sale (1.7); communications re fee applications (.1); review one Order (.1). |
| 1660745 | 5/3/2013 | Goolsby, Gordon | 0.2 | 50.00 | Prepare and file proposed orders for retention applications. |
| 1660745 | 5/3/2013 | Goolsby, Gordon | 0.3 | 75.00 | Emails from L. Bubala, J. Chubb and Shirley Cho re timing for preparing and filing fee applications. |
| 1660745 | 5/3/2013 | Goolsby, Gordon | 0.5 | 125.00 | Review proposed orders approving retention applications; review local rule 9021. |
| 1660745 | 5/3/2013 | Goolsby, Gordon | 2.9 | 725.00 | Travel to and attend continued hearing on proposed sale order ant retention motions. |
| 1660745 | 5/3/2013 | Salinas, Barbara | 0.2 | 36.00 | Review and process of pleadings received from U.S. Bankruptcy Court. |
| 1660745 | 5/3/2013 | Salinas, Barbara | 0.3 | 54.00 | Draft Notice of Entry of Order - Application to Employ Armstrong Teasdale. |
| 1660745 | 5/3/2013 | Salinas, Barbara | 0.6 | 108.00 | Finalize and submit to Court, Order Granting Motion for Clarification; Application to Employ Pachulski; Armstrong Teasdale and BDO. |
| 1660745 | 5/6/2013 | Bubala, Louis | 0.1 | 34.00 | Emails with Shirley Cho and B. Salinas re notice of entry of orders. |
| 1660745 | 5/6/2013 | Chubb, Janet | 0.2 | 99.00 | Telephone call from Shirley Cho, Esq. re funding; let L. Bubala, Esq. and G. Goolsby, Esq. know (.2). |
| 1660745 | 5/6/2013 | Salinas, Barbara | 0.1 | 18.00 | Review and process of pleadings received from U.S. Bankruptcy Court. |
| 1660745 | 5/6/2013 | Salinas, Barbara | 1.1 | 198.00 | Prepare Notice of Entry of Order: Application to Employ Pachulski; Application to Employ BDO and Motion to Clarify. Finalize Notice of Entry of Order-Armstrong Teasdale. File all with U.S. Bankruptcy Court and mail service copies. |
| 1660745 | 5/8/2013 | Bubala, Louis | 0.1 | 34.00 | Emails with B. Salinas and G. Goolsby re effect of claims bar date. |
| 1660745 | 5/8/2013 | Chubb, Janet | 0.2 | 99.00 | Review 14 pleadings (.2). |
| 1660745 | 5/8/2013 | Goolsby, Gordon | 0.2 | 50.00 | Multiple emails with L. Bubala and B. Salinas re admin issues and claims questions. |
| 1660745 | 5/9/2013 | Bubala, Louis | 0.1 | 34.00 | Email with Shirley Cho re fee applications. |

Posted as of
06-13-2013 09:15 am

 Armstrong Teasdale

**33054-1 Unsecured Creditors Committee / Rodeo Creek Gold, Inc.**
**Fees 5/1/13 - 5/31/13**

| Bill # | Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| 1660745 | 5/10/2013 | Salinas, Barbara | 0.1 | 18.00 | Review and process of pleadings received from U.S. Bankruptcy Court. |
| 1660745 | 5/12/2013 | Bubala, Louis | 0.3 | 102.00 | Review proposed monthly fee application form and order authorizing monthly fee applications; emails with Shirley Cho, J. Chubb, G. Goolsby and B. Salinas on preparation of monthly fee application and timing of monthly application and interim application. |
| 1660745 | 5/12/2013 | Goolsby, Gordon | 0.2 | 50.00 | Emails from L. Bubala re filing fee application for AT; email from L. Bubala to Shirley Cho, J. Chubb and I. Kharasch about timing for filing fee applications. |
| 1660745 | 5/13/2013 | Bubala, Louis | 0.1 | 34.00 | Email with Shirley Cho re monthly and interim fee applications. |
| 1660745 | 5/13/2013 | Chubb, Janet | 0.1 | 49.50 | Monitor communications re fee applications (.1). |
| 1660745 | 5/13/2013 | Goolsby, Gordon | 0.1 | 25.00 | Email from Shirley Cho re filing fee application. |
| 1660745 | 5/13/2013 | Goolsby, Gordon | 0.1 | 25.00 | Emails with B. Salinas re draft of fee application. |
| 1660745 | 5/13/2013 | Salinas, Barbara | 0.4 | 72.00 | Draft Armstrong Teasdale's first monthly fee app. |
| 1660745 | 5/14/2013 | Bubala, Louis | 1.0 | 340.00 | Emails with Shirley Cho, call with US Trustee counsel, and legal research re allowance of expenses for professional fee applications. |
| 1660745 | 5/14/2013 | Salinas, Barbara | 0.1 | 18.00 | Review and process of pleadings received from U.S. Bankruptcy Court. |
| 1660745 | 5/15/2013 | Bubala, Louis | 0.1 | 34.00 | Emails with Shirley Cho and B. Salinas re preparation of fee applications and filing. |
| 1660745 | 5/16/2013 | Bubala, Louis | 0.1 | 34.00 | Telephone call with Shirley Cho and BDO's K. Matson re fee applications, travel questions, and meal questions. |
| 1660745 | 5/16/2013 | Bubala, Louis | 0.1 | 34.00 | Emails with accounting, B. Salinas, G. Goolsby and Shirley Cho re interim fee applications. |
| 1660745 | 5/16/2013 | Bubala, Louis | 0.1 | 34.00 | Meeting with J. Chubb re debtor's response to objection to CS stipulation. |
| 1660745 | 5/16/2013 | Bubala, Louis | 0.2 | 68.00 | Telephone calls and emails with debtor's counsel C. Jaime and J. Chubb re objection over stipulation on distribution of proceeds. |
| 1660745 | 5/16/2013 | Bubala, Louis | 0.2 | 68.00 | Review for possible revisions to fee applications based on questions from Shirley Cho. |
| 1660745 | 5/16/2013 | Bubala, Louis | 0.3 | 102.00 | Review and revise fee applications; emails with Shirley Cho, G. Goolsby, B. Salinas and P. Jeffries on same. |



