Jeffrey N. Pomerantz (CA Bar No. 143717)
Ira D. Kharasch (CA Bar No. 109084)
Shirley S. Cho (CA Bar No. 192616)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., Suite 1300
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jpomerantz@pszjlaw.com
       ikharasch@pszjlaw.com
       scho@pszjlaw.com

Janet L. Chubb (NV Bar No. 176)
Louis M. Bubala III (NV Bar No. 8974)
Gordon R. Goolsby (NV Bar No. 11578)
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Pkwy., Ste. 200
Las Vegas, NV 89169
Telephone: 702/678-5070
Facsimile: 702/878-9995
Email: jchubb@armstrongteasdale.com
       lbubala@armstrongteasdale.com
       ggoolsby@armstrongteasdale.com

Counsel for the Official Committee of
Unsecured Creditors

Counsel for the Official Committee of Unsecured Creditors

David E. Berliner
BDO CONSULTING, a Division of
BDO USA, LLP
100 Park Avenue, 9th Floor
New York, NY 10017
Telephone Number: (212) 885-8000
Facsimile Number: (212) 697-1299
dberliner@bdo.com

Financial Advisor to Official Committee of
Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No.: 13-50301-MKN |
| RODEO CREEK GOLD, INC., | Chapter 11 |
| ☐ Affects this Debtor<br>☑ Affects all Debtors<br>☐ Affects Antler Peak Gold Inc.<br>☐ Affects Hollister Venture Corporation<br>☐ Affects Touchstone Resources Company | **MONTHLY INTERIM FEE AND EXPENSE STATEMENT OF BDO CONSULTING, A DIVISION OF BDO USA, LLP, FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF MAY 1, 2013 THROUGH MAY 31, 2013** |
| Debtors. | |

Hearing Date: To be determined
Time: To be determined
Judge: Robert Kwan

**TO: THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTORS AND THEIR COUNSEL, AND PARTIES-IN-INTEREST:**

In accordance with the monthly interim fees and expenses statement for the period of May 1, 2013 through May 31, 2013 (the "Fee Statement"), BDO Consulting, a division of BDO USA, LLP (together with its wholly owned subsidiaries[1], agents, independent contractors and employees, "BDO[2]") respectfully represents:

1. BDO submits this Monthly Statement pursuant to and in accordance with the *Order (Amended) Pursuant to 11 U.S.C. §§ 105(a) and 331, and Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Dkt No. 470] entered May 3, 2013 (the "Interim Compensation Order"[3]) for the purpose of being authorized to receive payment of compensation for services rendered and reimbursement of expenses incurred as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") during the period commencing May 1, 2013 through May 31, 2013 (the "Statement Period").

As set forth in Exhibit 1 hereto, BDO incurred professional fees of $11,564.00 and expenses in the amount of $17.70 during the Statement Period.

2. In accordance with the methodology set forth in the Interim Compensation Order, BDO seeks allowance and payment of interim compensation for fees incurred during the Statement

---

[1] Per the *Order Granting Application of Official Committee of Unsecured Creditors to Employ BDO Consulting, a Division nof BDO USA, LLP, as its Financial Advisor Nunc Pro Tunc to March 13, 2013* ("BDO Retention Order") [Docket No. 472], BDO has utilized David Burns of BDO Capital Corporate Advisors, LLC ("BDO Capital"), BDO's wholly owned FINRA licensed investment bank, in the limited role of overseeing the Debtors' sale process and providing advisory services to the Committee.

[2] BDO is the U.S. member firm of BDO International Limited. BDO International Limited is an organization comprised of member firms that have standardized policies, procedures and quality control but do not share profits and are not legally connected such as a partnership. For this matter, BDO utilized Blair Davidson of BDO Canada Limited ("BDO Canada"), to assist with financial advisory services on a limited basis. BDO Canada is a wholly owned subsidiary of BDO Canada LLP. BDO Canada LLP, a Canadian limited liability partnership, is a member firm of BDO International Limited, a UK company limited by guarantee, and forms part of the international BDO network of independent member firms.

