| | |
|---|---|
| Jessica C.K. Boelter (IL SBN 6277801) | Donald A. Lattin (NV SBN 693) |
| Thomas A. Labuda, Jr. (IL SBN 6225401) | Christopher D. Jaime (NV SBN 4640) |
| Matthew E. Linder (IL SBN 6309552) | MAUPIN, COX & LEGOY, P.C. |
| SIDLEY AUSTIN LLP | 4785 Caughlin Parkway |
| One South Dearborn Street | Reno, Nevada 89519 |
| Chicago, Illinois 60603 | Telephone: (775) 827-2000 |
| Telephone: (312) 853-7000 | Facsimile: (775) 827-2185 |
| Facsimile: (312) 853-7036 | dlattin@mclrenolaw.com |
| | cjaime@mclrenolaw.com |
| Counsel for Debtors and Debtors in Possession | Nevada Counsel for Debtors and Debtors in Possession |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. BK-13-50301(MKN) |
| RODEO CREEK GOLD INC. | Jointly Administered |
| ☐ Affects this Debtor<br>☒ Affects all Debtors<br>☐ Affects Antler Peak Gold Inc.<br>☐ Affects Hollister Venture Corporation<br>☐ Affects Touchstone Resources Company | **STIPULATION BETWEEN THE DEBTORS AND THE AD HOC CONSORTIUM OF HOLDERS OF GREAT BASIN GOLD LTD 8.0% CONVERTIBLE DEBENTURES REGARDING RESPONSE DEADLINE FOR THE DEBTORS' MOTION TO DISMISS CHAPTER 11 CASES AND GRANTING RELATED RELIEF**<br><br>Hearing Date: July 11, 2013<br>Time: 1:30 p.m. (PT)<br>Place: 300 Las Vegas Blvd. So.<br>Las Vegas, NV 89101<br><br>**Ref. Docket No. 541** |

Rodeo Creek Gold Inc. ("Rodeo Creek") and its affiliated debtors and debtors in possession (each a "Debtor" and collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases") and the Ad Hoc Consortium of Holders of Great Basin Gold Ltd 8.0% Convertible Debentures (the "Ad Hoc Consortium"), through their respective undersigned counsel, hereby stipulate and agree as follows (this "Stipulation") in accordance with the following recitals:

## RECITALS

A. On February 25, 2013, the Debtors commenced these Chapter 11 Cases by each filing a voluntary petition under chapter 11 of the United States Bankruptcy Code.

B. On June 12, 2013, the Debtors filed the *Motion to Dismiss Chapter 11 Cases and Granting Related Relief* [Docket No. 541] (the "Motion").

C. On the same day, the Debtors filed the *Notice of Hearing on Motion to Dismiss Chapter 11 Cases and Granting Related Relief* [Docket No. 546] (the "Notice of Hearing"). The Notice of Hearing provided that the hearing on the Motion is scheduled for July 11, 2013 at 1:30 p.m. and that, in accordance with Local Rule 9014, any opposition or other response to the Motion must be filed "no later than June 27, 2013 (which is the date which is 14 days preceding the hearing date on the Motion)."

## SCHEDULING STIPULATION

**NOW, THEREFORE, IT IS HEREBY STIPULATED** as follows:

1. The deadline by which the Ad Hoc Consortium may object or otherwise respond to the Motion is extended to and including July 3, 2013.

2. The deadline by which the Debtors may reply to any filed objection or response is extended to and including July 10, 2013.

*[Signature Page Follows]*

| | | |
|---|---|---|
| 1 | Dated: June 28, 2013 | MAUPIN, COX & LEGOY, P.C. |

By: */s/  Christopher D. Jaime*
Donald A. Lattin, NV State Bar #4640
Christopher D. Jaime, NV State Bar #693
4785 Caughlin Parkway
Reno, Nevada 89519
Telephone:  (775) 827-2000
Facsimile:  (775) 827-2185
dlattin@mclrenolaw.com
cjaime@mclrenolaw.com

Nevada Counsel for Debtors
and Debtors in Possession

   – and –

SIDLEY AUSTIN LLP
Jessica C.K. Boelter, IL State Bar # 6277801
Thomas A. Labuda, Jr., IL State Bar # 6225401
Matthew E. Linder, IL State Bar # 6309552
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Counsel for Debtors
and Debtors in Possession

FOX ROTHSCHILD LLP

By: */s/  John H. Gutke*
Brett A. Axelrod, NV State Bar # 5859
John H. Gutke, NV State Bar # 10062
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 262-6899
jgutke@foxrothschild.com

   – and –

BROWN RUDNICK LLP
William R. Baldiga (*Admitted Pro Hac Vice*)
Seven Times Square
New York, New York 10036

Counsel for the Ad Hoc Consortium of Holders of
Great Basin Gold Ltd 8.0% Convertible Debentures