Posted as of
06-13-2013 09:15 am

### 33054-1 Unsecured Creditors Committee / Rodeo Creek Gold, Inc.
### Fees 5/1/13 - 5/31/13

| Bill # | Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| 1660745 | 5/16/2013 | Bubala, Louis | 1.7 | 578.00 | Emails and calls with Shirley Cho, G. Goolsby and J. Chubb re revisions and filing for fee applications; direct B. Salinas on updates to filing; revise application. |
| 1660745 | 5/16/2013 | Chubb, Janet | 0.5 | 247.50 | Telephone call from Shirley Cho, Esq. and Ira Kharasch, Esq., and to G. Goolsby, Esq., all re filing Opposition to Stipulation re DIP limit (.2); review Pachulski monthly statement and telephone call from Christopher Jaime, Esq. re hearing before Judge Nakagawa May 17, 2013; review his later email (.3). |
| 1660745 | 5/16/2013 | Goolsby, Gordon | 0.3 | 75.00 | Call with Shirley Cho re dispute with the revised stipulation filed by Debtor; possible need for objection or hearing; emails re same. |
| 1660745 | 5/16/2013 | Goolsby, Gordon | 0.3 | 75.00 | Review PSZJ and BDO fee applications. |
| 1660745 | 5/16/2013 | Goolsby, Gordon | 0.4 | 100.00 | Multiple emails with B. Salinas and AT accounting dept. re preparing AT fee application for filing; emails with B. Salinas re preparing PSZJ and BDO fee applications for filing. |
| 1660745 | 5/16/2013 | Goolsby, Gordon | 0.4 | 100.00 | Review AT's fees in preparation for drafting fee application. |
| 1660745 | 5/16/2013 | Goolsby, Gordon | 0.8 | 200.00 | Draft fee application for AT. |
| 1660745 | 5/16/2013 | Goolsby, Gordon | 0.8 | 200.00 | Multiple emails with Shirley Cho and L. Bubala re preparing and filing fee applications for BDO, PSZJ and AT; calls with L. Bubala re same. |
| 1660745 | 5/16/2013 | Salinas, Barbara | 0.1 | 18.00 | Review and process of pleadings received from U.S. Bankruptcy Court. |
| 1660745 | 5/16/2013 | Salinas, Barbara | 0.9 | 162.00 | Finalize; file and serve Pachulski and BDO's fee applications. |
| 1660745 | 5/17/2013 | Salinas, Barbara | 0.3 | 54.00 | Review and process of pleadings received from U.S. Bankruptcy Court. |
| 1660745 | 5/17/2013 | Salinas, Barbara | 0.6 | 108.00 | Finalize; file and serve AT's interim fee application. |
| 1660745 | 5/21/2013 | Salinas, Barbara | 0.1 | 18.00 | Review and process of pleadings received from U.S. Bankruptcy Court. |
| 1660745 | 5/23/2013 | Bubala, Louis | 0.2 | 68.00 | REDACTED |
| 1660745 | 5/24/2013 | Salinas, Barbara | 0.1 | 18.00 | Review and process of pleadings received from U.S. Bankruptcy Court. |
| 1660745 | 5/27/2013 | Chubb, Janet | 0.2 | 99.00 | Review 12 pleadings (.2). |
| 1660745 | 5/29/2013 | Salinas, Barbara | 0.1 | 18.00 | Review and process of pleadings received from U.S. Bankruptcy Court. |

 Armstrong Teasdale

Posted as of
06-13-2013 09:15 am

### 33054-1 Unsecured Creditors Committee / Rodeo Creek Gold, Inc.
### Fees 5/1/13 - 5/31/13

| Bill # | Date | Timekeeper | Hours | Amount | Narrative |
|--------|------|-----------|-------|--------|-----------|
| 1660745 | 5/31/2013 | Bubala, Louis | 0.2 | 68.00 | Review calendar for hearings next week; direct G. Goolsby to followup on scheduling of hearings and coverage. |
| 1660745 | 5/31/2013 | Goolsby, Gordon | 0.1 | 25.00 | Email from L. Bubala re notice procedure for AT's monthly fee application. |
| | | | **30.0** | **8,994.00** | **Fees Incurred 5/1/2013 - 5/31/2103** |