[3] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Interim Compensation Order.

Period in the amount of $9,251.20, representing 80% of the $11,564.00 total fees for services rendered, plus $17.70, representing 100% of the expenses incurred during the Statement Period for a total award of $9,268.90.

3. Attached hereto as <u>Exhibit 1</u> is a detailed list of all services rendered and expenses incurred by BDO during the Statement Period. This list is maintained in the ordinary course of BDO's practice and includes a detailed list of all time for which compensation is sought, including the date the services were rendered, the person performing the services, the hourly billing rate of each individual, the nature of the services performed and the time spent on each service. Fed. R. Bankr. P. 2016(a). This Fee Statement was prepared in accordance with the Interim Compensation Order.

4. BDO diligently worked to coordinate and facilitate the efficient prosecution of the matters for which it is employed. BDO reviews all client billing for reasonableness and makes adjustments so that the charges are consistent with the values of the services provided when deemed appropriate to do so. BDO has charged its standard hourly rates for services rendered for which compensation is sought in this Application.

5. Pursuant to the Interim Compensation Order, BDO has served a copy of this Statement via overnight mail on the following parties (the "<u>Notice Parties</u>"):

- Sidley Austin LLP, One South Dearborn Street, Chicago, IL 60603, Attn: Michael T. Gustafson, Esq.;

- Maupin, Cox & LeGoy, P.C., 4785 Caughlin Parkway, Reno, NV 89519, Attn: Christopher D. Jaime, Esq.;

- U.S. Trustee of the District of Nevada, C. Clifton Young Federal Building, 300 Booth Street, Room 3009, Reno, NV 89509, Attn: Bill Cossitt, Esq.; and

- Milbank, Tweed, Hadley & McCloy LLP, One Chase Manhattan Plaza, New York, NY 10005, Attn: Dennis C. O'Donnell, Esq.

6. Pursuant to the Interim Compensation Order, Notice Parties shall have ten (10) days after this Monthly Statement is served (the "<u>Objection Period</u>") to file with the court and serve upon

BDO and each of the other Notice Parties a written objection (an "<u>Objection</u>") setting forth the precise nature of the objection and the amount at issue.

7. If no Notice Party serves an Objection within the Objection Period with respect to a Monthly Statement, or if a Notice Party has timely served an Objection during the Objection Period, but the objection asserted herein pertains only to a portion of the fees and expenses requested under the Monthly Statement, the Debtor shall promptly pay eighty percent (80%) of the undisputed fees and one hundred percent (100%) of the undisputed expenses requested in such Monthly Statement. If any Notice Party objects to the Fee Statement by serving an Objection, and such Objection is unable to be resolved consensually between the Professional and the Notice Party, the affected Professional may either (i) file a request with the Court for payment of the difference between the Maximum Monthly Payment and the Actual Monthly Payment made to the affected Professional (the "<u>Incremental Amount</u>") of (ii) forego payment of the Incremental Amount until the next interim or final fee application hearing, at which time the Court will consider and dispose of the objection if requested by the parties.

8. BDO acknowledges that the interim payment of compensation and reimbursement of expenses sought in this Monthly Statement does not constitute a request for final allowance of such compensation and reimbursement of expenses. At the conclusion of this case, BDO will seek final allowance of the compensation charged and expenses incurred for the entire case, and any interim fees or expenses received during the course of the case will be credited against such finally allowed fees and expenses.

9. There is no arrangement between BDO and any other entity for the sharing of compensation to be received in connection with this case, except insofar as such compensation may be shared among the partners and associates of BDO, and passed through to BDO Canada as disclosed herein and as approved by this Court under the terms of BDO's retention.

[SIGNATURE ON NEXT PAGE]

Dated: June 12th, 2013                BDO CONSULTING, A DIVISION OF BDO USA, LLP

*[signature]*
David E. Berliner
BDO CONSULTING, a Division of BDO USA, LLP
100 Park Avenue, 9th Floor
New York, NY 10017
Telephone Number: (212) 885-8000
Facsimile Number: (212) 697-1299
dberliner@bdo.com

Financial Advisor to Official Committee of Unsecured Creditors

**CERTIFICATE OF SERVICE**

1. **On June 17, 2013**, I served the following document(s):

MONTHLY INTERIM FEE AND EXPENSE STATEMENT OF BDO CONSULTING, A DIVISION OF BDO USA, LLP, FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF MAY 1, 2013 THROUGH MAY 31, 2013, WITH CERTIFICATE OF SERVICE

2. I served the above-named document(s) by the following means to the persons as listed below:

☒ **ECF System** (attach the "Notice of Electronic Filing" or list all persons and addresses):

GREG ADDINGTON on behalf of Creditor UNITED STATES
greg.addington@usdoj.gov

RYAN A. ANDERSEN on behalf of Creditor FRANCO-NEVADA U.S. CORPORATION
RANDERSEN@LIONELSAWYER.COM,
bklsclv@lionelsawyer.com;kwallace@lionelsawyer.com

SALLIE B ARMSTRONG on behalf of Creditor CREDIT SUISSE AG
sarmstrong@downeybrand.com, reno@downeybrand.com

BRETT A. AXELROD on behalf of Interested Party THE AD HOC CONSORTIUM OF HOLDERS OF GREAT BASIN GOLD LTD 8.0% CONVERTIBLE DEBENTURES
baxelrod@foxrothschild.com, pkois@foxrothschild.com;ldupree@foxrothschild.com

WILLIAM R. BALDIGA on behalf of Interested Party THE AD HOC CONSORTIUM OF HOLDERS OF GREAT BASIN GOLD LTD 8.0% CONVERTIBLE DEBENTURES
wbaldiga@brownrudnick.com,
cennis@brownrudnick.com;jconte@brownrudnick.com;jstorz@brownrudnick.com

JEDEDIAH R. BODGER on behalf of Creditor STATE OF NEVADA DEPARTMENT OF TAXATION
jbodger@ag.nv.gov, mcwilson@ag.nv.gov

LOUIS M. BUBALA, III on behalf of Creditor Committee THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
lbubala@armstrongteasdale.com, bsalinas@armstrongteasdale.com

M. KATIE BURGESS on behalf of Creditor UNITED STATES
burgess.katie@pbgc.gov

D. ROB BURRIS on behalf of Creditor HANLON ENGINEERING & ARCHITECTURE, INC.
rburris@mmgm-law.com

SHIRLEY S. CHO on behalf of Creditor Committee THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
scho@pszjlaw.com

DAWN M. CICA on behalf of Creditor SAN JUAN DRILLING INC.
dcica@lrlaw.com, mschoeni@lrlaw.com;bankruptcynotices@lrlaw.com;sgrata@lrlaw.com

LAUREL E. DAVIS on behalf of Creditor SANDVIK MINING AND CONSTRUCTION USA, LLC.
ldavis@fclaw.com, mhurtado@fclaw.com

J CRAIG DEMETRAS on behalf of Creditor FINLEY RIVER, LLC
mail@demetras-oneill.com, jar@demetras-oneill.com;mdh@demetras-oneill.com

J CRAIG DEMETRAS on behalf of Creditor HI-TECH EXPLORATION, LTD
mail@demetras-oneill.com, jar@demetras-oneill.com;mdh@demetras-oneill.com

J CRAIG DEMETRAS on behalf of Creditor HILLCREST MINING COMPANY, LLC
mail@demetras-oneill.com, jar@demetras-oneill.com;mdh@demetras-oneill.com

JEFFREY A DICKERSON on behalf of Plaintiff CARLOS M BRAUN
jeff@gbis.com

CARLOS A. GONZALEZ on behalf of Creditor UNITED STATES
carlos.gonzalez2@usdoj.gov,
Darlene.Ruckard@usdoj.gov,Mary.Booker@usdoj.gov,doriayn.olivarra@usdoj.gov,sue.knight@usdoj.gov,

REW R. GOODENOW on behalf of Interested Party WATERTON NEVADA HOLDINGS, LLC
ecf@parsonsbehle.com

GORDON R. GOOLSBY on behalf of Creditor Committee THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
ggoolsby@armstrongteasdale.com, bsalinas@armstrongteasdale.com

JOHN H. GUTKE on behalf of Interested Party THE AD HOC CONSORTIUM OF HOLDERS OF GREAT BASIN GOLD LTD 8.0% CONVERTIBLE DEBENTURES
jgutke@foxrothschild.com,
kthompson@foxrothschild.com;mmetoyer@foxrothschild.com;amwilson@foxrothschild.com

CHRISTOPHER D JAIME on behalf of Debtor ANTLER PEAK GOLD INC.
cjaime@mclrenolaw.com, kbernhardt@mclrenolaw.com

CHRISTOPHER D JAIME on behalf of Debtor HOLLISTER VENTURE CORP.
cjaime@mclrenolaw.com, kbernhardt@mclrenolaw.com

CHRISTOPHER D JAIME on behalf of Debtor RODEO CREEK GOLD INC.
cjaime@mclrenolaw.com, kbernhardt@mclrenolaw.com

CHRISTOPHER D JAIME on behalf of Debtor TOUCHSTONE RESOURCES COMPANY
cjaime@mclrenolaw.com, kbernhardt@mclrenolaw.com

| | |
|---|---|
| 1 | CASSANDRA P. JOSEPH on behalf of Creditor STATE OF NEVADA DIVISION OF ENVIRONMENT |
| 2 | cjoseph@ag.nv.gov, rhooper@ag.nv.gov |
| 3 | IRA D KHARASCH on behalf of Creditor Committee THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS |
| 4 | ikharasch@pszjlaw.com |
| 5 | |
| 6 | ROBERT R. KINAS on behalf of Creditor CATERPILLAR FINANCIAL SERVICES CORPORATION |
| 7 | rkinas@swlaw.com, jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;nunzueta@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com |
| 8 | |
| 9 | JENNIFER R LLOYD on behalf of Creditor Cashman Equipment Company JLLOYD@PEZZILLOLLOYD.COM, MMASKAS@PEZZILLOLLOYD.COM |
| 10 | |
| 11 | JEANETTE E. MCPHERSON on behalf of Creditor PROMETHEUS ENERGY bkfilings@s-mlaw.com |
| 12 | JASMINE K. MEHTA on behalf of Creditor STATE OF NEVADA DIVISION OF ENVIRONMENT |
| 13 | hcooney@ag.nv.gov |
| 14 | |
| 15 | JOHN F MURTHA on behalf of Creditor NV ENERGY, INC. jmurtha@woodburnandwedge.com |
| 16 | JEFFREY N. POMERANTZ on behalf of Creditor Committee THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS |
| 17 | jpomerantz@pszjlaw.com |
| 18 | BRIAN D. SHAPIRO on behalf of Creditor HAYCOCK PETROLEUM COMPANY |
| 19 | bshapiro@brianshapirolaw.com, ecf@brianshapirolaw.com;brianshapiroesq@yahoo.com;bshapiro@brianshapirolaw.com;candice@brianshapirolaw.com;carolyn@brianshapirolaw.com |
| 20 | |
| 21 | BRIAN D. SHAPIRO on behalf of Creditor THOMAS PETROLEUM, L.L.C. |
| 22 | bshapiro@brianshapirolaw.com, ecf@brianshapirolaw.com;brianshapiroesq@yahoo.com;bshapiro@brianshapirolaw.com;candice@brianshapirolaw.com;carolyn@brianshapirolaw.com |
| 23 | |
| 24 | JENNIFER A. SMITH on behalf of Creditor FRANCO-NEVADA U.S. CORPORATION cobrien@lionelsawyer.com, bklscr@lionelsawyer.com |
| 25 | |
| 26 | JEFFREY R. SYLVESTER on behalf of Creditor AGGREKO, LLC jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com |
| 27 | AMY N. TIRRE on behalf of Interested Party KAPPES CASSIDAY & ASSOCIATES |
| 28 | amy@amytirrelaw.com, admin@amytirrelaw.com |

U.S. TRUSTEE - RN - 11
USTPRegion17.RE.ECF@usdoj.gov

RYAN J. WORKS on behalf of Creditor Q & D CONSTRUCTION, INC.
rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com,bgrubb@mcdonaldcarano.com

MATTHEW C. ZIRZOW on behalf of Attorney DICKINSON WRIGHT/ MARISCAL WEEKS
bankruptcynotices@gordonsilver.com,
susan@lzlawnv.com;anna@lzlawnv.com;carey@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Creditor REDBURN TIRE COMPANY
bankruptcynotices@gordonsilver.com,
susan@lzlawnv.com;anna@lzlawnv.com;carey@lzlawnv.com

X b.    **Via Overnight Mail** (list persons and addresses):

Sidley Austin LLP
Attn:  Michael T. Gustafson, Esq
One South Dearborn Street
Chicago, IL 60603

Maupin, Cox & LeGoy, P.C.
Attn:  Christopher D. Jaime, Esq
4785 Caughlin Parkway
Reno, NV 89519

U.S. Trustee of the District of Nevada
Attn:  Bill Cossitt, Esq
C. Clifton Young Federal Building
300 Booth Street, Room 3009
Reno, NV 89509

Milbank, Tweed, Hadley & McCloy LLP
Attn:  Dennis C. O'Donnell, Esq.
One Chase Manhattan Plaza
New York, NY 10005

    d.    **By direct email (as opposed to through the ECF System**) (list persons and email addresses):

    I declare under penalty of perjury that the foregoing is true and correct.

    DATED this 17th day of June, 2013.

Barbara Salinas                /s/ Barbara Salinas              .
Name                                          Signature

# EXHIBIT 1

# EXHIBIT 1

## RODEO CREEK GOLD, INC.
### Time Summary
May 1, 2013 to May 31, 2013

| Initials | Professional | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| W.C. | WILLIAM K CREELMAN | MANAGING DIRECTOR | 4.5 | 650.00 | $2,925.00 |
| K.M. | KATE MATSON | DIRECTOR | 10.0 | 425.00 | 4,250.00 |
| J.F. | JASON M FRIEDMAN | SENIOR | 1.4 | 265.00 | 371.00 |
| N.V. | NAUSHON E VANDERHOOP | SENIOR | 8.3 | 200.00 | 1,660.00 |
| R.W | RONALD D WEISS | STAFF | 11.6 | 180.00 | 2,088.00 |
| M.G. | MIGDALIA GOMEZ | PARA-PROF. | 1.8 | 150.00 | 270.00 |
| | | **TOTAL:** | **37.6** | | **$11,564.00** |

### Summary By Project Category
May 1, 2013 to May 31, 2013

| | Project Category | HOURS | AMOUNT |
|---|---|---|---|
| A. | MEETINGS WITH CREDITORS | 2.1 | $1,207.50 |
| B. | BUSINESS ANALYSIS | 4.1 | 1,553.00 |
| C. | 13 WEEK CASH FORECAST/DIP ANALYSIS | 15.1 | 3,946.00 |
| D. | COUNSEL DISCUSSIONS & COURT HEARINGS | 2.7 | 1,237.50 |
| E. | FEE APPLICATIONS / MONTHLY STATEMENTS | 13.6 | 3,620.00 |
| | **TOTAL:** | **37.6** | **$11,564.00** |

# RODEO CREEK GOLD, INC.

## RECAP OF PROFESSIONAL SERVICES
### May 1, 2013 to May 31, 2013

### A. MEETINGS WITH CREDITORS

| Date | Name | Description | Time |
|---|---|---|---|
| 5/14/2013 | W.C. | Conference call with J. Pomerantz, S. Cho, K. Matson, L. York, I. Kharasch and T. Vasseur to receive update on case status, developed strategy and plan next steps. | 0.7 |
| 5/28/2013 | K.M. | Call with PBGC and W. Creelman to answer questions relating to sale, claims and potential recoveries. | 0.7 |
| 5/28/2013 | W.C. | Phone call with G. Martinez of PBGC and K. Matson to answer questions about the structure of the POR as it relates to recoveries to unsecured creditors. | 0.7 |
| | | **TOTAL:** | **2.1** |

### INDIVIDUAL TOTALS

| Name | Hour | Rate | Compensation |
|---|---|---|---|
| W. CREELMAN (W.C.) | 1.4 | 650.00 | 910.00 |
| K. MATSON (K.M.) | 0.7 | 425.00 | 297.50 |
| **TOTAL:** | **2.1** | | **1,207.50** |

**RODEO CREEK GOLD, INC.**

**RECAP OF PROFESSIONAL SERVICES**
**May 1, 2013 to May 31, 2013**

### B. BUSINESS ANALYSIS

| Date | Name | Description | Time |
|---|---|---|---|
| 5/1/2013 | R.W. | Prepared schedule of all estimated admin and priority claims as of May 31 and Prepared a BDO range to determine a more exact figure for what these claims total. | 1.2 |
| 5/1/2013 | W.C. | Further analyze liquidity position of the Debtor with focus on administrative claims. | 0.7 |
| 5/3/2013 | R.W. | Analyzed documents on docket to determine if BDO employment application had been approved and for other significant filings. | 0.4 |
| 5/6/2013 | K.M. | Reviewed changes to report to Committee and provided to Counsel. | 0.6 |
| 5/10/2013 | K.M. | Call with W. Creelman to discuss case status and strategy. | 0.3 |
| 5/14/2013 | K.M. | Discussed case strategy with W. Creelman. | 0.2 |
| 5/15/2013 | W.C. | Read and responded to update email from J. Pomerantz regarding status of closing and related issues. | 0.2 |
| 5/23/2013 | K.M. | Analyzed questions received from PBGC and researched responses to discuss with W. Creelman. | 0.5 |
| | | **TOTAL:** | **4.1** |

### INDIVIDUAL TOTALS

| Name | Hour | Rate | Compensation |
|---|---|---|---|
| W. CREELMAN (W.C.) | 0.9 | 650.00 | 585.00 |
| K. MATSON (K.M.) | 1.6 | 425.00 | 680.00 |
| R. WEISS (R.W.) | 1.6 | 180.00 | 288.00 |
| **TOTAL:** | **4.1** | | **1,553.00** |

**RODEO CREEK GOLD, INC.**

**RECAP OF PROFESSIONAL SERVICES**
**May 1, 2013 to May 31, 2013**

### C.      13 WEEK CASH FORECAST/DIP ANALYSIS

| Date | Name | Description | Time |
|---|---|---|---|
| 5/1/2013 | J.F. | Reviewed variance report for the week ended April 26. | 0.4 |
| 5/1/2013 | J.F. | Prepared questions for counsel re: variance report and MOR. | 0.4 |
| 5/1/2013 | K.M. | Reviewed budget to actual report and provided comments. | 0.3 |
| 5/1/2013 | R.W. | Prepared budget to actual report in comparison with the Original Budget for the week ended April 25. | 0.8 |
| 5/1/2013 | R.W. | Prepared budget to actual report in comparison with the Revised Forecast as of April 18 for the week ended April 25. | 1.1 |
| 5/1/2013 | R.W. | Prepared forecast variance and budget to actual report for the week ended April 25 with notes relating to budget to actual reports. | 1.6 |
| 5/1/2013 | R.W. | Prepared budget to actual report in comparison with the Original Budget for the 6 weeks ended April 25. | 0.5 |
| 5/1/2013 | W.C. | Analyzed latest variance report provided by Debtor. | 0.3 |
| 5/2/2013 | W.C. | Analyzed latest cash forecast provided by the Debtor. | 0.5 |
| 5/3/2013 | R.W. | Prepared key highlights for forecast variance report to the UCC. | 1.3 |
| 5/3/2013 | R.W. | Prepared comparison of forecast provided by A&M on April 25th to the forecast provided on May 2nd. | 0.6 |

# RODEO CREEK GOLD, INC.

## RECAP OF PROFESSIONAL SERVICES
## May 1, 2013 to May 31, 2013

### C. 13 WEEK CASH FORECAST/DIP ANALYSIS

| Date | Name | Description | Time |
|---|---|---|---|
| 5/4/2013 | K.M. | Analyzed latest forecast provided by Debtors. | 0.4 |
| 5/6/2013 | R.W. | Analyzed the forecast provided May 2nd and the first monthly fee application of A&M to determine how much has been to A&M to date and what is expected to be paid by closing. | 0.7 |
| 5/6/2013 | R.W. | Prepared finalized version of Forecast Variance report to the UCC. | 0.8 |
| 5/8/2013 | J.F. | Reviewed variance report. | 0.4 |
| 5/8/2013 | K.M. | Reviewed comments from R. Weiss regarding actual results received from Debtors. | 0.1 |
| 5/8/2013 | R.W. | Analyzed the actual report for the week ended May 3rd to summarize any variances from the prior week forecast. | 0.7 |
| 5/8/2013 | R.W. | Revised summary for budget to actual to condense into short summary for Pachulski. | 0.3 |
| 5/9/2013 | J.F. | Reviewed update from R. Weiss re: revised forecast. | 0.2 |
| 5/9/2013 | R.W. | Prepared forecast comparison schedule for the forecast provided May 9th to the forecast provided May 2. | 0.4 |
| 5/9/2013 | R.W. | Prepared summary of variances between the two most recent forecasts for the report to the UCC. | 0.5 |

**RODEO CREEK GOLD, INC.**

**RECAP OF PROFESSIONAL SERVICES**
**May 1, 2013 to May 31, 2013**

### C.    13 WEEK CASH FORECAST/DIP ANALYSIS

| Date | Name | Description | Time |
|---|---|---|---|
| 5/15/2013 | R.W. | Analyzed budget to actual report to determine variances and Prepared summary for counsel. | 0.7 |
| 5/16/2013 | K.M. | Reviewed updated forecast information received from Debtors and reviewed summary prepared by R. Weiss. | 2.0 |
| 5/16/2013 | W.C. | Read and responded to update email from J. Pomerantz regarding status of closing and related issues. | 0.1 |
| | | **TOTAL:** | **15.1** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|---|---|---|---|
| W. CREELMAN (W.C.) | 0.9 | 650.00 | 585.00 |
| K. MATSON (K.M.) | 2.8 | 425.00 | 1,190.00 |
| J. FRIEDMAN (J.F.) | 1.4 | 265.00 | 371.00 |
| R. WEISS (R.W.) | 10.0 | 180.00 | 1,800.00 |
| **TOTAL:** | **15.1** | | **3,946.00** |

## RODEO CREEK GOLD, INC.

### RECAP OF PROFESSIONAL SERVICES
### May 1, 2013 to May 31, 2013

**D.    COUNSEL DISCUSSIONS & COURT HEARINGS**

| Date | Name | Description | Time |
|---|---|---|---|
| 5/1/2013 | W.C. | Phone call with S. Cho to receive update on progress of sale hearing, developed case strategy and next steps. | 0.3 |
| 5/3/2013 | K.M. | Corresponded with Counsel (S. Cho) regarding status of sale hearing. | 0.3 |
| 5/3/2013 | W.C. | Corresponded with S. Cho regarding status of sale hearing. | 0.1 |
| 5/9/2013 | K.M. | Prepared email to Counsel to update on case forecast and budget to actual results. | 0.5 |
| 5/13/2013 | K.M. | Prepared email to Counsel to update on case forecast and budget to actual results. | 0.3 |
| 5/14/2013 | K.M. | Prepared for and participated in call with Counsel (S. Cho, J. Pomerantz) and Committee to discuss next steps. | 1.0 |
| 5/20/2013 | K.M. | Call with S. Cho to discuss case status. | 0.2 |
| | | **TOTAL:** | **2.7** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|---|---|---|---|
| W. CREELMAN (W.C.) | 0.4 | 650.00 | 260.00 |
| K. MATSON (K.M.) | 2.3 | 425.00 | 977.50 |
| **TOTAL:** | **2.7** | | **1,237.50** |

**RODEO CREEK GOLD, INC.**

**RECAP OF PROFESSIONAL SERVICES**
**May 1, 2013 to May 31, 2013**

### E.   FEE APPLICATIONS / MONTHLY STATEMENTS

| Date | Name | Description | Time |
|---|---|---|---|
| 5/2/2013 | K.M. | Reviewed fee application and provided comments. | 0.6 |
| 5/2/2013 | M.G. | Prepared monthly data in preparation of monthly statement. | 0.6 |
| 5/14/2013 | N.V. | Prepared first monthly statement for period ending April 30, 2013. | 0.6 |
| 5/15/2013 | K.M. | Reviewed interim fee application and provided changes and comments. | 2.0 |
| 5/15/2013 | M.G. | Prepared monthly data in preparation of monthly statement. | 1.2 |
| 5/15/2013 | N.V. | Updated Exhibit 1 of first monthly statement for period ending April 30, 2013. | 2.5 |
| 5/15/2013 | N.V. | Updated first monthly statement for period ending April 30, 2013. | 0.3 |
| 5/16/2013 | N.V. | Updated first monthly statement for period ending April 30, 2013. | 3.7 |
| 5/16/2013 | W.C. | Analyzed and supplemented first interim fee application. | 0.9 |
| 5/30/2013 | N.V. | Prepared draft of final application. | 1.2 |
| | | **TOTAL:** | **13.6** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|---|---|---|---|
| W. CREELMAN (W.C.) | 0.9 | 650.00 | 585.00 |
| K. MATSON (K.M.) | 2.6 | 425.00 | 1,105.00 |
| N. VANDERHOOP (N.V.) | 8.3 | 200.00 | 1,660.00 |
| M. GOMEZ (M.G.) | 1.8 | 150.00 | 270.00 |
| **TOTAL:** | **13.6** | | **3,620.00** |

# RODEO CREEK GOLD, INC.
Schedule of Expenses
May 1, 2013 through May 31, 2013

1.     PHOTOCOPYING
    a. Internal
    b. External

2.     TELECOMMUNICATIONS
    a. Toll Charges
    b. Facsimile
    c. Out-of-State toll charges

3.     COURIER, FRIEGHT AND POSTAL SERVICES
    *For overnight and hand delivery to Counsel and Committee members*

4.     COURT REPORTER AND TRANSCRIPTS

5.     TECHNOLOGY SERVICES

6.     OUT-OF-TOWN TRAVEL
    a. Transportation
    b. Lodging
    c. Meals

7.     OUTSIDE SERVICES – Pacer Service Center: 01/01/13 – 03/31/13)      $17.70

8.     LOCAL MEALS

9.     LOCAL TRANSPORTATION, TOLLS, MILEAGE AND PARKING – for cabs to/from meetings, car service *for employees working after 8:00 p.m. and local mileage using personal auto*

10.    MISCELLANEOUS

    **TOTAL**      **$17.70**

Exhibit 1

| Transaction Date | Accounting Date | Name | Description | Billable Expenses | Notes |
|---|---|---|---|---|---|
| 05/08/2013 | 05/13/2013 | Pacer Services | Outside Services | $17.70 | Pacer Service Center: (01/01/13 – 03/31/13) |
| | | | **Total** | **$17.70** | |